UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF EZRA SCHWARTZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> QATAR CHARITY and BANK OF PALESTINE, <br><br> Defendants. | Civil No. 25-cv-9630-JMF |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Notice of Pretrial Conference ("NIPC"), ECF No. 8, directing Plaintiffs "(1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court," ECF No. 8 at 3, Plaintiffs hereby submit the following exhibits as proof of compliance with the NIPC:

1. Attached hereto as **Exhibit 1** is a true and correct copy of an email from the undersigned to John Hillebrecht and Kevin Walsh of DLA Piper, LLP, counsel for Defendant Qatar Charity, dated January 27, 2026. The email provides copies of the NIPC and the Court's Individual Rules and Practices.

2. Attached hereto as **Exhibit 2** is a true and correct copy of an email from the undersigned to Joseph Alonzo of Squire Patton Boggs, LLP, counsel for Defendant Bank of Palestine, dated January 27, 2026. The email provides copies of the NIPC and the Court's Individual Rules and Practices.

Dated: January 27, 2026
Hackensack, NJ

                Respectfully submitted,

                **OSEN LLC**

By:   /s/ Michael J. Radine
       Michael J. Radine
       Dina Gielchinsky
       Aaron Schlanger
       190 Moore Street, Suite 272
       Hackensack, NJ 07601
       Telephone: (201) 265-6400
       Facsimile: (201) 265-0303
       mradine@osenlaw.com
       dgielchinsky@osenlaw.com
       aschlanger@osenlaw.com

       **STEIN MITCHELL BEATO & MISSNER LLP**
       Jonathan E. Missner (admitted pro hac vice)
       Robert B. Gilmore (admitted pro hac vice)
       Kevin L. Attridge (admitted pro hac vice)
       2000 K St., NW, Suite 600
       Washington, D.C. 20006
       Telephone: (202) 737-7777
       Facsimile: (202) 296-8312
       jmissner@steinmitchell.com
       rgilmore@steinmitchell.com
       kattridge@steinmitchell.com

       **MM~LAW LLC**
       Gavriel Mairone
       980 North Michigan Avenue, Suite 1400
       Chicago, IL 60611
       Telephone: (312) 253-7444
       Facsimile: (312) 275-8590
       ctlaw@mm-law.com

       *Attorneys for Plaintiffs*