# Exhibit 1

# Aaron Schlanger

| | |
|---|---|
| **From:** | Michael Radine |
| **Sent:** | Tuesday, January 27, 2026 6:30 PM |
| **To:** | Hillebrecht, John M.; Walsh, Kevin |
| **Cc:** | Ari Ungar; Robert Gilmore; Kevin Attridge; Gary Osen; Aaron Schlanger; Dina Gielchinsky |
| **Subject:** | Re: Schwartz v. Qatar Charity and Bank of Palestine, 25-cv-9630 |
| **Attachments:** | ECF 1 - 2025-11-18 Schwartz v QC-BOP Complaint.pdf; ECF 6 - Qatar Charity Issued Summons.pdf; ECF 23 - 2026-01-27 Order on Service.pdf; ECF 8 - 2025-11-20 Notice of Initial Pretrial Conference.pdf; JMF Furman Civil Individual Practices 8.22.25.pdf |

John, Kevin,

The Court granted Plaintiffs' motion for leave to serve Qatar Charity by email to DLA Piper (see my previous email providing a copy of the motion). Accordingly, reattached here is the complaint and summons, along with the Court's order.

Also attached here are copies of the Court's (1) Notice of Initial Pretrial Conference ("NIPC") and (2) Individual Rules and Practices. The initial pretrial conference is scheduled for **February 10, 2026 at 9:00 a.m.**, by telephone (see NIPC for details).

The NIPC also requires the parties "to file on ECF a joint letter, described [in the NIPC], as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than Thursday of the week prior to the initial pretrial conference." That date is **February 5**.

Please let us know some dates/times you're available to discuss.

Regards,

Michael Radine
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
mradine@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.