# Exhibit 2

# Aaron Schlanger

| | |
|---|---|
| **From:** | Michael Radine |
| **Sent:** | Tuesday, January 27, 2026 6:39 PM |
| **To:** | Alonzo, Joseph; Ari Ungar |
| **Cc:** | Robert Gilmore; Kevin Attridge; Baloul, Gassan A.; Berger, Mitchell; Gary Osen; Dina Gielchinsky; Aaron Schlanger |
| **Subject:** | Re: Schwartz v. Qatar Charity and Bank of Palestine, 25-cv-9630 |
| **Attachments:** | ECF 8 - 2025-11-20 Notice of Initial Pretrial Conference.pdf; JMF Furman Civil Individual Practices 8.22.25.pdf |

Joe,

The Court granted Plaintiffs leave to serve Qatar Charity by email to DLA Piper, which we have done (specifically, to John Hillebrecht and Kevin Walsh).

I've attached here copies of the Court's (1) Notice of Initial Pretrial Conference ("NIPC") and (2) Individual Rules and Practices.

As we've discussed, the initial pretrial conference is scheduled for **February 10, 2026 at 9:00 a.m.**, by telephone (see NIPC for details). The NIPC also requires the parties "to file on ECF a joint letter, described [in the NIPC], as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than Thursday of the week prior to the initial pretrial conference." That date is **February 5**.

We're available to discuss the NIPC and the issues raised in the emails below--please let us know dates/times that work for you/defendants.

Regards,

Michael Radine
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
mradine@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.