# Exhibit A

# Aaron Schlanger

| | |
|---|---|
| **From:** | Michael Radine |
| **Sent:** | Monday, January 26, 2026 9:48 PM |
| **To:** | Hillebrecht, John M.; Walsh, Kevin |
| **Cc:** | Ari Ungar; Robert Gilmore; Kevin Attridge |
| **Subject:** | Re: Schwartz v. Qatar Charity and Bank of Palestine, 25-cv-9630 |
| **Attachments:** | ECF 20 - 1-26-26 Notice of Motion.pdf; ECF 21 - 2026.01.26 Schwartz v. QC- Memo of Law for Motion for Alternative Service.pdf; ECF 22 - 01-26-26 Schlanger Declaration.pdf; ECF 22-1 - Ex. 1.pdf; ECF 22-2 - Ex. 2.pdf; ECF 22-3 - Ex. 3.pdf; ECF 22-4 - Ex. 4.pdf |

John, Kevin—attached is a motion we filed in *Schwartz* this evening.

Regards,

Michael Radine
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
mradine@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.

---

**From:** Hillebrecht, John M. <John.Hillebrecht@us.dlapiper.com>
**Sent:** Wednesday, January 7, 2026 9:56 AM
**To:** Michael Radine <mradine@osenlaw.com>; Walsh, Kevin <Kevin.Walsh@us.dlapiper.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Robert Gilmore <rgilmore@steinmitchell.com>; Kevin Attridge <kattridge@steinmitchell.com>
**Subject:** Re: Schwartz v. Qatar Charity and Bank of Palestine, 25-cv-9630

**CAUTION: This email originated from outside of the organization.**

Michael — Thank you for reaching out. We can confirm that we represent Qatar Charity. We are not authorized to accept service.

Regards, John

**From:** Michael Radine <mradine@osenlaw.com>
**Sent:** Monday, December 22, 2025 12:40:20 PM
**To:** Hillebrecht, John M. <John.Hillebrecht@us.dlapiper.com>; Walsh, Kevin <Kevin.Walsh@us.dlapiper.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Robert Gilmore <rgilmore@steinmitchell.com>; Kevin Attridge <kattridge@steinmitchell.com>
**Subject:** Re: Schwartz v. Qatar Charity and Bank of Palestine, 25-cv-9630

⚠️ EXTERNAL MESSAGE

John, Kevin—I'm checking in on my email below; please let us know if you can accept service for Qatar Charity.

Happy holidays,

Michael Radine
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
[mradine@osenlaw.com](mradine@osenlaw.com)
[www.osenlaw.com](www.osenlaw.com)

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.

---

**From:** Michael Radine <mradine@osenlaw.com>
**Sent:** Tuesday, December 16, 2025 12:53 PM
**To:** john.hillebrecht@us.dlapiper.com <john.hillebrecht@us.dlapiper.com>; kevin.walsh@us.dlapiper.com <kevin.walsh@us.dlapiper.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Robert Gilmore <rgilmore@steinmitchell.com>; Kevin Attridge <kattridge@steinmitchell.com>
**Subject:** Schwartz v. Qatar Charity and Bank of Palestine, 25-cv-9630

Dear John and Kevin,

My colleagues and I represent the Plaintiffs in the above-referenced action. Since you recently represented Defendant Qatar Charity in the *Henkin* case, I am writing to confirm whether you will

represent Qatar Charity in this action and, if so, whether you will accept, on Qatar Charity's behalf, service of the attached complaint and summons pursuant to FRCP 4.

We are available to confer if that would be helpful.

Regards,

Michael Radine
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
mradine@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.