UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :

ESTATE OF EZRA SCHWARTZ et al.,        :
                         :

               Plaintiffs,      :
                         :               25-CV-9630 (JMF)

       -v-                   :
                         :                 ORDER

QATAR CHARITY et al.,              :
                         :

              Defendants.    :
                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 30, 2026, the Court granted Defendant Qatar Charity leave to file a motion for reconsideration of its earlier decision to allow Plaintiffs to serve Qatar Charity by alternative means. *See* ECF No. 27. Defendant has filed its motion for reconsideration. *See* ECF Nos. 28, 29. Plaintiffs are hereby ORDERED to file a response by no later than **February 27, 2026**. No replies may be filed without prior leave of the Court.

       SO ORDERED.

Dated: February 17, 2026
       New York, New York                             _____
                                           JESSE M. FURMAN
                                     United States District Judge