UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                     :

ESTATE OF EZRA SCHWARTZ et al.,         :

                                     :

                   Plaintiffs,        :        25-CV-9630 (JMF)

                                     :

        -v-                        :          ORDER

                                     :

QATAR CHARITY et al.,               :

                                     :

                   Defendants.     :

                                     :

-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On May 27, 2026, Defendants filed motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on March 11, 2026, ECF No. 34, Plaintiffs shall file any amended complaint by **June 17, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motions to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motions to dismiss, any opposition shall be filed **by July 16, 2026**, and any reply shall be filed **by August 14, 2026**.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiffs shall file any opposition to the motion to dismiss **by July 16, 2026**, and Defendants shall file any reply **by August 14, 2026**. *See* ECF No. 34.

        SO ORDERED.

Dated: May 28, 2026
       New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge