UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF EZRA SCHWARTZ, RUTH   :
SCHWARTZ, ARI SCHWARTZ, MOLLIE   :
SCHWARTZ, HILLEL SCHWARTZ, ELON   :
SCHWARTZ, AVI SCHWARTZ, MICHAEL   :
BENZAKEIN, BETTY BENZAKEIN, RALPH   :     **Civil No. 25-cv-9630 (JMF)**
BENZAKEIN, JACQUES BENZAKEIN,   :
SABRINA BENZAKEIN, LEAH   :     **AMENDED COMPLAINT**
BENZAKEIN, JASON GELLER, SANDRA   :
GELLER, MARC GELLER, JACQUELINE   :     **JURY TRIAL DEMANDED**
GELLER, ESTATE OF EITAM HENKIN,   :
ESTATE OF NAAMA HENKIN, MATAN   :
HENKIN, N.Y.H., a minor, by his guardians ad   :
litem YOAV ARMONI and DAVID   :
JACKSON, N.E.H., a minor, by his guardians   :
ad litem YOAV ARMONI and DAVID   :
JACKSON, I.Z.H., a minor, by his guardians ad   :
litem YOAV ARMONI and DAVID   :
JACKSON, NATHANIEL FELBER by his   :
legal guardians JOSEPH FELBER and JUDI   :
FELBER, JOSEPH FELBER, JUDI FELBER,   :
DANIEL FELBER, and ADINA FELBER,   :
  : 
          Plaintiffs,   :
  :
-against-   :
  :
QATAR CHARITY and BANK OF   :
PALESTINE,   :
  :
          Defendants.   :

---

      Plaintiffs Estate of Ezra Schwartz, Ruth Schwartz, Ari Schwartz, Mollie Schwartz, Hillel

Schwartz, Elon Schwartz, Avi Schwartz, Michael Benzakein, Betty Benzakein, Ralph Benzakein,

Jacques Benzakein, Sabrina Benzakein, Leah Benzakein, Jason Geller, Sandra Geller, Marc Geller,

Jacqueline Geller, Estate of Eitam Henkin, Estate of Naama Henkin, Matan Henkin, N.Y.H.,

N.E.H., I.Z.H., Nathaniel Felber, Joseph Felber, Judi Felber, Daniel Felber, and Adina Felber, by their attorneys, allege the following:

## NATURE OF THE ACTION

1.      Plaintiffs Estate of Ezra Schwartz, Ruth Schwartz, Ari Schwartz, Mollie Schwartz, Hillel Schwartz, Elon Schwartz, Avi Schwartz, Michael Benzakein, Betty Benzakein, Ralph Benzakein, Jacques Benzakein, Sabrina Benzakein, Leah Benzakein, Jason Geller, Sandra Geller, Marc Geller, Jacqueline Geller, Estate of Eitam Henkin, Estate of Naama Henkin, Matan Henkin, and Eitam and Naama Henkin's three minor children, N.Y.H., N.E.H., and I.Z.H. by their guardians Yoav Armoni and David Jackson, Nathaniel Felber, by his legal guardians, Joseph Felber and Judi Felber, Joseph Felber, Judi Felber, Daniel Felber, and Adina Felber (collectively, "Plaintiffs"), bring this Amended Complaint pursuant to 18 U.S.C. § 2333(a) and (d) of the Anti-Terrorism Act ("ATA"), as amended by the Justice Against Sponsors of Terrorism Act ("JASTA"), against (1) Qatar Charity, a purported charitable organization headquartered in Doha, Qatar, and (2) Bank of Palestine ("BOP"), a bank headquartered in Ramallah, Palestinian Territories.

2.      Plaintiffs allege that Defendants aided and abetted the Islamic Resistance Movement ("HAMAS"), a designated Foreign Terrorist Organization ("FTO") that murdered and injured Plaintiffs, by knowingly and systematically providing HAMAS with substantial assistance from at least 2009 through 2019.

3.      Specifically, Qatar Charity, an Israeli-designated terrorist organization that was part of the Union of Good (itself a HAMAS umbrella fundraising organization designated by the U.S. government as a Specially Designated Global Terrorist ("SDGT") in 2008 and as an Unlawful Association by Israel in 2002), knowingly donated tens of millions of dollars to HAMAS.

4.      Qatar Charity's donations included payments specifically made to and through entities it knew to be controlled by HAMAS's operational terrorist apparatus, the Izz al-Din al-

2

Qassam Brigades ("Qassam Brigades") and to other HAMAS entities it knew, *inter alia*, provided payments to families of deceased terrorists ("martyrs") and were closely intertwined with HAMAS's violent terrorist activities.

5.      BOP aided and abetted HAMAS by providing essential and illegal banking services to HAMAS on behalf of Qatar Charity with actual knowledge that: the funds BOP was processing on behalf of Qatar Charity (and therefore on behalf of HAMAS) were financing HAMAS; Qatar Charity's activities, which BOP enabled, supported HAMAS terrorism; and many of Qatar Charity's beneficiaries were core HAMAS institutions and/or HAMAS operatives or projects overseen by, and for the benefit of, the Qassam Brigades.

6.      BOP also knowingly helped Qatar Charity launder millions of dollars in terror funds through its New York correspondent bank accounts including in ways that deliberately obscured Qatar Charity's involvement.

7.      To evade detection from U.S. authorities and divert the attention of Israeli intelligence, Qatar Charity also transferred millions of euros from its headquarters in Doha to its BOP accounts in the Palestinian Territories which converted much of the money into U.S. dollars.

8.      BOP deposited those euros, converted them for Qatar Charity into U.S. dollars through its own accounts, and then transferred those dollars to HAMAS institutions or loaded them onto dollar-denominated gift cards called "Sanabel cards," knowing these were an untraceable form of cash distribution system that was reliant on the U.S.-based payments systems of VISA and Mastercard. Both Defendants acted with full awareness of HAMAS's violent activities and their own roles in facilitating HAMAS's terrorist attacks, including the attacks that killed and injured Plaintiffs.

3

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 18 U.S.C. §§ 2333(a) and 2338, as a civil action brought by nationals of the United States and the estates, survivors, and heirs of a murdered national of the United States who were injured by reason of acts of international terrorism.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (d) and 18 U.S.C. § 2334(a).

11. BOP is subject to personal jurisdiction in the State of New York pursuant to 18 U.S.C. § 2334(a), N.Y. C.P.L.R. § 302, and Fed. R. Civ. P. 4(k)(1), or in the alternative, Fed. R. Civ. P. 4(k)(2), because it purposefully used correspondent bank accounts in New York to transfer tens of millions of U.S. dollars for Qatar Charity (which held U.S.-dollar denominated accounts at BOP) to HAMAS's Qassam Brigades as well as for other HAMAS-controlled institutions in Gaza and for HAMAS leaders and operatives described herein.

12. BOP also used correspondent bank accounts in New York to, *inter alia*, convert Qatar Charity's funds from euros to U.S. dollars, knowing that Qatar Charity was closely associated with HAMAS and that those funds were intended for HAMAS, and knowing that the conversion was intended to evade terror financing restrictions imposed by U.S. law enforcement and regulatory agencies.[1]

13. BOP also processed transactions for HAMAS through Al-Nur Prisoner's Society in Gaza (SDGT) and the Islamic University of Gaza ("IUG"), knowing both were core HAMAS

---

[1] A correspondent bank is a financial institution that creates and maintains accounts for other financial institutions. The bank maintaining the account uses it to make deposits and payments and to engage in other financial transactions, particularly those requiring currency conversion. Correspondent banks can act as intermediaries between banks in different countries and relieve foreign banks of the need to establish a physical presence in other jurisdictions, such as the United States. Foreign banks often use correspondent banks in the United States to access the U.S. financial system and to conduct U.S. dollar-denominated transactions. Frequently, those transactions involve the exchange of currencies or transfers made in currencies other than the account holder's domestic currency.

institutions (deeply involved in supporting HAMAS's violent terrorist activities) through U.S.-dollar denominated transactions that cleared and settled through BOP's correspondent accounts in New York.

14.    Qatar Charity is subject to personal jurisdiction in the State of New York pursuant to 18 U.S.C. § 2334(a), N.Y. C.P.L.R. § 302, and Fed. R. Civ. P. 4(k)(1), or in the alternative, Fed. R. Civ. P. 4(k)(2), because it intentionally caused and conspired with BOP and others to transfer funds to HAMAS, including its Qassam Brigades, through correspondent bank accounts in New York.

15.    Qatar Charity also transferred large sums in euros to BOP, and BOP then converted those euros to U.S. dollars using its correspondent accounts in New York to cover the currency exchanges.

16.    BOP aided and abetted HAMAS by knowingly providing essential banking services to Qatar Charity, a designated terrorist organization.

17.    Qatar Charity also devised another scheme to avoid its transfers of tens of millions of U.S. dollars through New York to HAMAS and its Qassam Brigades getting blocked: it directed certain intermediary banks to access their New York correspondent banks on Qatar Charity's behalf. Specifically, Qatar Charity knowingly caused both Bank of New York and HSBC Bank N.A. to clear and settle U.S.-dollar denominated transactions Qatar Charity funneled to HAMAS and the Qassam Brigades. Many of these transfers were funneled on Qatar Charity's behalf through New York by the Islamic Development Bank ("IDB") under the rubric of its "Gaza Reconstruction" program. By doing so, Qatar Charity was able to transfer tens of millions of dollars to HAMAS without drawing undue attention in the United States to its involvement in the transactions.

18.    From 2009-2015, BOP maintained Qatar Charity's accounts, processed millions of euros for Qatar Charity which it deliberately converted into U.S. dollars with the help and use of its U.S. correspondent bank accounts, facilitated payments to HAMAS institutions in the Palestinian Territories, and issued thousands of anonymous "Sanabel Cards," (essentially gift cards) including to HAMAS terrorists and their families. These banking services, which BOP provided to Qatar Charity using its VISA and Mastercard platform, substantially assisted HAMAS's terrorist activities.

19.    Qatar Charity was at all times aware that processing transactions through New York posed risks; indeed, some of its transfers were blocked by U.S. banks due to its terrorism and sanctions-related connections. However, Qatar Charity preferred deploying U.S. dollars due to their high value and ease of use (i.e., transferability) and preferred that its banks process the transfers through New York, which is the easiest and most cost-effective means of processing international U.S. dollar-denominated wire transfers. Qatar Charity could have (and when necessary, did) use other currencies or more complicated means of transferring U.S. dollars while avoiding New York, but purposefully availed itself of the advantages of transmitting U.S. dollars through New York whenever feasible.

**PARTIES**

**A.    The Plaintiffs**

**The Schwartz Family**

20.    **Estate of Ezra Schwartz**. Ezra Schwartz, a U.S. national, was killed in a terrorist attack perpetrated by HAMAS on November 19, 2015 ("the Schwartz Attack"). The Estate of Ezra Schwartz brings its claims through its legal representatives—Ruth Schwartz and Ari Schwartz.

21.    **Ruth Schwartz**, a U.S. national at all relevant times, is a resident of the State of Massachusetts. She is the mother of Ezra Schwartz.

22.     **Ari Schwartz**, a U.S. national at all relevant times, is a resident of the State of Massachusetts. He is the father of Ezra Schwartz.

23.     **Mollie Schwartz**, a U.S. national at all relevant times, is a resident of the District of Columbia. She is the sister of Ezra Schwartz.

24.     **Hillel Schwartz**, a U.S. national at all relevant times, is a resident of the State of Massachusetts. He is the brother of Ezra Schwartz.

25.     **Elon Schwartz**, a U.S. national at all relevant times, is a resident of the State of Massachusetts. He is the brother of Ezra Schwartz.

26.     **Avi Schwartz**, a U.S. national at all relevant times, is a resident of the State of Massachusetts. He is the brother of Ezra Schwartz.

27.     As described more fully below, during the Schwartz Attack, Ezra Schwartz, Michael Benzakein, and Jason Geller were traveling together in a van to perform a community service project when a member of HAMAS opened fire with an automatic submachine gun. Ezra was struck by bullets and died at the scene; Michael and Jason were injured.

28.     The school where Ezra had been studying in Israel called his father, Plaintiff Ari Schwartz, and told him that Ezra had been shot.

29.     Ari did not know immediately that Ezra had died. He called his wife and Ezra's mother, Plaintiff Ruth Schwartz, and told her what he knew.

30.     Later that day, Ari and Ruth learned that Ezra had been killed in the Schwartz Attack.

31.     Ari observed Ruth sobbing and screaming. When Ari went to the school where his three sons, Plaintiffs Hillel Schwartz, Elon Schwartz, and Avi Schwartz, attended, and told them that Ezra had been killed, the four of them lay on the floor sobbing and hugging each other.

32. Ezra's body was sent home to the United States, and the Schwartz family buried him there.

33. Ruth always remembers the trauma of the day that Ezra was killed. She thinks about Ezra every day. She cries about him daily, and he is never far from her thoughts. Ezra's absence has affected all components of her life.

34. The pain of Ezra's absence has not lessened for Ari over time; he has just tried to live with the tragic reality. He thinks about Ezra constantly, and he cries about him nearly every day. Ari knows that he will never be the same person that he was before Ezra's tragic death.

35. Ezra's sister, Plaintiff Mollie Schwartz, who describes loving Ezra more than she loves herself, sought psychological counseling to deal with the mental anguish she suffered as a result of Ezra's murder.

36. Ezra's three brothers, Hillel Schwartz, Elon Schwartz, and Avi Schwartz, saw social workers and attended a bereavement group to deal with the mental anguish they suffered as a result of Ezra's murder.

37. Hillel always looked up to Ezra as his role model, and the day Ezra was killed was the worst day of his life. He still cries about Ezra and misses him all the time.

38. Elon misses the emotional support he used to receive from Ezra. Ezra's death profoundly affected Elon and the way that he looks at the world.

39. Avi had a very close relationship with Ezra. Avi looked up to Ezra and wanted to be like him. Ezra's death caused Avi a great deal of anxiety. He has become hyperaware of perceived danger and terrorism. Avi thinks about Ezra all the time.

40. As a direct and foreseeable result of the Schwartz Attack, Plaintiffs Ruth Schwartz, Ari Schwartz, Mollie Schwartz, Hillel Schwartz, Elon Schwartz, and Avi Schwartz have

experienced severe mental anguish and extreme emotional distress. As the legal representatives of the Estate of Ezra Schwartz, Ruth Schwartz and Ari Schwartz also bring claims for the economic losses suffered by the Estate as a direct and foreseeable result of the Schwartz Attack.

### The Benzakein Family

41.     **Michael Benzakein**, a U.S. national at all relevant times, is a resident of the State of New York.

42.     **Betty Benzakein**, a U.S. national at all relevant times, is a resident of the State of New York. She is the mother of Michael Benzakein.

43.     **Ralph Benzakein**, a U.S. national at all relevant times, is a resident of the State of New York. He is the father of Michael Benzakein.

44.     **Jacques Benzakein**, a U.S. national at all relevant times, is a resident of the State of Israel. He is the brother of Michael Benzakein.

45.     **Sabrina Benzakein**, a U.S. national at all relevant times, is a resident of the State of New York. She is the sister of Michael Benzakein.

46.     **Leah Benzakein**, a U.S. national at all relevant times, is a resident of the State of New York. She is the sister of Michael Benzakein.

47.     Plaintiff Michael Benzakein heard what sounded like rocks hitting a metal shed and then realized that someone was shooting at the van. He was terrified and texted his family, "I love you."

48.     Michael thought that he was going to die.

49.     Michael saw that Ezra had fallen over and that there was a tremendous amount of blood near his head.

50.     Michael was hit by flying glass, which lodged in his knee.

51.     He was taken to Shaare Tzedek Hospital in Jerusalem, where he was examined, glass was removed from his knee, and his wounds were treated.

52.     When the Benzakein family received the group text from Michael that said, "I love you," Michael's father, Plaintiff Ralph Benzakein, found the message odd and unsuccessfully attempted many times to contact Michael.

53.     After finally contacting Michael, Ralph was informed by Michael that Ezra had been shot and that he thought Ezra had been killed. Then the phone went dead.

54.     Only later that day did Ralph and his wife, Plaintiff Betty Benzakein, learn further information about the Schwartz Attack.

55.     As a result of the Schwartz Attack, Michael saw a trauma specialist – a psychologist – on four occasions.

56.     Michael was unable to attend the engineering program that he had been accepted to because his emotional injuries caused by the Schwartz Attack made it too difficult for him to concentrate. He enrolled instead in an associate degree program at a community college.

57.     Michael has also become more easily startled since the attack, does not like being in crowded areas, and has developed a temper he did not have beforehand. He has difficulty sleeping and experiences nightmares.

58.     As a direct and foreseeable result of the Schwartz Attack, Plaintiff Michael Benzakein sustained physical injuries and experienced severe mental anguish and extreme emotional distress.

59.     In the period after Betty learned that Michael had been involved in a terrorist attack but did not know if he had been shot or not, she felt immense anxiety.

10

60.     After Betty learned what had happened and spoke to Michael, she immediately observed fundamental changes in Michael – he was noticeably curt and irritable. After Michael came home, Betty saw that Michael had trouble sleeping, experienced nightmares, and was irritable. The effects of the attack have had profound effects on Betty, including making her feel anxious and affecting her sleep.

61.     Ralph too has observed the aforementioned changes in Michael since the attack, including his impatience and anger. He also saw that Michael's sleep was materially affected for many months if not years after the attack.

62.     Plaintiff Jacques Benzakein initially took Michael's new behavior personally, until he received confirmation from others in their family that Michael had indeed changed as a result of the attack. Jacques took care to walk on eggshells around Michael for years until their relationship became less fraught, but he is saddened when he witnesses how Michael's relationship with their parents has changed.

63.     Plaintiff Sabrina Benzakein's relationship with Michael was negatively affected because of the attack. They were particularly close before the attack, but since the attack, Michael's impatience and temper have complicated their relationship.

64.     Plaintiff Leah Benzakein had a close relationship with Michael before the attack. Leah observed the fundamental changes to Michael after the attack described above and has not had the same type of relationship she had with him beforehand.

65.     As a direct and foreseeable result of the Schwartz Attack that injured Michael Benzakein, Plaintiffs Betty Benzakein, Ralph Benzakein, Jacques Benzakein, Sabrina Benzakein, and Leah Benzakein have experienced severe mental anguish and extreme emotional distress.

11

**The Geller Family**

66.     **Jason Geller**, a U.S. national at all relevant times, is a resident of the State of New York.

67.     **Sandra Geller**, a U.S. national at all relevant times, is a resident of the State of New York. She is the mother of Jason Geller.

68.     **Marc Geller**, a U.S. national at all relevant times, is a resident of the State of New York. He is the father of Jason Geller.

69.     **Jacqueline Geller**, a U.S. national at all relevant times, is a resident of the State of New York. She is the sister of Jason Geller.

70.     Plaintiff Jason Geller heard what he thought were rocks being thrown at the van. Someone in the van was yelling, "Get down, get down."

71.     Jason saw the window near Ezra explode and smelled gunpowder.

72.     Jason was hit by flying glass, which lodged in his neck and knee.

73.     Jason tried to attend to Ezra after Ezra was shot but saw that Ezra had lost a lot of blood and feared that he had died.

74.     Jason called his father, Plaintiff Marc Geller, but he did not pick up the phone, so Jason texted him, "Pick up NOW." After Marc did so, Jason told him what had happened.

75.     Jason was taken to Shaare Tzedek Hospital where he was examined, glass was removed from his neck and knee, and his wounds were treated.

76.     Plaintiff Sandra Geller learned from her husband Marc about the attack.

77.     Jason experienced emotional distress and saw a trauma specialist – a psychologist – weekly for one month and subsequently once every six months.

78.     Marc realized that he had suppressed some anger as a result of Jason being injured in the attack and harbors some anxiety about Jason's future wellbeing.

12

79.    Sandra observed anger in Jason that she had not observed before the attack. Sandra was saddened by Jason's lessened religious observance after the attack, and she experiences concern about his future safety.

80.    Plaintiff Jacqueline Geller still feels the effects of the attack to this day, including experiencing sadness and anger. These emotions intensify around the anniversary of the attack.

81.    As a direct and foreseeable result of the Schwartz Attack, Plaintiff Jason Geller sustained physical injuries and experienced severe mental anguish and extreme emotional distress.

82.    As a direct and foreseeable result of the Schwartz Attack that injured Jason Geller, Plaintiffs Sandra Geller, Marc Geller, and Jacqueline Geller have experienced severe mental anguish and extreme emotional distress.

**The Henkin Family**

83.    **Estate of Eitam Henkin**. Eitam Henkin, a U.S. national, was killed in a terrorist attack perpetrated by HAMAS on October 1, 2015 ("the Henkin Attack"). The Estate of Eitam Henkin brings its claims through its court-appointed personal representatives—Yoav Armoni and David Jackson.

84.    **Estate of Naama Henkin**. Naama Henkin, Eitam Henkin's wife, was also killed in the Henkin Attack. Because Naama Henkin was not a U.S. national, her estate, through its court-appointed personal representatives Yoav Armoni and David Jackson, brings claims for Naama's extreme emotional distress resulting from her husband's murder.

85.    None of the four Henkin children identified below are U.S. nationals. The minor children's guardians *ad litem* bring claims on behalf of those minor children for the losses they incurred as a result of their father's murder.

86.    **Matan Henkin** is the son of Eitam and Naama Henkin. Matan was a minor at the time of the attack and has since reached the age of majority.

87.     **N.Y.H.**, a minor, is the son of Eitam and Naama Henkin. N.Y.H.'s claims are brought by his guardians *ad litem*, Yoav Armoni and David Jackson.

88.     **N.E.H.**, a minor, is the son of Eitam and Naama Henkin. N.E.H.'s claims are brought by his guardians *ad litem*, Yoav Armoni and David Jackson.

89.     **I.Z.H.**, a minor, is the son of Eitam and Naama Henkin. I.Z.H.'s claims are brought by his guardians *ad litem*, Yoav Armoni and David Jackson.

90.     As described more fully below, Eitam and Naama Henkin were murdered by HAMAS gunmen who forcibly stopped their vehicle on the road. The gunmen fired at the family vehicle hitting Eitam, who pulled the vehicle over. After a struggle, the gunmen killed Eitam in front of Naama and then killed Naama. All four children were minors at the time—nine years old, seven years old, four years old, and ten months old, respectively—and were subject to, and witnessed, the attack.

91.     Eitam was shot, then assaulted, and then murdered. Before he was murdered, he would have feared that the terrorists would murder—or abduct—his wife and four children.

92.     Naama saw her husband shot, assaulted, and murdered. Before she was murdered, she too would have feared that the terrorists would murder—or abduct—the four children.

93.     The four Henkin children will bear the psychological and emotional scars of this attack for the rest of their lives.

94.     After the attack, the children remained in the car slumped over in their seats, fearful for their lives. The two older children recited the Jewish prayer *Shema Yisrael*, which is said, among other times, when a Jewish person anticipates imminent death. After the terrorists left, the children sat in the dark with their parents' bloodied and lifeless bodies. When a passerby later discovered the car, he suspected that attackers were still near and so "shot several shots in the air"

to scare them away. When authorities finally did arrive, the first child to speak was N.Y.H., who asked whether they were now orphans.

95.     Three of the four Henkin children are still minors; all are under the care of mental health professionals as they attempt to cope with the traumatic and tragic loss of their parents. They have been uprooted from their prior home and town and now live with Naama's parents, who were both working at the time of Eitam's and Naama's murder, and who have now retired early to devote themselves full time to raising and nurturing their four grandchildren.

96.     As a direct and foreseeable result of the Henkin Attack, Naama and the four Henkin children experienced severe mental anguish and extreme emotional distress. As the legal representatives of the Estate of Eitam Henkin, Yoav Armoni and David Jackson also bring claims for the economic losses suffered by the Estate as a direct and foreseeable result of the Henkin Attack.

### The Felber Family

97.     **Nathaniel Felber**, a U.S. national at all relevant times, is also a citizen of the State of Israel and a resident of Israel. He was severely injured in a terrorist attack perpetrated by HAMAS on December 13, 2018 (the "Felber Attack").

98.     At the time of the attack, Nathaniel was serving in the Israel Defense Forces ("IDF").

99.     Nathaniel sustained a gunshot wound to his head and suffered a severe brain injury after he was shot at close range at a bus stop.

100.    After multiple surgeries and years of therapy, Nathaniel can now express himself non-verbally and has gradually regained some motor functions, but he cannot speak, is largely

paralyzed, and is unable to care for himself. He requires 24/7 care and lives in an apartment with rotating aides who feed, dress, and bathe him.

101. His parents, Joseph Felber and Judi Felber, therefore, bring this action on his behalf as his legal guardians.

102. **Joseph Felber**, a U.S. national at all relevant times, is a citizen of the State of Israel and a resident of Israel. He is the father of Nathaniel Felber.

103. **Judi Felber**, a U.S. national at all relevant times, is a citizen of the State of Israel and a resident of Israel. She is the mother of Nathaniel Felber.

104. **Adina Felber**, a U.S. national at all relevant times, is a citizen of the State of Israel and a resident of Israel. She is the sister of Nathaniel Felber.

105. **Daniel Felber**, a U.S. national at all relevant times, is a citizen of the State of Israel and a resident of Israel. He is the brother of Nathaniel Felber.

106. As set forth in more detail below, on December 13, 2018, Nathaniel Felber was shot in the head. He was rushed to Hadassah Hospital in Jerusalem.

107. Nathaniel spent over two months in the intensive care unit at Hadassah Hospital, where he underwent multiple surgeries and procedures. He was in a coma, and then a vegetative state, for seven months following the Felber Attack.

108. On February 27, 2019, Nathaniel was moved to a rehabilitation facility for further care. He was assessed to have progressed to a state of minimal consciousness in July 2019. In September 2020, he was moved into an apartment, where he receives 24/7 one-on-one care, approved by the Israeli Ministry of Defense due to the severity of his condition, in addition to nearly daily visits to the rehabilitation facility for therapies.

109. Plaintiffs Joseph Felber and Judi Felber were at home in Ra'anana, Israel, when they learned of the attack that injured their son.

110. After news of the attack emerged, Joseph and Judi were asked by a family member if Nathaniel was okay. Joseph and Judi tried to call Nathaniel to see if he was safe, but they received no answer. Knowing from prior experiences that Nathaniel did not always answer his cellphone, they were not initially greatly concerned.

111. Shortly thereafter, Joseph and Judi heard a knock at their door. The IDF had sent soldiers to notify them that Nathaniel had been seriously wounded.

112. They were advised to pack a bag immediately and accompany the soldiers directly to the hospital in Jerusalem.

113. Plaintiff Daniel Felber was a student at Hebrew University in Jerusalem at the time of the Felber Attack.

114. After the IDF notified Joseph and Judi at their home about the Felber Attack, they immediately called Daniel to tell him what happened. Daniel told his parents that he would get on a bus to the hospital immediately, but the IDF officer who was with Joseph and Judi instructed Daniel to take a taxi to the hospital instead of a bus due to the life-threatening nature of Nathaniel's injuries.

115. Plaintiff Adina Felber was a flight attendant for El Al airlines and was preparing to board a flight from Hong Kong to Tel Aviv at the time of the shooting.

116. Adina received a message after she had boarded the flight from her cousin saying that there had been a terrorist attack and asking if Nathaniel was okay.

117. The pilot of the flight that Adina was on was notified by the IDF that Adina's brother had been gravely wounded in a terrorist attack.

118. The flight crew did not want to notify Adina that her brother was gravely wounded until the flight landed so as not to distress her during the long flight.

119. However, having been told by her cousin that a terrorist attack had occurred in Israel, Adina tried to get onto the on-flight internet (the flight that she was working on had WiFi).

120. At the time, Adina did not know that the flight crew had decided to shut down the WiFi on the plane until they landed in Tel Aviv.

121. During a break in her shift, Adina started to cry, worried that perhaps her brother had been injured.

122. An hour before the flight landed, Adina was asked to come to the front of the plane and was notified that her brother had been shot and his life was in danger.

123. When the flight landed, Adina (who got engaged exactly one week before the shooting) and her fiancé (who was waiting at the airport for her) were met at the airport by the IDF and rushed to Hadassah Hospital.

124. Adina took a leave of absence from work after the shooting. She spent much of her time since the shooting with Nathaniel in the hospital and then the rehabilitation facility.

125. The family took turns and shifts at the hospital and then at the rehabilitation facility to be with Nathaniel and assist with his care.

126. Initially, the doctors did not know if Nathaniel would survive.

127. As a direct and foreseeable result of the Felber Attack, Plaintiff Nathaniel Felber sustained severe physical injuries and experienced severe mental anguish and extreme emotional distress.

18

128. As a direct and foreseeable result of the Felber Attack that injured Nathaniel Felber, Plaintiffs Joseph Felber, Judi Felber, Adina Felber, and Daniel Felber have experienced severe mental anguish and extreme emotional distress.

## B.    The Defendants

129. Qatar Charity is a purported charitable organization headquartered in Doha, Qatar. Qatar Charity was established in 1984 as the "Committee of Qatar for Orphan Sponsorship" and was officially registered as Qatar Charity in 1992 under Qatari law. Throughout its existence, Qatar Charity has knowingly and actively funded FTOs, including HAMAS and its Qassam Brigades.[2]

130. Bank of Palestine is a financial institution incorporated under Palestinian law with its principal place of business in Ramallah, Palestinian Territories. BOP was founded in 1960 and is one of the largest banks operating in the Palestinian Territories, with branches throughout the West Bank and Gaza Strip.

131. Importantly, after HAMAS seized control of the Gaza Strip in 2007, BOP affirmatively chose to retain its Gaza branches and continue conducting its banking activities under HAMAS rule, knowing that HAMAS operated a tightly controlled police state that permeated all aspects of society, government, and commerce.

132. During all relevant times, BOP maintained correspondent banking relationships with financial institutions in New York, through which it conducted U.S. dollar-denominated transactions. BOP's correspondent banking relationships enabled it to maintain dollar-

---

[2] Media reporting has shown that Qatar Charity has been "accused of providing financial support to terrorism in Syria and Yemen," Sawsan al Shaer, *Iran-Qatar Rapprochement and Fueling of Terrorism*, AlArabiya.net (July 24, 2017); and "significantly financing the terrorists in northern Mali" and an al-Qaida affiliate "in the Islamic Maghreb [Northern Africa]," *Qatar's Insidious Influence on the Brookings Institution*, Legal Monitor Worldwide (Oct. 29, 2014). According to Congressional testimony from Prof. Daveed Gartenstein-Ross, "[t]he Syrian Islamic Front, "considered one of the key jihadist elements," in Syria, received support from IHH and Qatar Charity." State of Al-Qaeda; Committee: House Armed Services (Feb. 4, 2014).

denominated accounts for Qatar Charity and convert euros sent by Qatar Charity into U.S. dollars destined for Qatar Charity's accounts at BOP in the Palestinian Territories.

133.    These correspondent banking relationships were essential to BOP's ability to convert international wire transfers denominated in euros into U.S. dollars.

134.    However, correspondent bank accounts are subject to regulatory scrutiny in the countries where they are maintained. In the United States, correspondent banks are required to block and/or report suspicious transactions. This obligation inhibits terror financiers like Qatar Charity from routing their funds transfers denominated in U.S. dollars, especially to high-risk jurisdictions like the Palestinian Territories.

135.    Qatar Charity was able to bypass the usual scrutiny performed by U.S. correspondent banks by transferring funds to the Palestinian Territories in euros (minor currencies are too hard to convert and are subject to price fluctuations); however, euros are not used in commerce in the Palestinian Territories whereas U.S. dollars are.

136.    Thus, for Qatar Charity's strategy to work it needed a local financial institution that was willing to (a) maintain one or more U.S. dollar-denominated accounts for it, (b) accept large transfers in euros, (c) convert those euros into U.S. dollars using its correspondent bank accounts to cover the exchange, and (d) work with Qatar Charity to facilitate further U.S. dollar-denominated transfers to HAMAS institutions and issue gift cards funded by Qatar Charity that supported HAMAS operatives and their families. That bank was BOP.

## I.    FACTUAL ALLEGATIONS

### A.    THE NOVEMBER 19, 2015, ACT OF INTERNATIONAL TERRORISM

137.    On November 19, 2015, Ezra Schwartz and Plaintiffs Michael Benzakein and Jason Geller were riding in a passenger van on their way to deliver care packages to Israeli soldiers and to beautify a park in honor of three Israeli boys who had been kidnapped and murdered in 2014.

Ezra, Michael, and Jason were in Israel studying for the year before they started college in the United States.

138.    The van they were traveling in passed through Gush Etzion Junction, where it encountered traffic and was forced to slow down.

139.    Muhammad Abd al-Basset Odeh al-Harub, a member of HAMAS from Hebron, was driving a car looking for a place to commit a terror attack near Gush Etzion Junction, which is located near a large Jewish community. Al-Harub wanted to kill as many Jews as he could.

140.    The long-term planning al-Harub employed was manifested by the fact that on two occasions before the Schwartz Attack, he planned other terrorist attacks, though he did not follow through for various reasons. These planned attempts reflected his longstanding intention to commit the Schwartz Attack.

141.    Moreover, al-Harub purchased the Uzi that he used in the Schwartz Attack nine months before he perpetrated it.

142.    Al-Harub also regularly maintained his weapons and practiced shooting them, a level of professionalism characteristic of members of terror cells who operate within organizational frameworks as opposed to individuals unaffiliated with terrorist groups who spontaneously commit terrorist attacks.

143.    When al-Harub reached Gush Etzion Junction on November 19, 2015, however, he saw only a few Jews, so he headed west toward the Jewish communities of the Gush Etzion region.[3]

144.    Finding no suitable target there, al-Harub turned back toward Gush Etzion Junction.

---

[3]    Al-Harub selected the attack date in part because it was the anniversary of the death of Sheikh Izz al-Din al-Qassam, the namesake of the Izz al-Din al-Qassam Brigades, HAMAS's terror apparatus.

145. When he arrived at Gush Etzion Junction, there was traffic; as a result, vehicles in the area were moving slowly. Al-Harub seized the opportunity and opened fire with an Uzi automatic submachine gun, spraying the surrounding vehicles and their passengers with bullets.

146. Al-Harub emptied three magazines, constituting 75 bullets, and used his car to ram other vehicles before being apprehended.

147. By the time the Schwartz Attack was over, three people, including Ezra, had been killed, and nine others, including Michael and Jason, had been injured.

148. HAMAS publicized its appreciation for al-Harub in a series of posts on Twitter, including on November 21, 2015, two days after the Schwartz Attack,[4] "blessing the operation" in a post featuring al-Harub's picture and HAMAS's logo:



"Blessing the operation carried out by Muhammad Abdul Basit al-Haroub
in Gush Etzion last Thursday, which resulted in the killing of 2 settlers."

149. On February 24, 2016, in a press release on HAMAS's official website, senior HAMAS official Abd al-Rahman Shadid called on "the people in the Hebron area to support the

---

[4]    *See* https://twitter.com/paldf/status/667967030402883584 (Nov. 21, 2015).

famil[y] of the prisoner[] Muhammad Abd al-Basset al-Harub …, whose home[] the occupation forces destroyed the day before."[5]

150.   Shadid indicated that "the hero[] al-Harub [is an] excellent symbol[] of Hamas movement's operatives, who pay the precious price for the liberation of their land," and emphasized that "Hamas will continue to lead the way to Palestine's liberation."

151.   HAMAS posters explicitly stating that al-Harub was a Qassam Brigades operative, HAMAS's operational terrorist apparatus (the posters referred to al-Harub as "the Qassami prisoner"), were displayed at al-Harub's home on February 23, 2016. The posters made clear publicly and openly that the perpetrator of the Schwartz Attack, al-Harub, was an operative of HAMAS's operational terrorist apparatus.

152.   On November 30, 2020, the District Court for the District of Columbia found that "Hamas was responsible for the November 19 attack." *Schwartz v. Islamic Rep. of Iran*, No. 18-cv-01349 (RDM) (D.D.C.), ECF No. 29 at 18.

**B.   THE OCTOBER 1, 2015, ACT OF INTERNATIONAL TERRORISM**

153.   On the evening of October 1, 2015, Eitam Henkin (a U.S. national), his wife Naama Henkin, and their four then-minor children, Matan Henkin (who has since reached the age of majority), N.Y.H., N.E.H., and I.Z.H. (collectively, "the Henkin Family"), were driving south in the West Bank near Nablus on Route 555 when their car was overtaken by another vehicle containing three HAMAS gunmen: Karam Lutfi Fathi Rizq al-Masri ("Karam Rizq"), Yahya Muhammed Naif Abdallah Haj Hamed ("Haj Hamad"), and Samir Zuheir Ibrahim Kusa ("Samir Kusa").

---

5   *See* http://hamas.ps/ar/post/4969.

154. The three attackers were members of an operational terror cell from the Qassam Brigades, HAMAS's operational terrorist wing.

155. A fourth member of the operational terror cell, Ziyad Amer, served as a lookout, confirming for the three attackers that the road was clear of Israeli security forces.

156. The cell's leader, Ragheb Aliwa, did not participate directly in the attack, but was responsible for recruiting, training, providing logistics for the terror cell, and communicating with a command echelon of four additional senior HAMAS operatives.[6]

157. Haj Hamad leaned out of his window and sprayed automatic gunfire from an M16 at the Henkin Family, hitting Eitam, who was forced to pull the car over to the side of the road.

158. Karam Rizq and Haj Hamad immediately exited their vehicle, while Samir Kusa remained behind the wheel.

159. The terror cell's objective was to kidnap an Israeli citizen.

160. Haj Hamad and Karam Rizq approached the vehicle—Haj Hamad carrying an M16 on the passenger side, where Naama sat, and Karam Rizq carrying a handgun on the driver's side.

161. Karam Rizq opened the driver's side door.

162. Although he was wounded by the initial gunfire, Eitam bravely attempted to defend his family by struggling with Karam Rizq.

163. Haj Hamad approached the passenger side of the vehicle and opened it as Karam Rizq and Eitam began to struggle over Karam Rizq's weapon.

164. Haj Hamad then fired at Eitam with his M16, killing him and inadvertently wounding Karam Rizq, before shooting Naama at point blank range and killing her.

---

[6] The members of the command echelon were Bassam a-Sayih, Iyad Abu Zahra, Amjad Alawi, and Muhammad al-Qutub.

165.    The four Henkin children, then ages nine, seven, four, and ten months witnessed their parents' murders from the backseat of the car.

166.    With Karam Rizq wounded, the attackers retreated from the scene.

167.    Karam Rizq was hospitalized in Nablus, where he was arrested on October 4, 2015.

168.    By October 5, 2015, Israeli security forces had arrested all five members of the operational terror cell.

169.    On October 5, 2015, the Israel Security Agency issued a report naming the five members of the operational terror cell, describing the attack, and concluding that HAMAS was responsible for it.[7]

170.    Israeli security forces also arrested the four members of the cell's command echelon, each of whom had prior convictions for HAMAS membership.[8]

171.    Eight of the nine aforementioned HAMAS members implicated in the attack were convicted for their participation in the attack and for membership in HAMAS.

172.    HAMAS has claimed responsibility for the attack, which it refers to as the Itamar attack or operation, a reference to an Israeli settlement located near the attack.

173.    The day after the attack, HAMAS's official website praised the attack.[9]

---

[7]    Archived at https://web.archive.org/web/20200920211326/https://www.shabak.gov.il/publications/Pages/NewItem61015.aspx.

[8]    Bassam a-Sayih was active in HAMAS since the 1990s and was arrested numerous times in connection with terrorist activity. He was convicted for his role in the Henkin Attack – obtaining the funds, weapons, and various authorizations needed for the attack – and for being a HAMAS operative since at least 2004. He died of cancer in prison before he could be sentenced for his role in the attack. After his death, HAMAS eulogized him as a field commander for the Qassam Brigades and as a "shahid," *i.e.*, a martyr, who was responsible for the Itamar terror attack against the Henkins. Iyad Abu Zahra served two prior prison sentences for HAMAS activity and was previously convicted of HAMAS membership. After his release from prison, he was visited publicly by HAMAS representatives from the Palestinian Legislative Council, which indicates how important he was to HAMAS. Amjad Alawi was previously convicted multiple times as a HAMAS operative. Muhammad al-Qutub was previously convicted in 2007 of membership in HAMAS and of attempting to establish a terror cell for the purpose of planting a bomb.

[9]    Archived at https://web.archive.org/web/20151002190731/https://hamas.ps/ar/post/3706/.

174.    In another post, HAMAS's website referred to the attack as a "harvest of resistance," a reference to HAMAS's name, the Islamic Resistance Movement.[10]

175.    On June 23, 2016, one day after four of the terrorists (Amjad Alawi, Haj Hamad, Karam Rizq, and Samir Kusa) were convicted and sentenced to two life sentences plus 30 years, the Qassam Brigades website quoted HAMAS's spokesman Husam Badran: "The sons of the Hamas movement are the ones who carried out the Itamar Operation." The website shows pictures of the terrorists arrayed above the scene of the Henkin Attack, including the Henkins' vehicle and Eitam's and Naama's bodies, which are pixelated in the photograph[11]:



176.    On October 1, 2016, the one-year anniversary of the Henkin Attack, the Qassam Brigades official website celebrated the attack as "Itamar Revenge," naming the attackers, and embedding a video of Israeli news coverage of the attack.[12]

---

[10]    حصاد-المقاومة-مقتل-إسرائيلي-ين-وإصابة-17-آخرين-خلال-أسبوع-بالضفة/https://hamas.ps/ar/post/3723.

[11]    Ezzedeen Alqassam Brigades, *Badran: The perpetrators of the "Itamar" Operation Will Get Away With An Honorable Deal* (June 23, 2016), https://www.alqassam.ps/arabic/news/details/10367.

[12]    Ezzedeen Alqassam Brigades, *The Qassam Brigades' "Itamar" Operation: The Spark of The Uprising and the Force of Revenge* (Oct. 1, 2016), https://alqassam.ps/arabic/news/details/10948.

177.    On July 12, 2021, the District Court for the District of Columbia found that "the October 1, 2015, terrorist attack in which Eitam and Na'ama Henkin were murdered was committed by Hamas." *Henkin v. Islamic Rep. of Iran*, No. 19-cv-01184 (RCL), ECF No. 61 ¶ 148.

### C.    THE DECEMBER 13, 2018, ACT OF INTERNATIONAL TERRORISM

178.    The Felber Attack, also referred to herein as the Givat Asaf Attack, was the second of two terrorist attacks in December 2018 perpetrated by a Qassam Brigades cell commanded by Asem al-Barghuthi, a longtime HAMAS operative who was previously convicted of terrorist activities several times and served long prison terms in Israeli jails.[13]

179.    Among other things, Asem al-Barghuthi was previously convicted of being a member in HAMAS student's bloc, *Al-Kutla al-Islamiya*, and of planning to kidnap Jews to exchange for Palestinian prisoners.[14]

180.    The first attack committed by Asem al-Barghuthi's cell in December 2018 took place near the Ofra Junction (the "Ofra Attack") on December 9, 2018. In that attack, a baby was murdered and several other civilians were injured.

181.    Asem al-Barghuthi, the cell commander, was the shooter; his brother, Saleh al-Barghuthi, drove the car from which the shooting was perpetrated.

182.    On December 12, 2018, three days after the Ofra Attack, Saleh al-Barghuthi was killed in a clash with the IDF.

---

[13]    In August 2009, Asem al-Barghuthi was convicted of six counts and sentenced to 9 ½ years in prison for, among other things, two counts of arms dealing and three counts of attempted kidnappings dating back to 2005 and 2007. After Asem al-Barghuthi's arrest, HAMAS's official website identified him as a HAMAS prisoner and officially acknowledged his organizational affiliation.

[14]    In 2005, Asem al-Barghuthi was convicted for the first time, together with his brother Asef, for undergoing illegal military training in 2002 (*e.g.*, practicing marksmanship with a Kalashnikov rifle) under the guidance of their father, Ummar al-Barghuthi. (Ummar is a senior HAMAS terrorist operative who served 28 years in Israel prisons.)

183.    HAMAS's Qassam Brigades later claimed Saleh al-Barghuthi as one of their "martyrs."

184.    On December 13, 2018, Asem al-Barghuthi decided to commit another terror attack and become a "shahid" (martyr).

185.    Asem al-Barghuthi committed the Givat Asaf Attack (Felber Attack) on the same day that HAMAS issued the official claim of responsibility for the December 9, 2018, Ofra Attack.

186.    As with the Ofra Attack that was carried out under his command, Asem al-Barghuthi's approach to the Givat Asaf Attack (Felber Attack) was highly professional despite the fact that he and his cell were operating under time and operational constraints as a result of the IDF manhunt precipitated by the Ofra Attack.

187.    On the morning of December 13, Asem al-Barghuthi left the village he was hiding in and drove on Route 60[15] to locate a suitable target to carry out his attack. When he noticed a group of soldiers and civilians standing at a hitchhiking stop at the Givat Asaf junction,[16] he made a U-turn and drove back, got out of the car, and opened fire with his AK-47 automatic assault rifle from short range toward the people who stood in the junction. As a result of the shooting, Nathaniel Felber was seriously injured, and two other IDF soldiers were killed. A civilian at the stop was also injured. The terrorist took the personal weapon of one of the soldiers, an M-16 rifle, and fled in his car from the scene.

188.    From the descriptions of eyewitnesses that were published in the media, it was evident that Asem al-Barghuthi committed the attack with determination and composure while he

---

[15]    Route 60 is a road that crosses Israel from north to south. It begins in Nazareth in the north and ends in Beersheba in the south. The road passes through the mountain ridge (the watershed line). A main part of the road passes through the West Bank. The road is a main arterial road.

[16]    The Givat Asaf junction is located on Route 60, two kilometers south of the settlement of Ofra. The settlement of Givat Asaf is located near the junction. There is a hitchhiking stop there which is usually protected by soldiers.

28

exploited the fact that some of the soldiers were having their lunch break near a kiosk that is located permanently in the hitchhiking stop.[17]

189.    On the day that Asem al-Barghuthi was arrested, January 8, 2019, an official HAMAS website published an announcement on behalf of HAMAS. The announcement described the arrest as a prosecution of "the resistance" and described the Givat Asaf Attack (Felber Attack) as a bold operation carried out by "the Resistance" that hurts "the occupation."[18]

190.    On March 11, 2019, Asem al-Barghuthi was indicted by the State of Israel for three counts of murder and multiple counts of attempted murder in connection with the Ofra Attack and the Givat Asaf Attack.

191.    When Asem al-Barghuthi was sentenced to life in prison, HAMAS published an official announcement on one of its official websites, where it openly described al-Barghuthi as a "Qassami prisoner" (*i.e.*, a prisoner belonging to its Qassam Brigades).[19]

192.    The Qassam Brigades' website also published an announcement about Asem al-Barghuthi's verdict, referring to him as "the Qassami prisoner."[20]

193.    HAMAS's recognition of Asem al-Barghuthi and the al-Barghuthi family as the terrorist organization's senior operatives was further manifested by a remarkable gesture – a phone call from the then-leader of HAMAS, Ismail Haniyeh, to Asem al-Barghuthi's mother immediately

---

[17]    *See* the description of the Felber Attack, including an eyewitness's description: https://www.ynet.co.il/articles/0,7340,L-5424946,00.html. *See also* a short version in English: https://www.ynetnews.com/articles/0,7340,L-5425209,00.html.

[18]    *See* https://hamas.ps/ar/post/10067, "as long as there is occupation on our lands, our resistance will continue with force, determination and with operations that shatter the arrogance (of the occupation), like the operation in Givat Asaf, that surprised him only recently, and with the bold operations of the resistors."

[19]    *See* https://hamas.ps/ar/post/12174/تصريح-صحفي-تعقيبا-على-قرار-سجن-الأسير-عاصم-البرغوثي-4-مؤبدات.

[20]    *See* https://www.alqassam.ps/arabic/تقارير-القسام/16141/والدة-الأسير-البرغوثيحكمهم-حبر-على-ورق-وثقتنا-بالمقاومة.

after his verdict was published. During the conversation, Haniyeh expressed his and HAMAS's appreciation to Asem al-Barghuthi and to the "holy warrior (*al-Mujahida*) al-Barghuthi family that made sacrifices in the battle to defend the Palestinian land and the Palestinian homeland." During the phone call, Haniyeh also described the verdict as "a medal of honor that lies on the whole Palestinian people's chest.…"[21]

194.    On October 25, 2022, the District Court for the District of Columbia found that the December 13, 2018, terrorist attack that grievously injured Nathaniel Felber was committed by HAMAS. *Felber v. Islamic Rep. of Iran*, 19-cv-01027 (ABJ), ECF No. 39.

## II.    THE ISLAMIC RESISTANCE MOVEMENT ("HAMAS")

### A.    HAMAS'S FOUNDING

195.    Several prominent terrorist organizations operate in Palestinian-controlled territory, most notably HAMAS, a radical Islamist terrorist organization committed to the globalization of Islam through violent "jihad" (holy war) and the destruction of the State of Israel.

196.    HAMAS[22] was established in the Gaza Strip on December 10, 1987, shortly following the outbreak of the First Intifada.[23] HAMAS announced its founding in an "official" communiqué on December 14, 1987.

197.    HAMAS represented the culmination of approximately 15 years of preparation and organization building, led by Ahmed Yassin (known as "Sheikh Yassin"), the unrivaled leader of

---

[21]    *See* https://hamas.ps/ar/post/12179/هنية-يهاتف-والدة-الأسير-عاصم-البرغوثي.

[22]    HAMAS is an acronym of the Arabic "*Harakat al-Muqawama al-Islamiya*"—Islamic Resistance Movement—but its name also means, in Arabic, enthusiasm, courage, and zeal for battle.

[23]    The term "First Intifada," as used herein, refers to the violent conflict that broke out in December 1987 between the Palestinians and Israel. Although it has no official ending date, it is generally considered to have concluded with the signing of the Oslo Accords in September 1993.

what had been the Muslim Brotherhood Movement in the Gaza Strip.[24]

198.   Although Yassin had been confined to a wheelchair throughout his adult life, he worked unceasingly for the establishment of HAMAS in the Gaza Strip. When HAMAS was established in Yassin's home in 1987, the Islamic Resistance Movement already had a defined ideology and a group of pre-existing institutions in Gaza, such as *Al-Mujama Al-Islami* (the Islamic Center), *Al-Jam'iya Al-Islamiya* (the Islamic Society), and the Islamic University of Gaza that were the flagship institutions of the Muslim Brotherhood's civilian social framework—the *da'wa*.[25]

199.   On December 10, 1987, after violence broke out in the Jabalia Refugee Camp, Sheikh Yassin invited six of the leaders of the Muslim Brotherhood in Gaza to his home.

200.   There the group decided on the establishment of HAMAS, a terrorist organization (and rival to established, secular Palestinian terrorist organizations) that would combine terror against Israel with its *da'wa* activities, through *Al-Mujama Al-Islami*, *Al-Jam'iya Al-Islamiya*, and the Islamic University of Gaza.

201.   In 1973, Yassin established *Al-Mujama Al-Islami*, and in 1976, he formed *Al-Jam'iya Al-Islamiya.*

202.   The two organizations, which were based in Gaza, quickly expanded and established branches throughout the Gaza Strip, but neither of them was, at the time of its establishment, *openly* militant.

---

[24]   The Muslim Brotherhood Movement was established in Egypt in 1928 by Hassan al-Banna and was dedicated to fighting Western influences on Muslim society; ensuring the adherence of Muslims to Islamic law (Shari'a); and, following the rectification of Muslim society, eventually establishing an Islamic state that would expand its rule over the world by means of jihad and a call to join Islam.

[25]   The word "*da'wa*," whose basic meaning in Arabic is "the call to the believers to shelter beneath the faith – return to the faith," is used herein to refer to HAMAS's civilian infrastructure that fundamentally supports its violent (terrorist) operations.

203. Initially, the two organizations primarily centered their activities on mosques, which were not meant solely for prayer. They also served as centers for social, educational, cultural, and political activity, while enjoying a measure of extra-territorial immunity that derived from their religious nature.[26]

204. HAMAS considers the seven participants in the December 1987 meeting its founding fathers. All of them were members of the Muslim Brotherhood, and six of them were members of *Al-Mujama Al-Islami*: Sheikh Yassin, Salah Shehada,[27] Abd al-Aziz al-Rantisi, Muhammad Sham'a, Ibrahim al-Yazuri, Issa al-Nashar, and Abd al-Fatah Dukhan.

205. At the meeting, Sheikh Yassin was recognized as the supreme leader of HAMAS.

206. His six associates in founding the movement became HAMAS's leadership council, and each of them was appointed to head a particular region of the Gaza Strip: Salah Shehada was responsible for the northern Gaza Strip; Abd al-Aziz al-Rantisi was responsible for the Khan Yunis area; Muhammad Sham'a was put in charge of Shati Refugee Camp; Ibrahim al-Yazuri was put in charge of Gaza City; Issa al-Nashar was put in charge of the Rafah area; and Abd al-Fatah Dukhan was put in charge of the central camps (four refugee camps).

207. All seven of HAMAS's founders were members of the *da'wa* apparatus (the civilian infrastructure of the Muslim Brotherhood and later of HAMAS).

208. In a February 1, 1988, article titled "Islam's Voice in Gaza," *Time Magazine* wrote about Sheikh Yassin and his obvious connection to the Islamic Center in Gaza:

---

[26] Yassin and the Muslim Brotherhood did not accept the secular Palestine Liberation Organization ("PLO") as the sole official representative of the Palestinian people, and subsequently began challenging representatives of PLO organizations in the trade unions, charitable societies, and universities in Gaza and the West Bank. In Gaza, where Yassin's leadership was more aggressive, the Muslim Brotherhood gradually seized control of the Islamic University of Gaza (founded in 1978) by removing members of the university's PLO-affiliated administration and replacing them with members of *Al-Mujama Al-Islami*.

[27] Shehada was not a member of *Al-Mujama Al-Islami*.

> Sheik Yasin, 51, is a spiritual leader of the Islamic fundamentalist movement in Gaza and thus a prime force behind the religious gale that has recently fanned the flames of unrest in the occupied territories. Born in the Arab village of Al-Joura, Sheik Yasin has been paralyzed below the neck since age 15 as the result of an athletic accident. He resides with his wife and eleven children in a one-story house in Gaza City. Family members assist him in dressing and eating. Despite his handicap, he runs al-Mujama al-Islami, a community organization that builds mosques and sponsors cultural activities.

209. In a January 1998 interview with a HAMAS publication, Ibrahim al-Yazuri, one of the aforementioned founders of HAMAS, offered a telling description of HAMAS's philosophy regarding charitable giving:

> Everyone knows that the Islamic Resistance Movement, HAMAS, is a Palestinian Jihad movement that strives for the liberation of all Palestine, from the (Mediterranean) sea to the river (Jordan), from the north to the south, from the tyrannical Israeli occupation, and this is the main part of its concern. Social work is carried out in support of this aim, and it is considered to be part of the HAMAS movement's strategy.... The HAMAS movement is concerned about its individuals and its elements, especially those who engage in the blessed jihad against the hateful Israeli occupation, since they are subjected to detention or martyrdom. The movement takes care of their families and their children and provides them with as much material and moral support as it can. This is one of the fundamental truths of Islamic work and thus represents the duties of the Islamic state.... The movement provides this aid through the support and assistance it gives to the zakat (Islamic alms-giving) committees and the Islamic associations and institutions in the Gaza Strip.

210. As indicated above, years before HAMAS was established, Sheikh Yassin and the Muslim Brotherhood in the Gaza Strip had developed the civilian infrastructure (such as *Al-Mujama Al-Islami*, *Al-Jam'iya Al-Islamiya,* the Islamic University of Gaza, and other organizations) which would soon form the backbone and recruiting grounds for HAMAS's Qassam Brigades.[28]

---

[28]    In 1984, the IDF uncovered a weapons cache in Yassin's house. He was later arrested and convicted of "establishing a radical Islamic religious organization whose aim was to destroy the State of Israel and replace it with a religious Islamic state." He was sentenced to 13 years in prison but was released a year later on May 21, 1985, as part of the "Jibril Prisoners' Exchange."

211. In January 1988, HAMAS also established a branch in the West Bank, through three of the leaders of the Muslim Brotherhood there: Jamil Hamami, Hamed Bitawi, and Sa'id Bilal. As in the past, HAMAS relied on the Muslim Brotherhood's infrastructure to build HAMAS's backbone of command and resources, while absorbing key charitable societies (such as *Al-Mujama Al-Islami* and *Al-Jam'iya Al-Islamiya*) in Gaza and zakat committees[29] in the West Bank, and, where necessary, also setting up new institutions.

## B.    HAMAS IN THE 1990S

212. In December 1992, because of HAMAS's increased terrorist activity, the Government of Israel deported more than 350 HAMAS operatives to Lebanon.

213. This step later became known as the *Marj al-Zuhur* Deportation because the deported Islamists were delivered to a checkpoint by that name in southern Lebanon during their brief exile.

214. The *Marj al-Zuhur* Deportation was a formative moment in HAMAS's history and mythology. It established its status as a leading Palestinian political organization and brought it to prominence in the Arab and international arenas.

215. HAMAS members who were deported to *Marj al-Zuhur* have a special place in HAMAS's history. They quickly became the most iconic members of HAMAS and later emerged as key leaders of its *da'wa* and the backbone of its leadership.

216. The international community condemned the deportations, and at the end of 1993, the Israeli Supreme Court determined that the Government of Israel was required to return the *Marj al-Zuhur* deportees.

---

[29]    The term "zakat" means tithing in Arabic. This is one of the five Pillars of Islam (Arkan al-Islam).

217. On September 13, 1993, President Clinton hosted the signing ceremony in Washington, D.C. for the so-called "Oslo Accords" agreed to by the more secular Palestine Liberation Organization ("PLO"), represented by Chairman Yasser Arafat, and Israel, represented by Prime Minister Yitzhak Rabin and his foreign minister, Shimon Peres.

218. The agreement had several significant aspects, including the withdrawal of Israeli forces from parts of the West Bank and Gaza, and the creation of the Palestinian National Authority ("PA"), headed by Chairman Arafat.

219. Under the agreement, the newly formed PA would perform many of the services previously provided by Israel, including education, health, social welfare, taxation, and tourism, in Gaza and the West Bank.

220. The agreement also included Mutual Recognition, whereby the Israeli Government recognized the PLO as the legitimate representative of the Palestinian people, while the PLO recognized the right of Israel to exist and purportedly renounced terrorism, violence, and the desire for the destruction of the State of Israel.

221. The Oslo Accords were not, however, universally accepted by the Palestinian factions.

222. For example, HAMAS rejected the agreement because of its recognition of Israel's right to exist.

223. For HAMAS, the Oslo Accords contradicted its most valued tenets—the destruction of the State of Israel and the creation of an Islamic state in all of what is today Israel, the West Bank, and the Gaza Strip.

224. Accordingly, HAMAS pursued a three-pronged strategy in the early 1990s.

225.    First, it upgraded its terror apparatus, improving the capabilities of its Qassam Brigades and beginning to perfect its bomb-making skills. It immediately escalated the quantity of terror attacks against Israelis in an effort to derail the Oslo Accords.

226.    Second, it intensified its efforts to subvert existing social welfare institutions—particularly in the West Bank—in order to systematically gain control of pre-existing charitable societies, zakat committees, and other religious and social institutions that would ultimately compete with the PA for the "hearts and minds" of the Palestinian public in Gaza, the West Bank, and even the Palestinian refugee camps in Jordan and Lebanon.

227.    Third, it accelerated the development of its world-wide fundraising network. While HAMAS enjoyed support from wealthy patrons in the Persian Gulf, even in its prior incarnation as Sheikh Yassin's Muslim Brotherhood "branch" in Gaza, the Oslo Accords galvanized the Muslim Brotherhood's supporters in Europe, Africa, and even the United States.

228.    HAMAS fundraisers and other operatives located abroad are key members of HAMAS's *da'wa*, closely tied to Qassam Brigades operatives on the ground in the West Bank and the Gaza Strip, as well as to HAMAS political leaders, who have since HAMAS's founding relocated to Turkey, Qatar, and elsewhere in the Middle East to expand its operations.

**C.      EARLY MEDIA COVERAGE OF HAMAS'S *DA'WA***

229.    As early as 1994, HAMAS fundraising activities were discussed in the media. For example, an article in *The New York Times* reported:

> HAMAS funding of all its activities is estimated by the Israelis at about $30 million a year. It comes from money collected by associations operating largely abroad but with ties to the international Muslim Brotherhood network. Money is also collected from Islamic and Arab communities in the United States and in Britain, the Netherlands and other Western European locations.

230. Also, on April 14, 1994, *The Globe and Mail* (Canada) published an article titled, "Hamas evolves from political to military group" by Patrick Martin.

231. The article explained HAMAS's *da'wa* in straightforward terms and identified its best-known institution:

> The group calling itself Hamas first made its appearance in 1987, at the start of the Palestinian uprising known as the intifada. Concentrated in Gaza, where Islamic tendencies have always been strong, it stemmed from a decade-old Islamic movement known as the Mujamma…. Sheik Yassin, who had been an activist in the older Muslim Brotherhood, had been imprisoned by the Egyptians during the regime of Gamal Nasser. When the Mujamma turned into the political movement Hamas, Sheik Yassin was again arrested, this time by the Israelis.

232. In 1995, the Civil Administration became increasingly alarmed by the growth and increased strength of HAMAS's *da'wa* and the increased flow of funds coming from abroad through the Palestinian banking system to various HAMAS controlled institutions in Gaza and the West Bank, particularly zakat committees and Islamic charitable societies.

233. At first, the Civil Administration decided to broach the subject with, among others, various bank managers who regularly visited the various branch offices of the Civil Administration situated in the West Bank and brief them on HAMAS's takeover of many zakat committees and Islamic associations in their communities. It was subsequently decided later on in 1995 that a more senior officer inside the Office of the Advisor for Arab Affairs in the Civil Administration should brief the senior management of the three largest banks operating in the region, including BOP.

234. In 1996, *The New York Times* reported on HAMAS's intensified fundraising for its network of institutions:

> Israeli, Palestinian and Western intelligence officials say Jordan is a major conduit for much of the Hamas budget, estimated at $70 million a year, nearly all of it for the social service network of mosques, hospitals, schools and other institutions that form the movement's political base in the West Bank and Gaza Strip.

…Jordan, intelligence officials say, is a major path through which money reaches the Hamas network of mosques and charities. Jordanian intelligence reports indicate that much of the money is coming from the Persian Gulf emirates and Saudi Arabia.

235. In 1997, following a May 6, 1997, series of Israeli designations directed against the Holy Land Foundation[30] and other HAMAS fundraising organizations, the Counter-Terrorism Bureau of the Israeli Prime Minister's Office decided to dispatch the head of its counter-terrorism financing efforts to directly warn the senior leadership of the largest financial institutions situated in the West Bank (including BOP) concerning HAMAS's takeover of many zakat committees and Islamic associations in their communities, such as the Islamic Charitable Society of Hebron ("ICSH"), *Al-Mujama Al-Islami* (the Islamic Center) in Gaza, *Al-Jam'iya Al-Islamiya* (the Islamic Society) in Gaza and the fact that the banks (including BOP) were assisting HAMAS's terrorist activities by collecting and distributing funds that the many HAMAS-controlled zakat committees and Islamic associations were routing through their banks.

236. But the senior management of the three largest banks operating in the region, including BOP, continued assisting HAMAS.

237. On September 17, 1997, the British-based *Mideast Mirror* published an article titled "How to break the deadlock: Armed resistance, plus Arab pressure on U.S."

238. The article quotes the Arabic press regarding Gulf State sources of funding for HAMAS:

> According to al-Hayat's sources, only some $10 million dollars is raised annually by Palestinian Islamist charities in the Gulf, most of which is paid directly to visiting fund-raising delegations or the charities' bank accounts in Jordan, or via Palestinian support groups based in the U.S. or Britain.

---

[30] The Holy Land Foundation was a notorious Texas-based HAMAS fundraiser. The United States designated it an SDGT in 2001, then prosecuted it and its leadership for terror financing. The prosecution resulted in convictions of the entity and five of its senior officers in 2008, which were upheld by the Fifth Circuit Court of Appeals in 2011.

Gulf-based charities also say they make a point of ensuring that recipients are recognized by the Jordanian religious affairs ministry or the PA's Jerusalem-based religious affairs department. They include the Zakat (alms) Committees in Hebron, Jerusalem, Tulkarem, Kalkilya and Gaza, which fund schools, Koran teaching classes and orphanages, provide cash or food aid to the families of martyrs, and run self-help schemes for needy families. Gulf funding also sustains the Islamic Charitable Society in Hebron, Jerusalem's Makassed Hospital, and the Wafa Society in Gaza which looks after the elderly.

Gulf donors also insist that they have always dealt openly with such organizations, which Israel accuses of constituting the "infrastructure" of Hamas. "We used to work with these organizations in broad daylight in the days of direct Israeli occupation, and continued dealing with them under the PA, though regrettably the pressures increased with the advent of the PA," *al-Hayat* quotes one aid worker as saying.

As for higher educational institutions, the main recipient of Gulf aid is Gaza Islamic University, which has long been described as a "Hamas stronghold."

239. An August 11, 2001, article in *The Washington Post* reported:

On the streets of Gaza, and to a somewhat lesser extent in the West Bank, Hamas's status has been underpinned by a network of medical clinics, schools and welfare institutions that distribute free and subsidized food to the needy.

According to Yassin, the group distributes $2 million to $3 million in monthly handouts to the relatives of Palestinian suicide bombers; "martyrs" who have been killed by Israelis; and prisoners in Israeli jails. When pressed, he was vague about the provenance of the money, which, according to the State Department, comes mainly from Palestinians overseas, Iran and private benefactors in Saudi Arabia and other moderate Arab states.

## D.   U.S. DESIGNATIONS OF HAMAS

240. On January 23, 1995, President Clinton issued Executive Order No. 12947. President Clinton found that "grave acts of violence committed by foreign terrorists that threaten to disrupt the Middle East peace process constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States."

241. Executive Order No. 12947 designated HAMAS a Specially Designated Terrorist ("SDT") and blocked all property and interests in property of the terrorist organizations and persons designated in the Order, including HAMAS.

242. On October 8, 1997, by publication in the Federal Register, the United States Secretary of State designated HAMAS a Foreign Terrorist Organization pursuant to Section 219 of the Immigration and Nationality Act and the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). HAMAS's designation as an FTO has been renewed every two years since HAMAS was originally so-designated.

243. On October 31, 2001, after the September 11, 2001, terrorist attacks on the United States, President Bush issued Executive Order No. 13224, declaring a national emergency with respect to the "grave acts of terrorism ... and the continuing and immediate threat of further attacks on United States nationals or the United States."

244. Executive Order No. 13224 designated HAMAS a Specially Designated Global Terrorist and blocked all property and interests in property of SDGTs, including HAMAS. HAMAS's designation as an SDGT has remained in place since HAMAS was originally so-designated.

E.    THE UNION OF GOOD

245. The Union of Good (also known as the Charity Coalition or *I'tilaf Al-Khayr* in Arabic) was established in October 2000, at the beginning of the Second Intifada,[31] as the umbrella organization for HAMAS's global fundraising activity.

---

[31]    The term "Second Intifada," as used herein, refers to the violent conflict which broke out at the end of September 2000 between the Palestinians and Israel. Although it has no "official" ending date, it is generally considered to have concluded at the end of 2004.

40

246.    Comprising more than 50 separate organizations over the course of its existence—several of which have been designated SDGTs by the U.S. Treasury Department, including HAMAS funders like Interpal and CBSP—the Union of Good originally began as a limited 101-day fundraising drive for emergency aid at the outset of what was later called the Second Intifada, chaired by the late Sheikh Yusuf al-Qaradawi (discussed further below), the Muslim Brotherhood's spiritual leader.[32]

247.    The 101-day fundraising drive was so successful that the Union of Good was converted into a permanent institution. It quickly became the preeminent Muslim Brotherhood fundraising mechanism in the world, raising tens of millions of dollars for HAMAS.

248.    Qatar Charity was featured as a prominent member organization of the Union of Good on the latter's website,[33] and served as one of the key fundraising entities within this global (Union of Good) HAMAS financing network.

249.    In 2001, the Union of Good created an Arabic language website for the 101 Days Campaign, with English and French versions, each soliciting donations.

250.    As of at least August 1, 2001, the official website of HAMAS's Political Bureau at that time – www.palestine-info.net – posted an advertisement on its home page with a hyperlink to the Union of Good's 101 Days Campaign website:

---

[32]    This information was sufficiently publicly known that even an obscure Virginia news website called "World Tribune" published an article on July 4, 2002, noting Israeli military seizures of records showing that the Saudi Committee for the Support of the Intifada al Quds "transferred money to a network of charities linked to Hamas. They include Al Salah Association in Gaza City, the Islamic Association in Hebron, and the Coalition of Benevolence. The coalition is headed by Yusuf al-Qaradawi, an Egyptian born Sheik who now lives in Qatar."

[33]    Archived at https://web.archive.org/web/20070227160725/http://www.101days.org/arabic/modules.php?name=moassat (last visited Jun. 17, 2026).



251.    On February 25, 2002, the Union of Good was designated by Israel in an order of the Minister of Defense of the State of Israel, based on its being "part of the Hamas organization or supporting it and strengthening its infrastructure."

252.    Having previously designated constituent organizations within the Union of Good, the U.S. Treasury Department designated the Union of Good itself as an SDGT on November 12, 2008. According to the Treasury Department:

> Union of Good acts as a broker for HAMAS by facilitating financial transfers between a web of charitable organizations—including several organizations previously designated under E.O. 13224 for providing support to HAMAS—and HAMAS-controlled organizations in the West Bank and Gaza. The primary purpose of this activity is to strengthen HAMAS' political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support HAMAS members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of HAMAS.

> Funds raised by the Union of Good affiliates have been transferred to HAMAS-managed organizations in the West Bank and Gaza. In addition to providing cover for HAMAS financial transfers, some of the funds transferred by the Union of Good have compensated HAMAS terrorists by providing payments to the families of suicide bombers. One of them, the Al-Salah Society, previously identified as a key support node for HAMAS, was designated in August 2007 under E.O. 13224. The Society employed a number of members of the HAMAS military wing and supported HAMAS-affiliated combatants during the first Intifada.

42

253. HAMAS leaders have also served openly in the Union of Good's executive leadership. For example, the Secretary General of the Union of Good, Essam Salih Mustafa Yussuf,[34] also acted as the Vice-Chairman of Interpal while serving on HAMAS's executive committee under then-supreme HAMAS leader Khalid Mishal.

254. In fact, during a conference in Doha, Qatar, on July 16, 2007, then-supreme HAMAS leader Khalid Mishal publicly thanked Sheikh Yusuf al-Qaradawi (in attendance) for his assistance to HAMAS through the Union of Good:

> The third point: the Union of Good. One of the blessings of our Sheikh, may Allah reward him is that he supports what he says with acts. His support of the Palestinian people and the Intifada was not in words, positions, and fatwas [religious rulings] only, but also in activities and efforts. He sponsored a big project which is the Union of Good during the Second Intifada – the blessed al-Aqsa Intifada. I do not exaggerate when I say that what the projects of Union of Good provided - the blessed money from the good people of the [Muslim] nation to the steadfast people on the land of Palestine was tens, even hundreds of millions of dollars. I wish that this will be in the Sheikhs balance of good deeds.[35]

255. Until his death in 2022, Sheikh Yusuf al-Qaradawi was closely associated with the Union of Good and Qatar Charity. Al-Qaradawi was one of the Muslim world's most prominent public supporters of HAMAS and its campaign of violence against Israel. He was one of the most recognized and famous people in the Arab and Muslim world, and as illustrated below (depicted with an image of Sheikh Yassin), his image is iconic:[36]

---

[34] In 2015, Yussuf served as "Head of the Global Body for the Reconstruction of Gaza," and his association with the Union of Good was openly and publicly acknowledged by Qatar Charity and Yussuf himself. He described his efforts "to break the siege on Gaza, and the convoys will continue, God willing, and should continue as long as the blockade is imposed on the Gaza population."

[35] A video clip of a part of the conference featuring Khalid Mishal and Sheikh al-Qaradawi is available at: https://www.memri.org/tv/hamas-leader-khaled-mashal-praises-sheik-yousef-al-qaradhawi-his-support-suicide-operations-and.

[36] Al-Qaradawi's visit to the Gaza Strip in May 2013 was widely covered in the media, including his meetings with HAMAS's leadership. *See, e.g., Islamic cleric in Gaza rejects Israel's existence*, AP (May 9, 2013) ("Al-



256.    When the Union of Good created its initial websites, Sheikh al-Qaradawi's widely recognized image appeared prominently on the homepage, including the English language homepage for www.101days.org in July 2001 depicted below:



257.    Until 2013, al-Qaradawi was best known for his weekly television program on the *Al Jazeera* satellite channel called "Sharia and Life" ("al-Sharīʿa wa al-Ḥayāh"), on which he analyzed numerous topics through the lens of Islamic thought. (The program reached approximately 60 million viewers at its height, before it ended in 2013.)

---

Qaradawi arrived in Gaza late Wednesday to an enthusiastic welcome by Hamas Prime Minister Ismail Haniyeh and his Cabinet ministers.").

258.    Al-Qaradawi has long stated that "[t]he martyr operations is [sic] the greatest of all sorts of Jihad in the Cause of Allah."

259.    In 1997, al-Qaradawi participated in a convention marking the tenth anniversary of the founding of HAMAS. He also published a fatwa on the www.islam-online.net website permitting the perpetration of suicide bombing attacks, asserting that: "*istishhad* is not suicide and should not be seen as unfit and endangering the life of the perpetrator… regarding the Palestinians… I believe that those actions are a duty performed in self-defense and [represent] active opposition to violence and injustice."

260.    He also gave HAMAS and other terrorist groups religious approval to commit suicide bombing attacks (including by women) against Israel.

261.    In 1998, even before the Second Intifada erupted in 2000, Sheikh al-Qaradawi was a leading voice in Arab and Islamic politics endorsing violence against Israel, publicly asserting, for example, that: "There should be no dialogue with these people [Israelis] except with swords."[37]

262.    During 2001, on his *Shariah and Life* broadcast on *Al Jazeera*, Sheikh al-Qaradawi was asked what could be done to show the Palestinian people that there were people standing by them. He replied:

> No doubt there are steps that need to be taken at the official and popular level… There is another thing: Financial Jihad. Our brethren are struggling for money. They are sacrificing themselves. They are giving martyrs every day. Thank God this means that the Umma is giving martyrs. Women cry for joy at the death of the martyrs… We should give aid to our brethren to reinforce their steadfastness, to try and overcome the blockade enforced on them.

---

[37]    *See Leading Muslim Cleric Under Fire for Meeting Israeli Chief Rabbi*, AP Worldstream, January 7, 1998, quoting a January 6, 1998, article by al-Qaradawi in the Arab newspaper *Al-Shaab*.

263.    Later in the interview, Sheikh al-Qaradawi answered further questions about the duties of Muslims regarding the conflict with Israel, and he said:

> We should resist and resist with what we have. We do not have nuclear weapons… I am surprised at any Muslim who calls these acts "suicide acts." These are martyrdom, commando and heroic acts. We should hail those who carry out these acts and bless them and call on God to take them to live in Paradise. They are there, God willing, because of their intentions, works, efforts and Jihad.

264.    In an interview in the Egyptian newspaper *Al-Ahram Al-Arabi* on February 3, 2001, al-Qaradawi explained his ruling:

> He who commits suicide kills himself for his own benefit, while he who commits martyrdom sacrifices himself for the sake of his religion and his nation. While someone who commits suicide has lost hope with himself and with the spirit of Allah, the Mujahid is full of hope with regard to Allah's spirit and mercy. He fights his enemy and the enemy of Allah with this new weapon, which destiny has put in the hands of the weak, so that they would fight against the evil of the strong and arrogant. The Mujahid becomes a 'human bomb' that blows up at a specific place and time, in the midst of the enemies of Allah and the homeland, leaving them helpless in the face of the brave Shahid who ... sold his soul to Allah, and sought the Shahada [Martyrdom] for the sake of Allah.

265.    In an April 25, 2001, interview with a Qatari newspaper, *Al-Raya*, al-Qaradawi further explained that suicide bombings against targets in Israel "are the supreme form of Jihad for the sake of Allah, and a type of terrorism that is allowed by the Shari'a." He cited a Koranic verse stating that one must be prepared to "spread fear among one's enemies and the enemies of Allah," and added that "the term 'suicide operations' is an incorrect and misleading term, because these are heroic operations of martyrdom, and have nothing to do with suicide. The mentality of those who carry them out has nothing to do with the mentality of someone who commits suicide."[38]

---

[38]    Also quoted in Michael Slackman, *Islamic Debate Surrounds Mideast Suicide Bombers*, L.A. Times, May 27, 2001. The *Associated Press* reported that same day that al-Qaradawi had publicly stated that a suicide bombing "is one of the greatest means of struggle."

266.    On June 2, 2001, *Agence France Presse* reported that Sheikh al-Qaradawi criticized Sheikh Sayyid Tantawi for disapproving of suicide bombing, quoting al-Qaradawi as saying on May 12, 2001: "These martyr operations led by the Palestinian fighters against Israel spring from resistance and all Muslims who kill to defend their land, honour and religion are martyrs."

267.    In an op-ed in *The Guardian* on August 28, 2001, Faisal Bodi wrote: "The world's most quoted independent Islamic jurist, Sheikh Yusuf al-Qaradawi, calls the [suicide] bombs 'commendable' and 'among the greatest form of holy struggle against oppression.'"

268.    On September 16, 2001, al-Qaradawi appeared on *Al Jazeera* Television in Qatar to discuss the September 11, 2001, attacks on the World Trade Center and Pentagon. Striking a note of "moderation" he distinguished the September 11th attacks from those targeting civilians in Israel:

> We must differentiate between two types of terror: the terror of those defending their homeland and their rights… This kind of terror is legitimate. The Palestinian factions defending their land, such as Fatah, Hamas, or Islamic Jihad, are not terrorists. [It is] a Jihad for the sake of Allah…
>
> Even if the US is guilty, in that it supports this Israeli terror, I say that this does not mean that we may attack civilians in the US, because the civilians are not guilty. We should fight the American military if we can, and if we cannot, we should fight the US economically and politically.

269.    The *Associated Press* reported on February 26, 2002, that "Youssef al-Qaradawi, a highly respected Egyptian clergyman, said suicide bombings – themselves a matter of debate among Muslims – are the best form of jihad and that 'what applies to men also applies to women.'"

270.    In March 2002, in a HAMAS journal published in Britain called *Filasteen al-Muslama*, al-Qaradawi stated that the participation of women in suicide terrorist attacks is not only permitted but even desirable, and that it is permitted for a woman to deviate from the rules that obligate her in daily life, from the point of view of preserving her modesty, to carry out the suicide

47

attack (for example, in his ruling, al-Qaradawi permits women to travel for the purpose of carrying out the suicide attacks without being escorted by a male relative, and is even lenient in regard to covering her head and wearing a veil).

271.    HAMAS often relied on al-Qaradawi's legal rulings in matters of current import and often turned to him to obtain legal rulings.

272.    In a May 4, 2002, article published in *Akhbar al-Khaleej* (UAE), al-Qaradawi's lecture (given in the UAE) outlined his view that collecting money for the mujahideen (jihad fighters, or "Muslim holy warriors") was not a donation or a gift, but "a duty necessitated by the sacrifices they made for the Muslim nation."

273.    On June 13, 2003, al-Qaradawi appeared on Qatar Television to discuss, among other things, the Bush Administration's efforts to restart negotiations between the Palestinian Authority and Israel. Al-Qaradawi stated:

> The Intifada expresses an assertive and proud people, a heroic people, a people that is unperturbed by death. A people that wants to live free, in honor, or die martyred. It is inconceivable that this people will die, despite the attempts of the Zionist entity state and of its strategic ally, the U.S. As much as they try to kill the Intifada and crush the resistance, they will not succeed….
>
> I say to [PA Prime Minister] Mahmoud Abbas, to [PA Security Minister] Muhammad Dahlan, and to the ministers who support them, that the day Hamas and [Islamic] Jihad, Al-Aqsa Martyrs Brigades, and the Mujahideen cease to exist, nothing will remain to negotiate about or to cling to. You will stand in your nakedness. No one will support you. What pushed the Zionists and the Americans to present the road map is the [defeat] they suffered as a result of the martyrdom operations that shook their foundations, undermined their existence, and sowed fear in their hearts.

274.    In a July 7, 2004, interview for BBC's "Newsnight," al-Qaradawi, referring to suicide attacks, said: "I consider this type of martyrdom operation as evidence of God's justice."

48

275.    Through al-Qaradawi's role as chairman of the Union of Good, he actively oversaw and coordinated the Union of Good's network of member organizations that raised and transferred funds to HAMAS throughout the world. These member organizations, operating under the Union of Good's umbrella, formed the operational infrastructure through which millions of dollars flowed to HAMAS operatives, HAMAS-controlled institutions, and HAMAS front organizations in the Palestinian Territories.

276.    In January 2015, Qatar Charity boasted that it raised QAR 100 million ($27.5 million) during its "First Humanitarian Forum to Support the Palestinian People."

277.    The event, held in Doha, held a special charity evening attended by Yusuf Al-Qaradawi as well as Qatar Charity's Chief Executive Officer Yousef Bin Ahmed Al-Kuwari and a number of Qatar Charity officials.

## III.    QATAR CHARITY

278.    Israel designated Qatar Charity as an Unlawful Association in June 2008 specifically because of its association with and membership in the Union of Good. The U.S. Treasury Department similarly recognized Qatar Charity as part of the Union of Good network that Treasury had designated in November 2008 as an organization "created by Hamas leadership to transfer funds" to the terrorist organization. Qatar Charity's membership in the Union of Good was well-documented by multiple international sources, including the Counter Extremism Project, which maintained detailed databases on extremist organizations and their interconnections, and was publicly acknowledged in various governmental designations and court filings.

279.    Qatar Charity also belongs to the International Islamic Council for Dawa ("IICD"), an organization comprising 86 organizations, many of which are associated with the Muslim Brotherhood, support HAMAS, or fundraise for al-Qaeda. The IICD is headed by Abdullah Omar Naseef, a Saudi leader who served as head of the Muslim World League and founder of the Rabita

Trust, an organization designated by the United States and United Nations for al-Qaeda financing shortly after 9/11.

280.    Qatar Charity has also collaborated extensively with the Turkish Humanitarian Relief Foundation ("IHH"), which Israel, Germany, and the Netherlands have designated as a terrorist organization. In 2014, Turkish authorities raided IHH Turkey offices under suspicion of IHH funding al-Qaeda. IHH is also a member of the Union of Good. This was reported widely in the media.[39]

### A.    QATAR'S DIRECT AND SYSTEMATIC FUNDING OF HAMAS

281.    For decades, Qatar has pursued a deliberate policy of financially supporting HAMAS, frequently masking this support as humanitarian charitable contributions.

282.    Following the 2006 elections that resulted in HAMAS ultimately gaining control of Gaza in 2007, Qatar committed $50 million to the Palestinian Authority government then dominated by HAMAS.

283.    By 2008, the media reported Palestinian officials publicly acknowledging that Qatar was providing HAMAS with monthly payments amounting to millions of dollars, nominally intended for Gaza's population.

284.    Qatar's financial commitment to HAMAS escalated dramatically in October 2012 when it pledged $400 million to the terrorist organization. This massive commitment provoked widespread condemnation from the United States Congress, with two dozen members writing directly to Qatar's ambassador to express their outrage that Qatar's support of "Hamas, a U.S.-

---

[39]    *See, e.g.*, Abdullah Bozkurt, *Is Qatar Charity funding al-Qaeda in Turkey?* Yerepouni Daily News, Aug. 28, 2017.

designated Foreign Terrorist Organization … legitimizes, and bolsters an organization committed to violence and hatred."

285.    In October 2012, then-HAMAS Prime Minister Ismail Haniyeh publicly welcomed the Qatari Ambassador Muhammad Ismail al-Imadi and an official delegation "that represents the state as well as the brothers from Qatar who represent the Qatar Charity Society" at a HAMAS government ceremony in Gaza. Haniyeh thanked Qatar "for supporting the legitimate government" (referring to HAMAS) and announced that Qatar was funding projects costing "around one quarter of a billion [currency not identified] and more than this." The presence of both Qatari government officials and Qatar Charity representatives at the same HAMAS government ceremony demonstrates the coordinated nature of Qatar's governmental and purportedly "charitable" support for HAMAS.[40]

286.    Qatar stands as HAMAS's single largest funder. During the six-year period spanning 2012 through 2018, Qatar's officially documented contributions to HAMAS exceeded $1.1 billion. This figure represents only Qatar's acknowledged transfers and does not account for additional covert financial support provided through entities like Qatar Charity.

287.    In March 2014, David Cohen, who was then serving as Secretary of the Treasury for Terrorism and Financial Intelligence, publicly identified Qatar as operating an exceptionally "permissive jurisdiction" for terrorist financing operations. Cohen specifically emphasized that Qatar "has for many years openly financed Hamas, a group that continues to undermine regional stability."

---

[40]    *Hamas premier discusses Gaza rule, reconciliation, government challenges*, BBC Monitoring Middle East—Political, Oct. 18, 2012 (transcript of speech by Ismail Haniyeh broadcast on Al-Aqsa Satellite TV, Gaza).

51

288.    Cohen further observed that Qatar's regulatory environment was so lax that "several major Qatar-based fundraisers act as local representatives for larger terrorist fundraising networks that are based in Kuwait." Beyond HAMAS, Cohen noted that Qatar was simultaneously supporting terrorist organizations conducting operations in Syria.

289.    Qatar's neighboring Arab states recognized the threat posed by Qatar's sponsorship of terrorism. On June 5, 2017, Saudi Arabia, Bahrain, Egypt, and the United Arab Emirates took the extraordinary step of severing all diplomatic relations with Qatar specifically because of Qatar's persistent connections with and support of terrorist organizations.

B.    QATAR CHARITY: A TERRORISM SUPPORT ENTITY ESTABLISHED BY QATAR TO FUND HAMAS

290.    Qatar Charity originated in 1992 under the name Qatar Charitable Society. Within a short time of its establishment, the organization became a primary funding mechanism for international terrorist networks.

291.    In March 2008, the U.S. Interagency Intelligence Committee on Terrorism ("IICT"), operating as part of the U.S. National Counterterrorism Center, formally classified Qatar Charitable Society as a "priority III terrorism support entity," or "TSE." This designation was based on the U.S. intelligence community's assessment of Qatar Charitable Society's "intent and willingness" to provide financial support to terrorist organizations actively targeting the United States and its interests.

292.    After Qatar Charitable Society became internationally notorious for its role in terrorist financing, the organization attempted to obscure its reputation by renaming itself Qatar Charity. This cosmetic rebranding did nothing to alter the organization's fundamental mission of providing financial support to terrorist organizations.

293. However, as noted above, Qatar Charity's involvement in financing international terrorism long predated its 2008 classification by U.S. intelligence agencies. Throughout the 1990s and early 2000s, Qatar Charity had established and maintained a consistent pattern of providing financial support to and partnering with terrorist organizations operating across multiple continents.

294. Qatar Charity routinely made martyr payments for HAMAS terrorists and their family members. These payments served as important incentives to commit terrorist attacks, especially for suicide bombings, as it assured would-be terrorists that their families would be financially taken care of if they died while murdering civilians.

295. Seized records from HAMAS *da'wa* institutions detail various martyr payments Qatar Charity made.

296. Specifically, records seized from the Tulkarem Zakat Committee, a well-known HAMAS institution declared an Unlawful Association by the Israeli Minister of Defense on February 25, 2002, as an institution belonging to HAMAS, and by the head of the IDF's Central Command on June 30, 2002, list thousands of dollars in martyr payments made by Qatar Charity. These records include receipts and thank-you notes from Tulkarem Zakat Committee to Qatar Charity.[41]

297. For example, on June 9, 2002, Tulkarem Zakat Committee wrote to Qatar Charity, "We are sending you a beneficiary list of martyrs' families who benefited from your aid, amounting to $5000." The records also include, for example, a handwritten thank you note from the mother of suicide bomber Mahmud Ahmad Marmash to Qatar Charity for a martyr payment

---

[41] Tulkarem Zakat Committee's activities included making payments to the families of HAMAS suicide bombers and other terrorists.

of $1,548. Marmash blew himself up in an Israeli shopping mall, killing five civilians and wounding more than 100.[42]

298.    These records also include article clippings describing Qatar Charity's martyr payments and other assistance for HAMAS institutions.

299.    The major Israeli daily *Israel Hayom* reported on July 31, 2014, that "the US Treasury Department and FBI concluded that the [Qatar Charitable] Society had connections to Al-Qaeda and served as a shell charity company for the terror organization."

300.    Qatar Charity further demonstrated its commitment to financing HAMAS by providing funding to and establishing partnerships with Islamic Relief Worldwide, an organization that Israel banned in 2014 specifically because of its role in funding HAMAS operations.

301.    In July 2008, Israel's Defense Minister issued an official order prohibiting Qatar Charity (still operating at that time under its former name, Qatar Charitable Society) and every one of its branch operations from conducting any activities in territories administered by the Palestinian Authority. This same governmental order officially designated Qatar Charity as a member of the Union of Good, which Israeli and U.S. authorities had identified as a notorious funder of HAMAS terrorism (indeed, the U.S. designated Union of Good *after*, that is, knowing, Israel had identified Qatar Charity as a member of the organization).

302.    Simultaneously with designating Qatar Charity, Israel issued explicit warnings to financial institutions worldwide. Israel specifically advised all world banking and financial institutions **"to prepare accordingly and act with caution in order to avoid criminal actions and civil lawsuits by victims of terrorism,"** including lawsuits that could be filed in United States

---

[42]    Lee Hockstader, *Bombing Triggers Israeli Airstrikes*, Wash. Post, May 18, 2001.

courts. This warning put the global banking community, including BOP, on notice that providing services to Qatar Charity could result in civil liability for terrorism financing.

303.    Indeed, at this point, litigation under the Anti-Terrorism Act against Arab Bank, PLC, had been pending for approximately four years, having been filed in 2004 in the Eastern District of New York in the case *Linde v. Arab Bank, PLC*. Arab Bank, headquartered in Amman, Jordan, was one of the largest and most prominent financial institutions operating in the Middle East, with an extensive branch network throughout the Palestinian Territories including the West Bank and Gaza Strip – the same region where BOP operated.

304.    That lawsuit alleged that Arab Bank provided financial services to HAMAS and other terrorist organizations operating in Israel, the West Bank, and Gaza Strip, directly and via HAMAS-controlled zakat committees and charitable societies, and provided financial services to senior terrorist operatives of HAMAS and other terrorist organizations. The lawsuit also alleged that Arab Bank facilitated payments to families of suicide bombers and other terrorists who perpetrated attacks against Israeli and American victims.

305.    The *Linde* litigation involved claims under the ATA arising from the same regional terrorist financing infrastructure that BOP supported by maintaining accounts for Qatar Charity, a member of the Union of Good umbrella organization that the U.S. Treasury designated in 2008 as having been created by HAMAS leaders specifically to transfer funds to HAMAS.

306.    Qatar Charity distributed funds to the Islamic Charitable Society of Hebron, *Al-Jam'iya Al-Islamiya* in Gaza, and other HAMAS institutions. And BOP directly maintained accounts for Al-Nur Prisoner's Society and other organizations[43] – the same HAMAS-controlled

---

[43]    The trial evidence described the Union of Good and its constituent fundraising components, which included, *e.g.*, the Holy Land Foundation and Qatar Charity.

entities and payment networks to which Arab Bank had provided services from 2000-2004, resulting in the 2014 civil liability verdict against Arab Bank. The verdict was widely reported in the media, including in the Middle East.[44] Notably, Arab Bank refused to provide banking services to Qatar Charity itself, apparently finding it too risky to bank despite (or because of) Arab Bank's own documented history of assisting HAMAS.

307.    The then-pending *Linde* case reported on widely by the international media,[45] further underscored the serious legal risks facing financial institutions that provided banking services to entities financing terrorism in the region, and put BOP on clear notice that such conduct could result in substantial civil liability in United States courts. But it did not dissuade BOP from continuing to provide systematic assistance to HAMAS.

308.    Even after the 2014 *Linde* verdict finding Arab Bank civilly liable for knowingly providing financial services to HAMAS, BOP *continued* to support the same terrorist financing infrastructure without interruption. Throughout 2014 and 2015, during and after the highly publicized *Linde* trial and verdict, BOP continued maintaining and servicing Qatar Charity's accounts, processing millions of dollars that Qatar Charity distributed to HAMAS institutions including the Islamic Charitable Society of Hebron and *Al-Jam'iya Al-Islamiya*.

---

[44]    *See, e.g.*, *Central Bank of Jordan release comment regarding Arab Bank legal case*, Mist News (Egypt), Sept. 23, 2014; Ben Ariel, *Jordan's Central Bank Supports Arab Bank After Verdict on Hamas*, Arutz Sheva (Israel), Sept. 24, 2014; Joe Palazzolo, *Arab Bank Found Liable for Providing Assistance to Hamas; Jury Verdict a First Against a Bank in a Civil Terrorism-Finance Case*, Wall St. J. Online, Sept. 22, 2014.

[45]    *See, e.g.*, Mena Report Reporters, *Central Bank of Jordan Governor Denies Any Involvement of Arab Bank in Financing "Terrorist" Activities*, Al-Bawaba, July 8, 2004; Glenn R. Simpson, *U.S. Terror Victims File Suit Against Jordan's Arab Bank*, Wall St. J. Eur., July 7, 2004, at A2; Melissa Radler, *Victims of Palestinian Terror Sue Arab Bank in New York for $875 Million*, Jerusalem Post, July 7, 2004, at 2; *Terrorist Victims' Families Sue Arab Bank in US*, Agence France Presse, July 6, 2004.

309.    Moreover, BOP maintained accounts for Al-Nur Prisoners Society from at least 2014 forward, knowing it was a core HAMAS institution, and during the 2014-2015 period, Al-Nur used its BOP accounts to finance Qassam Brigades terror cells and terrorist attacks.

310.    This continued facilitation of the same HAMAS-controlled entities and payment networks that had just resulted in Arab Bank's liability demonstrates that BOP's assistance to Qatar Charity and HAMAS was not only conscious and intentional but also that BOP was willing to expose itself to substantial reputational and financial risk in order to assist HAMAS and help it succeed.

311.    As noted above, in November 2008, the U.S. Department of the Treasury officially designated the Union of Good as an SDGT, triggering prohibitions on financial transactions with the organization and any of its members.

312.    Treasury's designation order explicitly stated that the Union of Good constituted "an organization created by Hamas leaders to transfer funds to the terrorist organization." Treasury further emphasized that "the primary purpose of this activity is to strengthen Hamas's political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support Hamas members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of Hamas." This official U.S. government finding established that the Union of Good, of which Qatar Charity was a member, existed for the specific purpose of financing HAMAS.

313.    Treasury's designation particularly highlighted that the Union of Good's purported charitable activities in the West Bank and Gaza included administering so-called "martyr" payments to families of suicide bombers. The Union of Good also systematically promoted terrorism by making direct payments to individuals who had committed terrorist acts and by

providing ongoing financial support to families of convicted terrorists serving sentences in Israeli prisons. These payment programs created illegal financial incentives and rewards for committing murder, causing grievous injuries to Plaintiffs and countless other terrorism victims.

314.    Treasury's designation order specifically stated: "In addition to providing cover for Hamas financial transfers, some of the funds transferred by the Union of Good have compensated Hamas terrorists by providing payments to the families of suicide bombers."

315.    Treasury further determined that the "Union of Good acts as a broker for Hamas by facilitating financial transfers between a web of charitable organizations ... and Hamas-controlled organizations in the West Bank and Gaza." This finding revealed that the Union of Good, including Qatar Charity, served as the critical financial intermediary connecting international fundraising operations with HAMAS's operational entities on the ground.

316.    Qatar Charity's support for HAMAS extended to deliberate attempts to circumvent Israeli security measures designed to prevent weapons and terrorist financing from reaching Gaza. In December 2008, Qatar Charity publicly announced its intention to ship "aid" to Gaza in an explicit attempt to defy the Israeli blockade that had been imposed after HAMAS violently seized control of the Gaza Strip in June 2007, slaughtering members of the rival Palestinian faction, Fatah.

317.    Abdallah al-Nimaa, Qatar Charity's vice president, told international media that Qatar Charity planned to send a ship carrying medical supplies from Doha to Gaza "in a symbolic gesture" and that the organization did not request an Israeli permit for the shipment. Al-Nimaa acknowledged that he expected "Israeli warships to bar the Qatari aid ship" but stated that Qatar Charity was "determined" to run the blockade.[46]

---

[46]    *Qatari charity seeks to defy Gaza blockade*, Agence France-Presse (Dec. 1, 2008).

318.    The close relationship between Qatar Charity and HAMAS was publicly acknowledged by HAMAS leadership. In October 2012, HAMAS's then–Prime Minister Ismail Haniyeh delivered a speech at a government ceremony in Gaza in which he specifically welcomed and thanked representatives "from Qatar who represent the Qatar Charity Society." Haniyeh praised Qatar for its "economic and political support" and specifically thanked "those who led the ship in the midst of difficult and complex circumstances and took it to safe shores after which they handed the banner to righteous men who pursue the road towards Jerusalem and Al-Aqsa and towards Palestine and the liberation of this blessed land and our prisoners from the Zionist occupation jails."[47] "Taking the road towards Jerusalem and Al-Aqsa" is a HAMAS euphemism for destroying Israel and replacing it with an Islamic caliphate, as explicitly set forth in HAMAS's charter.

319.    This public acknowledgment by HAMAS's Prime Minister, which was reported in the media and also broadcast on HAMAS-run Al-Aqsa Satellite Television, demonstrated that Qatar Charity was operating as a direct supporter of HAMAS.

320.    Qatar Charity collaborated with the HAMAS-controlled Ministry of Education in Gaza in 2009 to build HAMAS-run schools.[48]

321.    These HAMAS-run schools that Qatar Charity helped build were not ordinary educational institutions. According to reports on Qatari-owned *Al Jazeera* and multiple other

---

[47]    *Hamas premier discusses Gaza rule, reconciliation, government challenges*, BBC Monitoring Middle East—PoliticaL (Oct. 18, 2012) (transcript of speech by Ismail Haniyeh broadcast on Al-Aqsa Satellite TV, Gaza).

[48]    Martin Samuel, *Proof FIFA Gave the World Cup to Sponsors of Terror*, Daily Mail (London) (Mar. 24, 2014).

public sources including HAMAS websites, these schools provided military training to students as part of the Al-Futuwwa program.[49]

322.    On January 7, 2014, the HAMAS Ministry of Education announced that 13,000 students would take part in the Al-Futuwwa program that year. Activities included "learning how to load and shoot AK-47 rifles, how to scale buildings using rope and other practical military studies, some involving in the field experience with members of the Izz al-Din al-Qassam Brigade, the military-terrorist wing of Hamas."[50]

323.    Qatar Charity invested millions of dollars into HAMAS infrastructure. For example, Palestinian media outlet *Sama News* reported on January 25, 2017, that Ismail Haniyeh, then-deputy head of HAMAS, intervened after Qatar Charity failed to make $10 million in late payments for its projects in Gaza. Thanks to Haniyeh's intervention, Qatar Charity paid half the amount it owed—$5 million.

324.    In June 2019, Saudi Arabia, Bahrain, Egypt, and the UAE officially designated Qatar Charity as a financial supporter of terrorism. This four-nation consensus represented a regional determination by Qatar's Arab neighbors that Qatar Charity posed a significant terrorism financing threat.

---

[49]    *See id.* The Al-Futuwwa program has drawn international criticism from child protection organizations because of its use of weapon replicas and mandatory military-style drills during school hours, and its function as a recruitment pipeline funneling children into summer and winter camps run by HAMAS's Qassam Brigades where children underwent weapons training with replica firearms and sometimes live ammunition on military bases near the Israeli border. A 2014 investigation by Defense for Children International - Palestine found strong links between the school-based Al-Futuwwa program and the Qassam Brigades camps, with enrollment doubling from 5,000 children in January 2013 to 13,000 participants from 49 public schools in 2014, and summer camps in 2015 attracting at least 24,000 children, some as young as 12 years old. Defense for Children International - Palestine, *Changes to Gaza's Futuwwa program reduce child protection risks*, (Mar. 6, 2017,) *available at* https://www.dci-palestine.org/changes_to_gaza_s_futuwwa_program_reduce_child_protection_risks.

[50]    Martin Samuel, *Proof FIFA Gave the World Cup to Sponsors of Terror*, Daily Mail (London) (Mar. 24, 2014).

### C. THE MECHANICS OF THE QATAR CHARITY-BANK OF PALESTINE FUNDING SCHEME

325. Throughout a period spanning from at least 2009 through 2019, Qatar Charity and BOP aided and abetted and conspired with HAMAS by knowingly and systematically transferring tens of millions of U.S. dollars to HAMAS's Qassam Brigades, HAMAS leaders and operatives and HAMAS-controlled institutions operating in the Palestinian Territories that are closely intertwined with HAMAS's violent terrorist activities.

326. From 2009 through 2019, Qatar Charity was one of HAMAS's most significant patrons, funneling money to the organization through a variety of funding streams. These streams included funds transfers to Qatar Charity's local branch offices in Ramallah and Gaza in the Palestinian Territories, even larger sums transferred from Qatar Charity's Doha headquarters through the Islamic Development Bank's "Gaza Reconstruction" initiative in Jeddah, Saudi Arabia, and donations to other international organizations that funneled donations into Gaza.

327. During this period, Bank of Palestine acted as one of HAMAS's primary local bankers, providing financial services to multiple HAMAS-controlled organizations and operatives, as well as local accounts, foreign exchange, and electronic funds transfer capabilities for Qatar Charity (Doha, Qatar) and the Islamic Development Bank (Jeddah, Saudi Arabia).

328. BOP's services to HAMAS were crucial because U.S. dollars were far and away the preferred currency for financing HAMAS—they are the most globally transferrable currency and function as the preferred currency in the Palestinian Territories. Qatar Charity's domestic currency, Qatari riyal, "QAR," are not easily transferable, nor are the other currencies used in the Palestinian Territories, Israeli shekels and Jordanian dinars. Even euros require conversion for most markets and thus lose value. However, U.S. dollar-denominated electronic funds transfers

("EFTs") were usually processed through New York correspondent banks, which meant counter-terror financing review by New York clearing banks.

329. Further, prior to 2019, cryptocurrency was not a widely used alternative for moving large sums of U.S. dollars (or their equivalent).

330. Thus, HAMAS and Qatar Charity needed retail banks like BOP for executing these larger funds transfers.

331. Once deposited electronically or via physical banknotes in local banks like BOP, the funds could be converted by a Palestinian bank's foreign exchange department to Israeli shekels ("NIS") for ordinary retail use or kept in U.S. dollars for purchases of export goods (including weapons, building materials and consumer goods).

332. As noted above, the one major disadvantage to Qatar Charity in transferring its terror financing funds in U.S. dollars was that New York correspondent banks monitored those transactions to comply with, among others, OFAC's economic sanctions, the Bank Secrecy Act, and the PATRIOT Act. The transfers could also be monitored by U.S. law enforcement to prevent terror financing.

333. As noted above, in 2008, Qatar Charity's umbrella organization, the Union of Good, was designated by OFAC as an SDGT. That same year, Israel designated Qatar Charity an Unlawful Association for its membership in the Union of Good and its funding of HAMAS.

334. Further, Qatar Charity's funds transfers to its branch offices in the Palestinian Territories—particularly to HAMAS-controlled Gaza—were directed to a high-risk jurisdiction that U.S. banks were required to treat as such under the risk-based approach mandated by the global Financial Action Task Force's ("FATF") anti-money laundering ("AML") and counter-

financing of terrorism ("CFT') recommendations and reflected in the Bank for International Settlement's AML/CFT guidance.

335.    For several years after the Union of Good was designated, Qatar Charity continued to regularly transfer funds denominated in U.S. dollars (and it maintained U.S. dollar-denominated accounts at BOP and other banks) to its branch offices in the Palestinian Territories without difficulty—but by 2012, U.S. banks were blocking or rejecting Qatar Charity's U.S. dollar-denominated transactions with greater frequency.

336.    Thus, unlike ordinary bank customers, Qatar Charity was acutely aware of how its U.S. dollar-denominated funds transfers were routing through New York and precisely which correspondent banks were clearing and settling the transfers (or rejecting them)—and the challenges doing so posed.

337.    As a highly sophisticated party that was seeking ways to evade the strictures of U.S. counterterrorism financing infrastructure while still using the U.S. banking system, Qatar Charity eventually attempted in many (but not all) cases to switch to making transfers denominated in euros rather than dollars for its transfers to its branch offices in the Palestinian Territories.

338.    But this too proved problematic as even European banks were not always willing to execute Qatar Charity's requested transfers.

339.    Moreover, Qatar Charity's euro-denominated transfers were often converted (including by BOP) into dollars and deposited in its U.S. dollar-denominated accounts.

340.    Qatar Charity thus fashioned alternative means by which it could utilize the U.S. financial system while obscuring its role in the transactions from U.S. banks and other monitors.

341.    For the largest share of Qatar Charity's donations to HAMAS's Qassam Brigades – at least tens of millions of U.S. dollars – Qatar Charity sent its transfers by a different route,

utilizing the U.S. dollar-denominated accounts of the Islamic Development Bank in both Jeddah, Saudi Arabia, and IDB's U.S. dollar-denominated account at BOP in Gaza.

342.    Much of these funds moved from IDB under the auspices of the Gulf Cooperation Council and its "Gaza Reconstruction" program which reduced Qatar Charity's visibility as the funds flowed into Gaza through the U.S. financial system.

343.    At all times, Qatar Charity knew and intended that these large U.S. dollar-denominated transactions (for which it supplied the funding to IDB) would clear and settle in New York via an intermediary to obscure Qatar Charity's role.

344.    IDB and BOP (and other banks) acted as Qatar Charity's agents, processing transactions through the United States at Qatar Charity's direction.[51]

### D.    QATAR CHARITY FUNDING DIRECTLY TO THE QASSAM BRIGADES IN GAZA

345.    Qatar Charity worked collaboratively with HAMAS's Qassam Brigades to fund a litany of construction projects in Gaza that both financed its physical terror infrastructure in Gaza (e.g., tunnels, bunkers, under- and above-ground command centers) and provided the Qassam Brigades funds to siphon a percentage of donations for its other (terror) purposes.

346.    As noted above, Qatar Charity sent tens of millions of dollars to the Qassam Brigades via accounts at the IDB in Jeddah under the guise of "Gaza reconstruction."

347.    Because a representative of HAMAS was seconded to the IDB as a "consultant" to work with it and Qatar Charity on approving funding projects in Gaza, HAMAS not only controlled how funds were spent in Gaza and how each construction project would serve the requirements of

---

[51]    In most financial systems, including those relevant here, banks act, generally as a matter of law, as their customers' agents in the limited context of executing the customers' payment orders. Most customers do not know or care about the precise process a bank employs to process a transaction, but Qatar Charity did because of its difficulties sending U.S. dollar-denominated transfers – which alerted it to the need to not only know how its transactions were routed but to devise methods to reduce the risk of U.S. correspondent banks blocking those transfers.

the Qassam Brigades, but it also exercised control over how funds were allocated at the "grant making" stage in Doha and Jeddah.[52]

348.    As noted above, IDB also maintained a U.S. dollar-denominated account with BOP in Gaza that dispensed funds for HAMAS-approved projects.

349.    As far back as 2007, each construction project Qatar Charity funded through this process was developed collaboratively with HAMAS's Qassam Brigades through engineering firms the Qassam Brigades controlled and Qatar's Gaza Reconstruction Committee.[53]

350.    From at least 2009 onward, HAMAS systematically embedded its "military" (terrorist) operations—including command centers, weapon caches, and tunnel entrances—within and underneath densely populated civilian areas across the Gaza Strip. This deeply entrenched tactic was overseen by the Qassam Brigades and utilized residential buildings, schools, mosques, sports facilities and hospitals as cover, effectively converting civic spaces into military infrastructure.

351.    For example, HAMAS constructed an extensive network of hundreds of miles of terror-supporting tunnels. Access shafts and command nodes were routinely built beneath or directly connected to private homes, hospitals, and schools, allowing operatives to maneuver undetected.

352.    Facilities like Al-Shifa Hospital were also utilized to conceal weapons, house command-and-control centers, and hold hostages. In subsequent years (and particularly after the

---

[52]    The construction projects funded by Qatar Charity (and approved by HAMAS) are then implemented by contractors approved by and/or belonging to HAMAS.

[53]    Some of the projects were funded under the auspices of the Qatar Charity's local offices in Gaza while others were funded through HAMAS institutions like the Islamic Society of Gaza (*Al-Jam'iya Al-Islamiya*) (discussed below).

October 7, 2023, attacks on Israel), the IDF frequently discovered operational exits leading from hospital basements to the underground network of tunnels and command bunkers.

353.    Qatar's Gaza reconstruction efforts took a variety of forms.

354.    For example, in April 2013, Abd al-Salam Haniyeh, a member of HAMAS's Supreme Council for Youth and Sports and the son of HAMAS's then- "Prime Minister" Ismail Haniyeh, announced that Qatar Charity approved a $1 million project to rebuild Palestine Stadium in the Gaza Strip.

355.    Similarly, in 2015, Qatar Charity announced it would sponsor several projects in Gaza worth $70 million U.S. dollars after Abd al-Salam Haniyeh held a meeting with Qatar Charity's CEO for the Palestinian Territories, Yusuf al-Kawari.

356.    In 2018, HAMAS named the Sadaqa Club in Gaza in honor of the Emir of Qatar. Mohammad Abu Haloub, director of Qatar Charity in Gaza, attended the inaugural event together with Abd al-Salam Haniyeh, under a large banner that featured Ismail Haniyeh's visage.

357.    All of these projects – and many others – financed under the rubric of "Gaza reconstruction" were approved by and coordinated with Qassam Brigades through their engineering firms and involved diversion of a set percentage of the funds to Qassam Brigades as a "service charge."

358.    In addition, because civil construction projects provided the Qassam Brigades with optimal cover for the excavation and formation of its tunnel networks and underground command centers, nearly all construction projects funded by Qatar Charity (and others) in Gaza were exploited (with Qatar Charity's knowledge and approval) for the advancement of the Qassam Brigades' subterranean terror infrastructure.

**E.    QATAR CHARITY FUNDING THROUGH ITS BRANCH OFFICES IN THE PALESTINIAN TERRITORIES**

359.    Qatar Charity raised funds in Qatar and transferred them to Qatar Charity's accounts at BOP in the Palestinian Territories.

360.    BOP actively assisted HAMAS and Qatar Charity and knowingly provided the essential banking services that enabled Qatar Charity to receive these funds and distribute them to HAMAS.

361.    From 2011 to 2015, Qatar Charity transferred more than $28 million U.S. dollars in funds that originated with Qatar Charity in Doha and were transferred to Qatar Charity's two branches operating in the Palestinian Territories (one located in Gaza and the other in the West Bank).

362.    A portion of these $28 million U.S. dollars in transferred funds were ultimately distributed by Qatar Charity to HAMAS directly, including various HAMAS institutions, including the ICSH.[54]

363.    ICSH was declared to be an Unlawful Association by the Israeli Minister of Defense on February 25, 2002, as an institution belonging to HAMAS, and by the head of the IDF Central Command's Order on June 30, 2002.

364.    Qatar Charity also made transfers to the Jebaliya branch of *Al-Jam'iya Al-Islamiya* (Gaza), one of HAMAS's flagship institutions (discussed below). On October 20, 2013, the Palestinian Information Center (www.palinfo.com), the official website of HAMAS's Political

---

[54]    Even projects like the purchase of meals for the needy were often routed through local "businessmen" like Mustafa Saadi Abd El Fattah Sahl who, together with his brother, were both HAMAS operatives and owners of a grocery in the Hebron area.

Bureau, published a story in which the Chairman of *Al-Jam'iya Al-Islamiya* in Jebaliya, Ramez al-Gharbawi, thanked Qatar Charity for its donation.

365. Qatar Charity's own annual reports for the years 2013, 2014, and 2015 provide documentary evidence that Qatar Charity transferred substantial funds to, and implemented joint projects in partnership with, various HAMAS institutions, including Al-Ihsan in Hebron.

366. Notwithstanding Qatar Charity's transparent and substantial connections to terrorist entities, BOP continued providing Qatar Charity with banking services that enabled these terrorism financing activities.

367. Throughout the entire 2009–2015 period, Qatar Charity operated as an Israeli designated Unlawful Association in the Palestinian Territories. Consequently, Qatar Charity was explicitly banned from conducting any operations within Israel or the Palestinian Territories, but was not shuttered by the Palestinian Authority.

368. Qatar Charity's illegal operations continued until July 2015, when Israel arrested three of Qatar Charity's senior executives in the Palestinian Territories, Fadi Mansra, Judeh Jamal, and Najwan Odeh, for assisting HAMAS.

369. On December 20, 2016, HAMAS reported on its official Palestinian Information Center website that Israel had detained five employees of Qatar Charity's "Palestine branch" for allegations of working for a "banned organization."

370. In 2017, Israeli courts convicted Judeh Jamal, who had served as Qatar Charity's Director, of operating an illegal organization and transferring funds to HAMAS. He served approximately 23 months in prison and received a fine of one million Israeli shekels (approximately $280,000 U.S. dollars).

68

371.    Najwan Odeh, who served as operations manager for Qatar Charity's Palestinian Territories operations, received a 17-month prison sentence and a 100,000-shekel fine (approximately $28,000 U.S. dollars) after also being convicted of operating an illegal organization and transferring funds to HAMAS.

372.    Fadi Mansra, who worked in the accounts department for Qatar Charity, served approximately 2.5 years in an Israeli prison for his offenses. To secure Mr. Mansra's release from prison, Qatar's Foreign Ministry paid his one-million-shekel criminal fine.

373.    In fact, even Arab Bank, a major Jordanian financial institution with a history of financing HAMAS, refused to process salary payments that Qatar Charity attempted to make to its employees in the Palestinian Territories. Additionally, Banque du Caire, an Egyptian banking institution also operating in the Palestinian Territories, similarly refused to conduct any banking activities on behalf of Qatar Charity.

## IV.    BANK OF PALESTINE

### A.    BANK OF PALESTINE'S ESSENTIAL ROLE PROCESSING AND LAUNDERING QATAR CHARITY'S TERRORISM FINANCING

374.    In 2003, the Mossad's[55] Head of Counter-Terrorism Financing met personally in Israel with BOP's former Chairman of the Board, Dr. Hani Hashim Shawa, to warn BOP that it needed to stop transferring funds from abroad to various HAMAS-controlled institutions because it was fueling terrorist attacks.

375.    The Mossad's Counter-Terrorism Financing efforts had led it to conclude that BOP was one of the primary banks in the Palestinian Territories used to move funds for the benefit of HAMAS.

---

[55]    The Mossad is Israel's equivalent of the Central Intelligence Agency.

376. Notwithstanding that warning, BOP later became a primary conduit for Qatar Charity's systematic terrorism financing operations, providing crucial local banking infrastructure that enabled Qatar Charity to receive funds from Qatar and distribute those funds to HAMAS locally through its 46 branches in the Palestinian Territories.

377. Throughout the period preceding and during the attacks at issue, BOP maintained and serviced multiple accounts in Qatar Charity's name, in more than one currency. Through these accounts, BOP facilitated the receipt of wire transfers totaling tens of millions of dollars. These transfers originated with Qatar Charity in Doha and ultimately were credited to Qatar Charity's accounts at BOP's branches in the Palestinian Territories.

378. Qatar Charity systematically funded its Palestinian-Territory operations by transmitting money from Qatar to its BOP accounts in euros, which BOP then converted into U.S. dollars in BOP's own name. Although Qatar Charity also held and used U.S. dollar–denominated accounts, it routed the cross-border (SWFIT) leg of these transfers in euros rather than dollars, for the reasons set forth below.

379. As discussed above, Qatar Charity sent funds from its Doha headquarters to its operations in the Palestinian Territories in euros—specifically, their accounts at the BOP, which then converted euros into dollars under its own name.

380. As Qatar Charity executive Fadi Mansra explained to Israeli police: "At the bank branch in Ramallah, we convert the bills from euros to Dollars and this action is only done at the Bank of Palestine. This is the Qatar Organization's policy for all branches around the world."

381. There was no business rationale for transmitting these funds in euros. Qatar's currency is the Qatari riyal, which has been pegged to the U.S. dollar at 3.64 riyals per dollar since 2001, and Qatar, as a major hydrocarbon exporter, conducts the overwhelming majority of its

international trade and finance in U.S. dollars (oil is traded globally in U.S. dollars, commonly called "petrodollars").

382.    Euros offered two advantages for concealment. First, euro cross-border transfers clear and settle through European systems rather than through the United States, and therefore avoided the scrutiny that U.S. correspondent banks apply to dollar transfers, including screening for HAMAS-related activity. Second, they are highly liquid and thus easily convertible into U.S. dollars.

383.    The Qatari Riyal, on the other hand, is not widely traded internationally outside the Persian Gulf region, making riyal-to-dollar conversions in the Palestinian Territories expensive, difficult to execute through normal foreign exchange markets, and likely to attract attention from compliance personnel in New York, where U.S. dollars are purchased, due to the unusual nature of such conversions.

384.    However, transferring funds directly in U.S. dollars from Qatar to the Palestinian Territories would expose them to enhanced scrutiny under U.S. anti-money laundering ("AML") and counter-financing terrorism ("CFT") regulatory frameworks. A U.S. bank applying the risk-based approach required of financial institutions was obligated to treat large transfers into HAMAS-controlled Gaza as presenting elevated terrorism-financing risk (given that HAMAS—a U.S. designated FTO and SDGT—controlled the territory) and to apply enhanced due diligence to funds moving toward it.

385.    U.S. correspondent banks are required to screen transfers for potential connections to money laundering, terror financing, and other crimes. Thus, U.S. correspondent banks screening U.S. dollar-denominated funds transfers originating from Qatar Charity in Doha and destined for

71

the Palestinian Territories would have run a greater risk of subjecting these transactions to intensive AML/CFT scrutiny.

386.    BOP was able to convert Qatar Charity's euros to U.S. dollars without raising suspicions in the United States.

387.    To do so, BOP used its U.S. dollar–denominated correspondent banking relationships with major New York banks. During all relevant times, BOP maintained U.S. dollar–denominated accounts at those U.S. correspondent banks—accounts BOP maintained as "nostro" accounts (i.e., "our account with you") in its core banking system and that the correspondent banks recorded on their own books as BOP's "vostro" accounts (i.e., "your account with us"). BOP's U.S. dollar balances were thus legally held in the United States on its correspondent banks' books (mirrored on BOP's books in Ramallah) and were accessible to BOP via SWIFT's financial messaging network for clearing and settling dollar-denominated transactions through CHIPS and the Federal Reserve Board-New York.

388.    BOP sold euros from its euro-denominated accounts—settled through its European correspondent relationships—and purchased U.S. dollars through its correspondent accounts in New York. These trades would likely have appeared to be executed on BOP's own behalf, giving the New York correspondent banks no indication that the foreign exchange trades were for the benefit of Qatar Charity.

389.    Finally, BOP then used the resulting U.S. dollars to process Qatar Charity's transactions in Gaza and West Bank, transmitting funds to, among others, HAMAS-controlled institutions and funding the Sanabel card program described herein.

390.    Indeed, Defendants' scheme *cost* Qatar Charity money in additional SWIFT and conversion/reconversion fees and the foreign exchange bid-offer spread on converting into and out

of euros. Had Qatar Charity not been a member organization of the infamous Hamas-funding Union of Good it would not have needed to incur those costs.

391.    HAMAS could not have effectively received and distributed the millions of dollars it received from Qatar Charity without BOP's knowing assistance. BOP's provision of banking services to both Qatar Charity and HAMAS constituted crucial and substantial assistance to HAMAS.

392.    Without BOP's willingness to maintain Qatar Charity as a customer and offer it access to U.S. dollar-denominated accounts, Qatar Charity would have been unable to effectively receive and distribute the millions of dollars it was channeling to HAMAS and its operatives throughout the Palestinian Territories. BOP's provision of banking services constituted crucial and substantial assistance to Qatar Charity's terrorism financing activities and was essential to Qatar Charity's ability to finance HAMAS.

393.    BOP's role was especially significant because it provided Qatar Charity with access to the local Palestinian banking infrastructure that was necessary to distribute funds to HAMAS-controlled institutions and individual HAMAS terrorists and their families.

394.    Without a Palestinian bank willing to maintain accounts and process transactions, Qatar Charity could not have operated its financing network on the ground.

### B.    THE SANABEL CARD SCHEME: BANK OF PALESTINE'S DIRECT FACILITATION OF ANONYMOUS TERRORIST FINANCING

395.    BOP played a central, knowing, and active role in Qatar Charity's Sanabel Card scheme, providing anonymous, untraceable funding directly through the purchase of thousands of anonymous (U.S. dollar-denominated) stored value cards, known as "Sanabel Cards," issued by

BOP.[56] These cards were specifically designed to be untraceable (like cash, which is also inherently untraceable), with no documentation linking any particular card to any individual recipient.

396.    In consultation with HAMAS's ICSH and others, Qatar Charity then arranged for the distribution of these Sanabel Cards throughout the Palestinian Territories to thousands of recipients, including to HAMAS terrorists and their families.

397.    BOP knew that stored value cards were essentially the equivalent of cash and therefore untraceable and that the anonymity of the Sanabel Cards was essential to the scheme's effectiveness.

## C.    BANK OF PALESTINE MAINTAINED ONE OR MORE ACCOUNTS FOR HAMAS'S AL NUR PRISONER'S SOCIETY - GAZA

398.    Al-Nur Society was established in 2000. Its headquarters were located in Gaza City. The society received its license from the Palestinian Interior Ministry. Its proclaimed activity during the relevant period was to provide material and financial assistance to prisoners, their families, and martyrs' families.

399.    From its inception, Al-Nur Society has been a core HAMAS institution closely affiliated with the Qassam Brigades, and BOP was well aware of its obvious HAMAS affiliation and purpose.

400.    As a result of its activities and its organizational identification with HAMAS, Al-Nur Society was designated by the Israeli Defense Minister as an Unlawful Association on February 25, 2002.

---

[56]    As of 2011, BOP was the sole card issuer and merchant acquirer of Visa and MasterCard in the Palestinian Territories and owns the largest card processing operations. BOP leveraged its relationships with VISA and Mastercard to provide Qatar Charity with the ability to offer "Sanabel Cards" to its selected beneficiaries.

401.    In August 2003, the Palestinian Authority temporarily froze all of Al-Nur's bank accounts because of its affiliation with HAMAS.

402.    On February 25, 2004, IDF forces raided banks in Ramallah and confiscated funds from bank accounts at Arab Bank and Cairo Amman Bank of several societies that were identified with HAMAS and with Palestinian Islamic Jihad, including Al-Nur Society.

403.    In August 2005, the Palestinian Authority confiscated Al-Nur's bank account(s) because of its affiliation with HAMAS.

404.    Al-Nur's role in directly financing HAMAS terrorism has also been repeatedly reported in the media.[57]

405.    For example, the *Jerusalem Post* reported in March 2012 that Israeli prosecutors filed indictments against two Arab Israeli men, Mahmoud Agbaria and Muhammad Agbaria, charging them with transferring funds from HAMAS and the "Gaza-based al-Nur Prisoner Society" to security prisoners and their families, and to HAMAS operatives.

406.    According to the *Jerusalem Post,* the defendants transferred funds to beneficiaries across the West Bank, using an Eritrean intermediary and a Gaza-based contact.

407.    Al-Nur's financing of terror operations was further documented in connection with the June 2014 kidnapping and murder of three Israeli teenagers — near the Alon Shvut settlement in Judea (in the West Bank). On September 4, 2014, Israeli military prosecutors indicted Hussam Qawasmeh in the Ofer Military Court as the HAMAS mastermind of the attack.

408.    The attack was financed with funds obtained with the help of Hussam's brother, Mahmoud Qawasmeh. Mahmoud was a HAMAS operative who had served a 20-year prison

---

[57]    *See Court Lifts Gag Order on Case of Men from Arab Village Charged with Transferring Hamas Funds to Security Prisoners*, Jerusalem Post, Mar. 13, 2012.

sentence for his role in a 2004 twin suicide bombing aboard buses in Beersheba that killed 16 people and wounded more than 100 and was subsequently released and expelled to Gaza as part of the 2011 prisoner exchange in which Israel released 1,027 Palestinian prisoners in exchange for Gilad Shalit, a captured IDF soldier held by HAMAS for 5 years.

409.    In Gaza, Mahmoud worked for Al-Nur, described in contemporaneous reporting as "a Hamas group that provides financial aid to families of prisoners and others killed in the conflict with Israel."[58] From Gaza, Al-Nur transferred the requested funds to Hussam in Hebron for use in carrying out the attack.

410.    Al-Nur also sent funds to Marwan Qawasmeh, one of the two direct perpetrators of the attack.

411.    In reporting this development in 2014, the *Jerusalem Post* again identified Al-Nur as "a Hamas fund . . . in Gaza, which pays Hamas operatives who are in prison."[59]

412.    Al-Nur Society's seven co-founders, who also sat on its first managerial board, were all well-known as HAMAS activists. The Israeli security services found a list of their names in the possession of one of Al-Nur's co-founders, Riyad Hussein Abdallah Abu Zaid. The list included: Salah Shehada, the notorious co-founder of HAMAS, who headed its Qassam Brigades until his death in 2002, Mushir al-Masri, a HAMAS spokesman and senior leader of the organization, and Ahmad Ja'abri, who succeeded Shehada as head of HAMAS's Qassam Brigades until his death in 2012.

---

[58]    *Questions Linger over Hamas' Role in West Bank Kidnapping That Led to Gaza War*, McClatchy Wash. Bureau, Sept. 27, 2014.

[59]    *IDF Indicts Hamas Mastermind in Kidnap, Murder of 3 Teens*, Jerusalem Post, Sept. 5, 2014.

413.    Prior to his arrest and later death, Salah Shehada was one of the most famous HAMAS operatives in the Palestinian Territories as well as a board member of Al-Nur.

414.    He topped the Israeli military's most-wanted list until he was killed by Israeli forces on July 22, 2002. His killing generated immediate and sweeping international media coverage spanning the United States, United Kingdom, Canada, Ireland, Australia, Europe, and beyond.[60]

415.    The killing also triggered a wave of retaliatory attacks explicitly carried out in Shehada's name.

416.    HAMAS initially appointed Mohammad Deif as Shehada's immediate successor to lead the Qassam Brigades. Deif was himself later severely wounded in an Israeli strike and effectively sidelined, after which Ahmad Ja'abari assumed command of the Qassam Brigades.

417.    Ja'abari, another board member of Al-Nur, was publicly identified as a senior HAMAS military commander of sufficient prominence that Israel targeted him for assassination as early as August 2004. The airstrike was unsuccessful, and he was widely reported to have organized the June 2006 cross-border raid that resulted in the abduction of Israeli soldier Gilad Shalit.[61]

418.    Ja'abari also served as HAMAS's principal (and public) interlocutor throughout the years-long negotiations for Shalit's release, repeatedly traveling to Cairo to conduct indirect talks

---

[60]    *See, e.g.*, *Israeli Army Kills Hamas Military Leader Salah Shehada and 14 Other Palestinians*, ABC News Good Morning America (July 23, 2002); *Israel Kills 12 in Missile Attack*, Belfast Tel., July 23, 2002; *Israeli Attack Kills Militant Supremo*, Sentinel (Stoke), July 23, 2002; *Obituary: Salah Shehada; Head of the Hamas Military Wing*, Independent (London), July 25, 2002; *Israeli Rocket Attack Kills Hamas Leader*, Edmonton J., July 23, 2002; *Hamas Kills Its Own*, N.Y. POST, July 24, 2002, *reprinted in* Ottawa Citizen, July 29, 2002; *Hamas Guerrilla Leader*, Irish Times, July 27, 2002; *Israeli PM on Fatah Hitlist*, Sunday Times (Perth), July 28, 2002; *Eurofile: Big Issue - Strike on Gaza*, Independent (London), July 27, 2002 (compiling commentary from El País (Spain), Irish Indep. (Ir.), Le Monde (Fr.), and NEUE ZÜRCHER ZTG. (Switz.)); *Al-Aqsa Martyrs Claims Deadly West Bank Ambush*, AGENCE FRANCE-PRESSE, July 26, 2002; *Xinhua Mideast News Summary*, Xinhua Gen. News Serv., July 23, 2002.

[61]    *See, e.g.*, *Israeli Troops Roll into Gaza*, UPI, June 27, 2006; Gwynne Dyer, *Security Fence Can't Protect Israel*, Winnipeg Free Press, June 27, 2006, at A11.

through Egyptian intelligence. He personally led the operational security measures to conceal Shalit's location through the final handover in October 2011 and remained HAMAS's military commander until Israel eliminated him in November 2012.[62]

419. In addition to serving on Al-Nur's board, Mushir al-Masri's identity as a HAMAS official and spokesman was widely and consistently reported in international media.

420. For example, in December 2004, *BBC Summary of World Broadcasts* transcribed two separate live *Al-Jazeera* satellite interviews in which al-Masri appeared in his capacity as a "Hamas spokesman" in Gaza. In one, he praised a joint HAMAS and Fatah attack on the Rafah crossing in Gaza and called for continued jihad, declaring that "Palestinian people across the political spectrum have embraced the option of resistance and jihad as a strategic option."[63] He also threatened retaliation against Israel for an alleged targeted killing in Syria.[64]

421. In January 2005, *BBC Monitoring* identified him as a HAMAS media spokesman in an *Al-Jazeera* interview.[65]

---

[62]     *Israel Will Not Give in to Public Pressure in Hamas Negotiations over Shalit Release*, Kuwait News Agency, June 27, 2010; *German Mediator Meets with Hassan Yousef in Israeli Prison*, PALESTINE NEWS NETWORK, Oct. 21, 2010; *Hamas Expects Prisoners Swap with Israel Very Soon*, Xinhua Gen. News Serv., Mar. 16, 2009; *Rumors Emerge over a Prisoner Exchange Deal*, PALESTINE NEWS NETWORK, June 3, 2011; *Negotiations over Shalit's Release Stumbling*, QATAR NEWS AGENCY/UPI, June 19, 2011; Robert Mackey, *2009 Video of Gilad Shalit in Captivity*, N.Y. TIMES LEDE BLOG, Oct. 11, 2011; *Shalit's Hidden Prison — The Mystery Israel Couldn't Solve*, N.Z. Herald, Oct. 21, 2011.

[63]     *Hamas Spokesman Hails Rafah Crossing Attack; Calls for Jihad*, BBC Summary of World Broadcasts, Dec. 13, 2004.

[64]     *Hamas Spokesman Interviewed on "Targeting" of Member in Syria*, BBC Summary of World Broadcasts, Dec. 14, 2004.

[65]     *Hamas Spokesman Says Purpose of Abbas Talks Not to Reach Truce*, BBC Monitoring Middle E., Jan. 18, 2005.

422.    In July 2005, *BBC Monitoring* again identified him as a HAMAS spokesman in an *Al-Jazeera* interview in which he accused Abbas of "criminalizing the legitimate resistance."[66]

423.    In October 2005, in another *Al-Jazeera* interview al-Masri lauded HAMAS's second-place finish in Palestinian municipal elections.[67]

424.    In December 2005, he was identified as a HAMAS spokesman in an *Al-Arabiya* interview in which he declared that Israel "knows nothing but the language of crime and terrorism" and that "the resistance is linked to the existence of occupation."[68]

425.    His role expanded in subsequent years: by 2006, he was identified as a HAMAS delegate to the Palestinian Legislative Council[69]; by 2008, as head of the HAMAS parliamentary bloc, warning that "pressure begets explosion"[70]; and by 2010, as "Hamas Legislator and Spokesman" and "leader of Hamas's faction at the Palestinian parliament," asserting that HAMAS must supervise any deployment of international forces in Gaza.[71]

426.    Since at least 2014, BOP maintained one or more accounts for Al-Nur Society knowing that it was a core HAMAS institution.

---

[66]    *Hamas Says Palestinian Authority "in Confrontation with Resistance Forces,"* BBC Monitoring Middle E., July 17, 2005.

[67]    *See Hamas Spokesman Happy with Palestinian Poll Results*, BBC Monitoring Middle E., Oct. 1, 2005.

[68]    *Hamas Spokesman Says EU "Encroaches on Palestinian Sovereignty,"* BBC Monitoring Middle E., Dec. 18, 2005.

[69]    *See, e.g.*, *Interview with Mushir Masri, Member of the Palestinian Legislative Council (Hamas)*, Fed. News Serv. (Al-Arabiya TV), Apr. 23, 2006; *Interview with Mushir Al-Masri, Member of the Palestinian Legislative Council and Hamas Spokesman in the Gaza Strip*, Fed. News Serv. (Al-Arabiya TV), June 11, 2006.

[70]    *Hamas Figure Says*, *"All Options Are Open" to Confront Israeli "Siege,"* BBC Monitoring Middle E., Apr. 12, 2008.

[71]    *Spokesman: Hamas Should Supervise Deployment of Int'l Forces in Gaza*, FARS News Agency, June 13, 2010.

427.    During the 2014-2015 period, BOP assisted Al-Nur Society to use its account(s) to finance Qassam Brigades terror cells and terrorist attacks, including in the West Bank.

428.    BOP also assisted Al-Nur Society to transfer funds to the sister (Sana Muhammad Hussein al-Hafi) of a prominent HAMAS leader in Ramallah, Hussein Muhammad Hussein Abu Kweik – who also held a bank account with BOP.[72]

429.    Using Sana Muhammad Hussein al-Hafi as a go-between, Al-Nur Society moved funds regularly to Hussein Muhammad Hussein Abu Kweik between its BOP accounts and his.

430.    Hussein Muhammad Abu Kweik has been a prominent HAMAS leader since the early 1990s. He was among approximately 350 HAMAS leaders deported by Israel to Lebanon in 1992, a fact he recalled at the time of Israeli Prime Minister Yitzhak Rabin's assassination in 1995, noting that Rabin had ordered the deportation.[73] In October 1994, Abu Kweik was serving as a HAMAS spokesman in Ramallah, publicly blaming Israel and the Palestinian Authority for the deaths resulting from Israel's failed rescue operation to free a kidnapped Israeli soldier.[74] The following month, Abu Kweik was again publicly identified as a HAMAS leader in Ramallah whose offer to hold a dialogue with Israel was rejected by Prime Minister Rabin, declaring HAMAS "the enemy of peace."[75]

431.    Abu Kweik's prominence as a HAMAS leader drew repeated attention from both Israeli and Palestinian authorities over the following years. In July 2002, Israeli forces who had

---

[72]    Mrs. Al-Hafi maintained at least 3 separate accounts with Bank of Palestine in Gaza.

[73]    *See Arabs Recall "Iron Fist" as Well as Olive Branch*, Atlanta J. & Const., Nov. 7, 1995.

[74]    *See Israeli Soldier Executed; 3 Captors Killed in Rescue Raid*, Chi. Sun-Times, Oct. 15, 1994.

[75]    *Israel Rejects Extremists' Offer to Talk*, Dayton Daily News, Nov. 3, 1994.

long placed Abu Kweik on their wanted list arrested him near Ramallah.[76] In November 2007, Abu Kweik attended a meeting at the office of Palestinian Authority President Mahmoud Abbas as one of a small group of senior HAMAS officials in the West Bank, in the first such meeting since HAMAS's seizure of the Gaza Strip.[77] Days later, PA security forces briefly detained Abu Kweik and warned him against making public appearances critical of the Annapolis peace conference, a U.S.-hosted summit aimed at resolving the Israeli-Palestinian conflict that HAMAS sought to foil.[78]

432.    In January 2008, Israeli forces arrested Abu Kweik again, with HAMAS accusing Palestinian security forces of having led Israel to him in order to silence his opposition to President Bush's visit to the region.[79] In December 2010, Abu Kweik was among approximately 50 senior HAMAS leaders in the West Bank threatened with deportation by the PA.[80] He was detained again by Israeli troops in October 2013.[81]

433.    The U.S. Department of the Treasury designated Al-Nur Society an SDGT on January 21, 2026, confirming that "funds from Al-Nur are used to pay Hamas military wing members as well as provide services to Hamas fighters."[82]

---

[76]    *See Militants Arrested*, Daily Telegraph (Sydney), July 30, 2002.

[77]    *See Abbas Meets Hamas Chiefs in 1st Since Gaza Seizure*, Dow Jones Int'l News, Nov. 2, 2007; *Abbas Meets with Hamas Leaders*, Int'l Herald Trib., Nov. 3, 2007.

[78]    *See Despite Hamas's Threats to Thwart Summit, PA Frees 3 Prisoners in Goodwill Bid*, Jerusalem Post, Nov. 26, 2007.

[79]    *See Israeli Military Says Arrests 2 Hamas Leaders in West Bank*, Dow Jones Int'l News, Jan. 8, 2008; *Israel: Briefly*, Jewish Chronicle, Jan. 10, 2008.

[80]    *See Hamas Claims PA Plans to Deport Its W. Bank Leaders*, Jerusalem Post, Dec. 27, 2010.

[81]    *See Israel Detains 3 Senior Hamas Leaders in W. Bank*, Anadolu Agency, Oct. 31, 2013.

[82]    Press Release, U.S. Dep't of the Treasury, Treasury Exposes and Disrupts Hamas's Covert Support Network (Jan. 21, 2026), https://home.treasury.gov/news/press-releases/sb0368.

434. From at least 2012 through the last attack described herein, BOP has maintained multiple accounts for Al-Nur, including a U.S. dollar-denominated account.

**D. BANK OF PALESTINE MAINTAINED MULTIPLE ACCOUNTS FOR ADDITIONAL INSTITUTIONS WHOLLY CONTROLLED BY HAMAS**

### 1. Islamic Society of Gaza (*Al-Jam'iya Al-Islamiya*)

435. The Islamic Society (*Al-Jam'iya Al-Islamiya*) was founded in the Gaza Strip in 1976 by Ahmed Yassin and other senior members of the Muslim Brotherhood.

436. Like *Al-Mujama Al-Islami* (the Islamic Center), it served as a base for disseminating ideology and the political platform of the Muslim Brotherhood in Gaza in the 1970s.

437. From the time of HAMAS's establishment, *Al-Jam'iya Al-Islamiya* was a significant HAMAS stronghold, operated and controlled by individuals who were identified initially with the Muslim Brotherhood and ultimately with the founding of HAMAS.

438. For many years *Al-Jam'iya Al-Islamiya*'s official web site featured an image of Ahmed Yassin, the founder of HAMAS and *Al-Jam'iya Al-Islamiya*.

439. Similarly, senior HAMAS figures have regularly participated in *Al-Jam'iya Al-Islamiya* events. Since the mid-1990s, the society has not hidden its affiliation with HAMAS from Western journalists, and this fact was published by the leading Western media outlets.

440. As early as 1993, an article in the *Independent* by Sarah Helm described a Gaza kindergarten "run by the Islamic Society which is controlled by Hamas, the militant Islamic movement."[83]

---

[83] The *International Labour Review* (Vol. 132 – 1993) noted that "Hamas has drawn its greatest support from a programme of Islamic education and welfare run by its social wing, the Islamic Society, which distributes alms to the poor and runs nine kindergartens. It teaches children reading, writing and Islam."

441.    An article in the *Boston Globe* on September 5, 1993, about tensions between HAMAS and the PLO, reported: "'The military option is the only way to liberate the rest of Palestine,' said Sheik Hassan Deib, head of the Islamic Society of Gaza, when asked if Hamas activists would give up their arms to a Palestinian police force. 'The struggle between us and the Jews is eternal . . . I expect Arafat to try to suppress us. If that happens, we'll have to resist.'"

442.    Similarly, both *The New York Times* ("In Gaza, Peace Meets Pathology," November 27, 1994) and the *Financial Times* ("Fundamentalists Split Palestinian Unity," September 9, 1988) identified the Islamic Society of Gaza as part of HAMAS.

443.    A December 18, 1994, *Jerusalem Post* article described a HAMAS rally in Gaza where a banner at the entrance to the soccer stadium showed a Qassam Brigades operative, "emerging from an exploding grenade with the words, 'We count the gates of paradise with the skulls of Jews.'" According to the article, "Sheikh Ahmed Bahr, head of the Islamic Society" was a featured speaker at the rally.

444.    A January 26, 1995, article in the *Jerusalem Report* magazine reported:

> The bearded, thirtysomething organizers of Mujama Islami ("Islamic Collective"), another charity, decline to meet us, although we have an appointment….
>
> The biggest of the major charities, **the Islamic Society**, is less bashful, though its middle-aged managers say they're leaving for an out-of-town funeral when we pull up at their gate. The society's director is Sheikh Ahmad Bahar, **a senior Hamas ideologue** who returned a year ago after being deported to Lebanon in 1992. About 120 children are enrolled in one of its two Gaza City kindergartens, near the Shati refugee camp. Some of the little girls arrive with their heads covered for modesty. As well as verses from the Koran, they learn to sing songs in praise of Hamas operations. Their teachers regale them with stories of the armed struggle, which they project as the only way to build an Islamic state and "liberate" Jerusalem from the Jews. (Emphasis added.)

445.    On April 11, 1995, an article in *Le Monde* titled "Peace threatened by Palestinian Kamikazes" describes Bahar's rationalization for HAMAS-perpetrated terrorist attacks:

83

> The Imams of [Islamic] Jihad and Hamas, the Islamic resistance movement, found the theological parade. "They are not suicide operations"—Sheikh **Ahmad Bahar, one of the leaders of Hamas, Head of Jamaya Islamiya, first Islamic charitable association in Gaza**, will explain to us with a soft voice. "We call them Jihad operations. Jihad is recommended by the Koran against the enemy. In the eyes of Allah, it is legitimate to inflict upon the enemy what it inflicts upon you. It is God's vengeance, not man's. God chooses the sacrificial hero, no one else. Allah's will must be accomplished." (Emphasis added.)

446.    On June 30, 1995, following a Palestinian Authority raid of *Al-Jam'iya Al-Islamiya*'s offices, *Agence France Presse* described it as a charity linked to the Islamic Resistance Movement [HAMAS] and identified Ahmed Bahar as a senior figure in HAMAS:

> Palestinian intelligence officers raided Friday a charity linked to the Islamic Resistance Movement (Hamas) and confiscated files, video tapes and 400 dollars, Hamas said.
>
> Hamas members described the raid at the Islamic Association office in Gaza City as "very serious".
>
> The charity association was set up in 1976 by Sheikh Ahmad Bahr, today a senior figure in Hamas which spearheads resistance to Israeli occupation and PLO autonomy.

447.    An August 29, 1997, article in *The Guardian* (UK) reported:

> Hamas has won a string of small but indicative elections in student and professional organisations, and now controls the student body on almost every Palestinian campus. In Gaza City, its "Islamic Society" kindergarten for the children of the poor, political detainees and "martyrs" is one of the best-funded in the Strip.
>
> The school, one of more than 10 controlled by Hamas, also holds summer camps for older children and computer workshops for adults.

448.    In September 1997, the Palestinian Authority (temporarily) closed *Al-Jam'iya Al-Islamiya*, along with 15 other societies identified with HAMAS.

449.    Following a HAMAS terrorist attack in Israel in October 1998, the Palestinian Authority began a wave of arrests against HAMAS operatives in Gaza. Among those arrested were

the Chairman of *Al-Jam'iya Al-Islamiya*, Sheikh Ahmed Bahar, Muhammad Faraj Mahmud Husain al-Ghul, and other senior personnel in the society.

450.    A July 23, 1999, article published by the *Knight Ridder* wire service titled "Hamas wedding a political event" noted: "Thursday night's event was organized by **the Islamic Society, the social arm of Hamas**, the militant Islamic organization better known for the deadly suicide bombings that stalled the Israeli-Palestinian peace process in 1996." (Emphasis added.)

451.    The article described how the Islamic Society organized a mass wedding in Gaza. HAMAS distributed $100 in cash and $100 in gifts to each bridegroom. The Qassam Brigades distributed fliers that called for a renewal of the Jihad against Israel and the United States. When Ahmed Yassin arrived at the celebration, the crowd cried out, "We have spilled our blood for you, Sheikh Yassin. Your way is the Jihad. We hope to die in the way that God has chosen." The recently deceased then-head of HAMAS, Ismail Haniyeh, declared then: "No leader may hand over even a meter of the territory of Palestine. This is Islamic land, belonging to the nation."

452.    On August 6, 2000, the *Dallas Morning News* published an article about its reporter's interview with HAMAS leader Mahmoud Zahar, described as a "frequent spokesman for Hamas" and "a co-founder of the Islamic Society, the social services wing of Hamas."

453.    HAMAS itself also publicized its relationship with *Al-Jam'iya Al-Islamiya*. According to HAMAS's official website, in December 2000, the Islamic Society of Gaza organized a ceremony in honor of the "martyrs'" families attended by Sheikh Ahmed Yassin. During the ceremony, the society's chairman, Ahmed Bahar, stated that "martyrdom" is life for the nation, and the "martyrs" will be advocates for their relatives on judgment day. He expressed how proud he was of the "martyrs" and declared the upcoming victory of Allah's worshippers.

454.    In December 2001, the Palestinian Authority temporarily closed a number of societies run by Islamic organizations (HAMAS and Palestinian Islamic Jihad), among them *Al-Jam'iya Al-Islamiya*. The closure was reported on in the January 1, 2002, edition of BBC Monitoring International Reports in a report titled "Palestinian Authority Closes Down Islamic Institutions, Societies, Newspapers." The report translated a statement from HAMAS's official website claiming "a large-scale campaign" by Palestinian police forces "closing a number of Hamas Islamic Resistance Movement and Islamic Jihad-backed institutions and societies."

455.    The report specifically identified the Islamic Society of Gaza (*Al-Jam'iya Al-Islamiya*) as one of "[t]he Hamas-backed societies."

456.    Also in December 2001, Ahmed Bahar, Chairman of *Al-Jam'iya Al-Islamiya*, delivered a speech in the Al-Omri Mosque in Gaza during the funeral of a Palestinian "activist." In the speech, Bahar condemned the policy of arrests carried out by the PA and called on the public to join "the warriors protecting the nation's honor and the Al-Aqsa Mosque." He demanded the PA join the jihad, since it is the only way, according to Bahar, to get rid of the Israeli occupation. In addition, he called on the Qassam Brigades to land "painful blows on the Jews" and protect the Palestinian cities.

457.    A particularly disturbing example of indoctrination activity undertaken by the Islamic Society of Gaza is reflected in a video of a graduation ceremony held for 1,650 children from its 41 kindergartens. According to a widely distributed video and photographs of the event, the children were dressed in uniforms and given "toy" rifles or suicide belts to carry and performed by swearing an oath "to pursue jihad, resistance, and Intifada."

458.    One little girl posed with her hands dipped in red paint mimicking the bloodied hands proudly displayed by several Palestinians after lynching two Israeli army reservists who had

become lost near Ramallah. Another pair of children were dressed as Sheikh Yassin and Hezbollah's supreme leader, Sheikh Hassan Nasrallah, while many other children dressed as suicide bombers. Children read excerpts of Nasrallah's (then) recent speeches, and their friends waved Hezbollah flags.

459.    Ahmad Bahar also oversaw summer camps HAMAS hosted in July 2003 called "The al-Aqsa Intifada Martyrs Summer Camps." They combined recreation with indoctrination, both active, in the form of classes on radical Islam, and passive, in the form of pervasive images of suicide bombers plastered on walls throughout the camp. Some of these camps indoctrinated children, while others reportedly provided actual small arms training. The camps were financed through donations from HAMAS fundraising organizations and paid for items that were luxuries for its campers, such as new uniforms, shoes, and books. These were a powerful inducement for children to attend the camps and often succeeded in drawing children from outside HAMAS's usual sphere of influence.

460.    The *Mail on Sunday* (London) published an article in 2002 that discussed the Islamic Society of Gaza's ties to HAMAS.

> [T]he leadership of **the Islamic Society**, known in Arabic as Al Jamayia Al Islamiya is closely associated with Hamas and the group has been shut down several times on Yasser Arafat's orders.
>
> Its secretary general, Sheikh Ahmed Bahar, was arrested by the Palestinian Authority's security forces alongside several Hamas leaders in October 1998 during a clampdown on terrorism. He was then described by the Palestinians as leader of the Hamas splinter group the Islamic National Salvation Party.
>
> Indeed, **the Islamic Society** makes no secret of its support for the terrorists. (Emphasis added.)

461.    On January 6, 2002, the Palestinian Monetary Authority directed Palestinian banks to report on the sums of money held in the accounts of *Al-Jam'iya Al-Islamiya* and required them to consult with it prior to withdrawing funds from those accounts.

462.    *Al-Jam'iya Al-Islamiya* was declared an Unlawful Association by the Israeli Minister of Defense on February 25, 2002 as an institution belonging to HAMAS.

463.    In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it had concluded that the Islamic Society of Gaza was part of HAMAS.

464.    According to the BND:

> The association Al-Jam'iya Al-Islamiya[h] [sic] should be considered closely associated with HAMAS. Al-Jam'iya Al- Islamiya[h] [sic] has [at] least ten branches in the Gaza Strip. The president of the entire association is Dr. Ahmad Bahr, a member of the HAMAS leadership. In the winter of 2001/2002 Al-Jam'iya Al-Islamiya[h] [sic] was banned by the Palestine Authority because of allegations of its affiliation with HAMAS. In 2001, the association ran 41 of its own kindergartens for 1650 children of preschool age. During a schoolyear-end party of these kindergartens in the summer of 2001 in the center owned by the association in the refugee camp al-Shati (Gaza Strip) several kindergarten classes presented paramilitary performances and parades which clearly called for the glorification of violence and support for HAMAS suicide attacks. Thus, boys about 5 years old in uniform and equipped with toy automatic weapons presented paramilitary exercises. They wore the headbands of HAMAS suicide bombers with which assassins record a video message to their families before attacks. During the same party's show scenes appeared of a child disguised as HAMAS-leader Sheikh YASSIN, surrounded by more children with "bomb belts" and thus recognizable as suicide bombers. In another scene a girl before a model of the Jerusalem Dome of the Rock dipped her hands in "blood" (red paint) and with "bloody" hands held high symbolically called for the continuation of the Intifada. In closing the festive event, the president of the association Dr. Ahmad BAHR held a speech in which he praised, among other things, the "martyrs" fallen against Israel, more particularly he named the "martyr Mahmud MARMASH as a shining example for the children. On 5/18/2001, Mahmud MARMASH carried out a suicide attack in Netanya, during which 5 Israelis were killed and 74 injured.

465. On August 23, 2003, the Palestinian Minister of Security took official steps against HAMAS when he identified *Al-Jam'iya Al-Islamiya* as part of that organization. The next day, the Palestinian Monetary Authority temporarily froze its bank accounts.

466. In the order forwarded to the Palestinian Prosecutor General on August 24, 2003, by then Prime Minister and Minister of the Interior Mahmoud Abbas, Abbas justified the freeze on the accounts by saying that it was a matter of "security issues" and "requirements for the public interest."[84]

467. In a letter written by then Palestinian Minister of Internal Security, Mohamed Dahlan, to the then-Minister of the Economy Salam Fayyad, he openly declared that the steps that had been taken were directed against "Hamas organizations." The letter described the demand to freeze the accounts as stopping support for HAMAS institutions.

468. Nevertheless, public outcry in the Palestinian Territories led the new Palestinian Cabinet to officially cancel the freeze order on November 17, 2003.

469. On May 29, 2007, the United States Department of Justice identified *Al-Jam'iya Al-Islamiya* as an "organization that operates on behalf of, or under the control of, Hamas."

470. From the time of HAMAS's establishment, *Al-Jam'iya Al-Islamiya* was a significant HAMAS stronghold, operated and controlled by individuals who were identified initially with the Muslim Brotherhood and ultimately with HAMAS. In fact, some of the members of *Al-Jam'iya Al-Islamiya*'s leadership who ran the organization during the relevant period were among the most senior leaders of HAMAS in Gaza.

471. Following are details of some of the important leaders in *Al-Jam'iya Al-Islamiya* since its inception:

---

[84]    https://archive.aawsat.com/details.asp?article=189876&issueno=9040.

- **Ahmed Yassin**: As discussed above, Ahmed Yassin was one of the founders of HAMAS and was considered its ideological and spiritual leader until his death in 2004. He was also one of the founders of *Al-Jam'iya Al-Islamiya* and took part in the society's activities from the time of its establishment and appeared as a "guest of honor" at its ceremonies and principal public events.

- **Ahmed Bahar**: Bahar was Chairman of *Al-Jam'iya Al-Islamiya* between 1985 and 2004. Bahar was arrested by the Israeli security forces and was imprisoned several times in Israeli jails, as a result of his membership in HAMAS. One of the *Marj al-Zuhur* deportees in 1992, he was arrested several times by the Palestinian Authority following terrorist attacks carried out by HAMAS. In June 1995, he was arrested by the PA's Preventive Security, and his beard was shaved off as an act of humiliation by his captors.[85] Bahar worked at the Islamic University of Gaza between 2002-2003, as a lecturer in the department of Arabic language and as deputy dean of the Faculty of Arts. Bahar also served as first deputy speaker of the Palestinian Legislative Council on HAMAS's "Change and Reform Bloc" political party. His connections to both HAMAS and *Al-Jam'iya Al-Islamiya* were a matter of public record dating back to the mid-1990s; he was a regular contributor to the HAMAS magazine, *Al-Risala*, and wrote occasionally for the HAMAS magazine Muslim Palestine (*Filastin al-muslima*) as well. His public declarations and articles in the press reflected and endorsed the ideology of HAMAS, including the continued use of violence. Bahar was killed in November 2023 during an Israeli airstrike in the wake of the October 7, 2023, massacres perpetrated by HAMAS.

  **Muhammad Faraj Mahmud Husain al-Ghul: Al-Ghul was one of the founders of Al-Jam'iya Al-Islamiya, a member of its administrative board, and he served as its Secretary General. Al-Ghul also worked at the Islamic University of Gaza as a lecturer. Before the outbreak of the Second Intifada, he also served as an attorney for senior HAMAS figures imprisoned in Israel, among them Sheikh Ahmed Yassin. Al-Ghul was jailed by Israel between 1981 and 1992 for terrorist activities and was one of the Marj al-Zuhur deportees; in 1998 he was arrested by the PA Preventive Security Services. He was killed by Israel in 2025.**

- **Isma'il Hassan Muhammad Abu Shanab**: Abu Shanab was one of the

---

[85]    In 1996, HAMAS took a tentative step into electoral politics, briefly forming the Islamic National Salvation Party. *United Press International* reported on March 22, 1996, that: "Four others of the 19 members of the party's board have been arrested recently in a crackdown by Palestinian police against Hamas. One of them is Ahmed Bahar, senior head of the Islamic Society, who was deported by Israel in 1992 to South Lebanon, among more than 420 activists expelled."

founders of *Al-Jam'iya Al-Islamiya*. He also worked at the Islamic University of Gaza as a lecturer at the faculty of engineering and as president of the Faculty of Applied Science. Abu Shanab was also Sheikh Yassin's deputy. He was arrested by Israel in 1989 and imprisoned for 8 years. After his release from Israeli prison, Abu Shanab became a political leader of HAMAS until he was killed in 2003.

- **Ismail Abd al-Salam Ahmed Haniyeh**: Haniyeh served as a member of the administrative board of *Al-Jam'iya Al-Islamiya*'s senior administrative body and headed its club in Gaza for approximately ten years. Haniyeh led the Islamic Students Association (*al-Kutla al-Islamiya*) in the Islamic University of Gaza in the early 1980s and was the head of the Islamic University Student Union in 1985-86. Haniyeh held several positions at the Islamic University of Gaza, among them Secretary of the Board of Trustees and the University's Director of Academic Affairs. Haniyeh was arrested by Israel several times and was also one of the *Marj al-Zuhur* deportees. He served as Sheikh Yassin's chief of staff following Yassin's release from prison in 1997. In 2006, he became "Prime Minister" in the HAMAS government in Gaza, and in 2017 he was appointed as the overall leader of HAMAS. He was killed in Tehran in July 2024 shortly after attending the inauguration of Iran's new President.

472. In sum, from the time HAMAS was established, *Al-Jam'iya Al-Islamiya* institutions have been closely intertwined with HAMAS's terrorist activities.

473. From at least 2012 going forward through the last attack described herein, BOP has maintained at least one account for *Al-Jam'iya Al-Islamiya*.

### 2. Islamic University of Gaza

474. The Islamic University of Gaza ("IUG") was established in 1978 after the Egyptian government retaliated against the PLO for its criticism of Egypt's peace treaty with Israel and blocked Gazan students from studying in Egypt.

475. Sheikh Yassin used the controversy to orchestrate the violent removal of the university's PLO-affiliated administration and replaced them with *Al-Mujama Al-Islami* members. It took five years, but Yassin ultimately gained control, and the university was split into two

entities: Al-Azhar University, which the PLO continued to control, and the IUG, which came under the control of *Al-Mujama Al-Islami* and Yassin. [86]

476.    Since the 1990s, the IUG has been identified exclusively with HAMAS and has served as a principal source for HAMAS recruitment into the terrorist organization's ranks in Gaza, including the ranks of the Qassam Brigades.

477.    According to one of HAMAS's official websites, senior HAMAS figure Dr. Isma'il Radwan, who served as dean of students at the IUG, called the university "the main stage for preparing, recruiting and directing the faithful among the young...the IUG has sacrificed both men and woman shaheeds [martyrs]."[87]

478.    Since the 1990s, the university's board, staff, and lecturers significantly overlapped with HAMAS's leadership in the Gaza Strip and the boards of directors of *Al-Mujama Al-Islami* and the Islamic Society of Gaza (*Al-Jam'iya Al-Islamiya)* – the latter discussed in detail above.

479.    Many of the university's students were recruited by the Qassam Brigades, and committed suicide attacks during the Second Intifada, among them Nafedh Ayesh Mustafa al-Nadher, who blew himself up near a bus heading to Kfar Darom on July 9, 2001, thus "killing many of the sons of monkeys and pigs, the cowardly Zionist infidels," according to the Qassam Brigades website.

480.    The Qassam Brigades also used the IUG's facilities for its terrorist purposes, such as storing weapons in it; using the university's laboratories for developing and manufacturing

---

[86]    *See, e.g.*, David Hirst, *Sheikh Ahmed Yassin*, The Guardian, March 22, 2004 (Yassin "founded al-Mujamma' al-Islami, the Islamic Centre, which soon came to control virtually all religious organisations - including the Islamic University - in Gaza"), https://www.theguardian.com/news/2004/mar/23/guardianobituaries.israel.

[87]    Palestine-info website, as of March 5, 2020.

weapons; and holding meetings of the Qassam Brigades' commanders and members in it. This was true both before and during the period relevant to this case.

481.    On March 8, 1994, the *South Florida Sun-Sentinel* published an article titled "Hamas Official Vows to Block Mideast Peace," reporting:

> Soft-spoken **Dr. Mahamoud Al-Zahar trains medical students and nurses by day and runs a terror organization by night.**
>
> He just smiles when asked whether he actually does the latter. He lets others, Palestinians and Israelis, confirm that he is a top operative of Hamas, the vicious military arm of the Islamic Brotherhood.
>
> With a kind smile, Al-Zahar goes on grading a batch of exams from nursing students. **Five pistol shots ring out outside, somewhere on the campus of the Islamic University of Gaza, where he is dean of the School of Nursing.**
>
> "Think nothing of it," he said. He gets up to point out several bullet holes in the glass partitions of an office nearby. "These shots were fired by the (Israeli) soldiers. One has to protect himself."
>
> From his demeanor, it would be unlikely to think of Al-Zahar as anything but an excellent surgeon and former chairman of the Arab Medical Association.
>
> But in the files of Shin Bet, the Israeli secret service, Al-Zahar is classified as one of the ranking men of Hamas, which is fighting a war of terror against Israel. (Emphasis added.)

482.    A May 3, 1994, article in *The Los Angeles Times* referred to the Islamic University of Gaza as "a Hamas stronghold."

483.    A November 8, 1994, article in *The New York Times* reported:

> Hebron has long been a bastion of Islamic fundamentalism. But the surge in Palestinian Islamic militancy has now become widespread in the West Bank and the Gaza Strip. Hamas, as the Islamic Resistance Movement is known in Arabic, is well entrenched, amply financed and thoroughly disciplined.
>
> **Support for the group permeates the Palestinian landscape from the courtyards of the militant Islamic University of Gaza** to the little villages

93

of the West Bank to the Arab restaurants of East Jerusalem, where wealthy Palestinian merchants and businessmen meet. (Emphasis added.)

484.    The *Miami Herald* reported on November 27, 1994, on its front page:

Outside the white-walled **Islamic University of Gaza, a center of Hamas support** with a student body of about 5,000, a 19-year-old physics major said in perfect English that the peace process will not liberate Palestinians.

"The Hamas people don't like to kill people," said the student, who identified himself only as Mos. "But I think Jews are our enemy, not our friends. They can't be our friends. They hate us. We hate them. We want all of Palestine, not just Gaza Strip." (Emphasis added.)

485.    On December 18, 1995, *Agence France Presse* reported:

Islamic Resistance Movement (HAMAS) militants put on a play Monday showing a Palestinian killing a Jew, on the day their movement began reconciliation talks with the PLO, witnesses said.

The play was shown at the **Islamic university of Gaza City** in front of 1,000 students crying "Allah Akbar" (God is great), the witnesses said.

A masked Palestinian representing HAMAS used a dagger and a pistol to kill the Jewish character, identified by his kippa hat, as students chanted: "We will throw the sons of the Zionists into the dustbin of Palestine."

The play marked the final day of a HAMAS campaign for student council elections at the university which take place on Tuesday. (Emphasis added.)

486.    On March 6, 1996,[88] the *Mideast Mirror* reported that:

[O]n Wednesday, **Arafat sent his police into the Islamic University of Gaza, a stronghold of Hamas, in a six-hour search for weapons and wanted activists.**

Arafat, under intense Israeli and U.S. pressure to crush Hamas, told reporters in Gaza he was taking "very big and tough" measures against the group.

A Reuters correspondent who visited the university in Gaza after the swoop said police had shot open or broken doors and ripped asbestos roofs off several structures during the search.

---

[88]    The following day the *Toronto Star* reported on the raid: "A force of 200 police broke down the doors of the Islamic University of Gaza, a Hamas stronghold that had previously been immune from security sweeps."

"They were asking about weapons and wanted Hamas activists," one of the guards said.

No students were at the school during the night raid by 200 policemen and none came to class later.

The Islamic University of Gaza condemned the raid, during which it said a number of guards were arrested and facilities damaged. In a statement it urged Arafat to stop such actions. (Emphasis added.)

487.    On March 10, 1996, *The Los Angeles Times* reported:

In the past week, Arafat has rounded up most of Hamas' political leaders, along with about 600 suspected Hamas activists detained since the wave of bombings began Feb. 25.

The latest, Ibrahim Yazouri, one of seven Hamas founders and a pharmacist who heads the Islamic Community Center in Gaza, was arrested at his home Friday night, his family confirmed Saturday.

Palestinian security officials said they also arrested Ahmed Bahar, another co-founder of Hamas and a professor of religion at the Islamic University of Gaza, but relatives denied it.

488.    In a March 13, 1996, Op-Ed in *Newsday*, Gary E. Rubin, then executive director of Americans for Peace Now wrote: "The Palestinian Authority must prove it can control its own territory and has already taken several significant steps. Yasser Arafat has denounced the terrorists publicly and in Arabic. He has staged antiterror demonstrations in Gaza and the West Bank. His security forces have raided Hamas institutions - including the Islamic University of Gaza - that were misused to support terrorism, and have arrested over 600 Hamas supporters, including military wing leaders."

489.    An April 8, 1996, article in the *Dallas Morning News* about the Holy Land Foundation titled "Paper trail leads to Hamas; 2 organizations based in Richardson deny they promote agenda of anti-Israel terrorists," noted that "[i]n Gaza and the West Bank, Middle East experts say, Hamas is widely regarded as one of the largest and most efficient providers of social

services. The Holy Land Foundation helps support some of those Hamas institutions. The Islamic

University of Gaza is listed by the foundation as one recipient. It is known as a Hamas bastion …."

490.    A December 11, 1996, article published by United Press International reported:

> **More than a thousand supporters of the extremist Islamic Resistance Movement, Hamas, called Wednesday for a renewal of attacks on Israel at ceremonies marking the movement's ninth anniversary. During the gathering at the Islamic University of Gaza,** carried out without opposition by Yasser Arafat's governing Palestinian Authority, students burned an Israeli flag, chanted "revenge...revenge" and called for the resumption of the attacks against Israel.
>
> The students also waved pictures of the movement's ailing spiritual leader Sheikh Ahmed Yassin, who is serving a life sentence after he was convicted in 1989 for giving orders to kidnap and kill two Israeli soldiers. (Emphasis added.)

491.    On October 23, 1997, *The New York Times* reported that Yassin "was instrumental in wresting in 1981 [the Islamic University of Gaza] from the control of Arafat's Fatah movement," which, "[i]n subsequent years … was closed down by Israel, and more recently it was briefly shut down by Arafat."[89]

492.    That article reported on a "militant and impassioned speech" Yassin gave at the IUG, vowing "not to abandon holy war against Israel": "'A nation that does not wage jihad cannot exist,' the sheik proclaimed to 3,000 exultant students at Islamic University in Gaza City, using the Islamic term for a holy struggle. 'God is with us and Satan with them. We will fight and fight until we regain our rights and our homeland, God willing.'"

493.    On December 15, 1997, the German news service *Deutsche Presse-Agentur* reported on that event as well:

---

[89]    Serge Schmemann, *Sheik Vows to Continue the Hamas Holy War Against Israel*, N.Y. Times, October 23, 1997, https://archive.nytimes.com/www.nytimes.com/library/world/mideast/102397sheik-yassin.html.

Hamas activists Monday called for a resumption of suicide attacks on Israel, sources in Gaza said.

**Hundreds of Hamas and Islamic Jihad supporters made the call at a student council election rally at the Islamic University of Gaza.**

Dozens of students at the university burned an effigy of Israeli Prime Minister Benjamin Netanyahu, calling him a war criminal, and calling on Hamas to "fight the enemies of Allah," a reference to the Israelis. The activists also burnt Israeli and U.S. flags.

The election campaign also featured banners calling for a renewal of suicide bombings against Israel and posters depicting a blown-up Israeli bus.

"Jewish settlements are cancer in the Palestinians' body," read one poster. "The only way to eliminate it is by blood and martyrdom."

Dozens of Israelis have been killed in suicide attacks perpetrated by the Moslem fundamentalist Hamas and Islamic Jihad in an effort to sabotage the peace process.

**Supporters of fundamentalist Islamic movements have won every annual election to the Islamic University's student council since its establishment in 1979.** The last suicide attack occurred in early September in a Jerusalem pedestrian mall. (Emphasis added.)

494. On April 22, 1998, *Deutsche Presse-Agentur* reported:

Islamic opposition leaders in the Gaza Strip called on the Palestinian police to release more than 300 prisoners from the Palestinian prisons.

Hamas leader Ismael Haneya told about 2,000 students in a rally at the Islamic University of Gaza that the arrests will "never dissuade Hamas from continuing its Jihad (holy war) against Israel."

495. A March 28, 2000, news item published by United Press International reported: "Palestinian Police forces on Monday broke into the Islamic University of Gaza looking for what they called 'incitement materials', Palestinian sources said Tuesday. The Islamic University is known as a supporter of the Islamic resistance movement Hamas."

496. A June 5, 2000, article in the *Jerusalem Report* (written by *The New York Times* correspondent Isabel Kershner) offered a detailed comparison between Al-Azhar University in Gaza and its rival, the Islamic University of Gaza:

The two universities of Gaza - one a Fatah institution, the other a bastion of Hamas - sit side by side but are worlds apart.

ZA'ED HASSANAT STRUTTED through the campus of Al-Azhar University in Gaza a day before the May 8 student council elections, relaxed in the knowledge that victory was only 24 hours away. Indeed, by the end of vote-counting the next evening, Hassanat's Shabibah bloc, the youth wing of Yasser Arafat's Fatah organization, had garnered 88 percent of the vote and Hassanat was safely installed as the new president of the student council.

The fact that Hassanat faced no serious opposition is easily explained: Al-Azhar is a "Fatah" university, founded in 1991 on direct orders from Arafat. "It was a political decision to establish a national Palestinian university," recalls Mazen Hamdan, director of Al-Azhar's president's office. "The order came from Tunis and we were obliged to respond."

The idea was to set up a counter to the Strip's only other university, **the Islamic University of Gaza (IUG), one of Hamas's leading institutions, with prominent members of Hamas's local political leadership, such as Dr. Mahmud Zahar and Dr. Abd al-Aziz Rantisi, on its staff.** In student council elections at IUG in early April, the pro-Hamas bloc won 74 percent of the vote.

The campuses sit side-by-side in downtown Gaza, with only an old stone wall between them. Yet despite the proximity, the two universities are living in two very different realities. While the Shabibah-dominated Al-Azhar basks in the approval of the Palestinian Authority, the Hamas students and staff next door have fallen uncharacteristically silent, afraid of being arrested at every turn.

***

Student relations aren't always neighborly. Both campuses were closed down for a week shortly before the Al-Azhar elections in the wake of serious rioting between the Shabibah and Hamas students that left around 40 injured and the dividing wall demolished.

There are different versions of how the disturbances started, but it seems that the trouble began in the aftermath of the student elections at IUG. Members of the Shabibah contingent within IUG, who make up over 20 percent of the student body, had pasted posters of Arafat around the campus. The removal of the posters by the Hamas-dominated student council infuriated the Shabibah. The IUG conflict quickly spread to the next-door campus and stones started flying between the two. Al-Azhar's Hassanat claims he saw Islamist students running at the Shabibah with iron bars, shouting "Allahu Akbar, let me kill one and go to paradise." Meanwhile,

98

the Shabibah from both campuses staged a sit-in on a disputed soccer ground that belongs to IUG, but to which the Al-Azhar students are laying claim.

According to eyewitnesses, the Palestinian Authority police only arrived two hours after the mayhem started. And when they finally showed up, they invaded the IUG campus in full riot gear, swinging clubs, while a few plainclothes members of the security forces went to deal quietly with the Shabibah on the soccer field and at the university next door. That, seasoned Gazan observers say, is because the police and Al-Azhar students are not just sitting cozily on the same side: with so many of the Shabibah activists on the PA security services' payroll, they are almost indivisible.

To a large degree, the student clash and its aftermath reflect the wider political atmosphere in Gaza. Until a few years ago Hamas activists in the Strip freely spouted against the Palestinian Authority police, openly accusing them of collaborating with the Israeli enemy. Now, administrators and Islamist students at IUG sit tight-lipped, refusing to make any pronouncements for fear of arrest. (Emphasis added.)

497.    An October 9, 2001, article by Lee Hockstader of *The Washington Post* appeared in the *Pittsburgh Post-Gazette*. It reported that:

Palestinian officials were embarrassed by scenes of celebration that broke out in some neighborhoods immediately after the Sept. 11 attacks in the United States. After Sunday's strikes on Afghanistan, officials of the Palestinian Authority predicted confidently there would be no demonstrations against the United States or in sympathy with bin Laden. Arafat allied himself with Iraq during the 1991 Persian Gulf War and is determined not to isolate his movement that way again.

But at 10 a.m., about **1,000 students spilled out from the gates of the Islamic University of Gaza** and began marching west on 30th Street, a major Gaza City thoroughfare, toward the offices of the Palestinian Legislative Council. Some displayed posters of bin Laden and chanted anti-American slogans.

**Islamic University, with about 14,000 students, is a stronghold of Hamas, the Islamic Resistance Movement, a radical group that has carried out a string of suicide bombings against Israelis.** The Islamic students were joined by students from neighboring Al-Azhar University, which is affiliated with Arafat's mainstream Fatah movement.

Hundreds of Palestinian riot police blocked the march, and the students began pelting them with stones and bottles. The police drove them back several hundred yards into the walled Islamic University campus. Around

11 a.m., as the students continued to hurl rocks and bottles at the police from inside the gated campus, police opened fire with military rifles. (Emphasis added.)

498. The unclassified October 19, 2001, "Expert Opinion" issued by the Israeli Military's Intelligence Directorate (AMAN) noted that "'The Islamic University' in Gaza is a HAMAS stronghold and is in fact run by the movement."

499. The June 30, 2002, research paper issued by Israel's Coordinator of Government Activities in the Territories (COGAT) found that a "considerable number of suicide attackers studied at the Islamic University in Gaza and participated in Islamic student activity there."

500. On June 29, 2003, the *Toronto Star* reported:

… al-Mujamma al Islami, or the Islamic Bloc, established 30 years ago by spiritual leader Yassin, operates projects ranging from kindergartens to health clinics. In the Islamic tradition of giving alms, even the sons and daughters of Palestinian collaborators share in the Bloc's bounty.

Also associated with the Hamas social-welfare apparatus is the Islamic Society, el-Salah benevolent society, al-Arqam School and the **Islamic University of Gaza**.

A visit to Islamic University of Gaza last week was a lesson in the tension surrounding Hamas. Like virtually all the related institutions, IUG has drawn a veil upon itself, with administrators refusing to meet with foreign media.

\*\*\*

With a student body of more than 10,000, IUG has gained respect for its schools of engineering, nursing, math and sciences, as well as for religious studies.

**In its employ are three of the five main leaders of the Hamas political wing in Gaza, including ultra-hard-line professor Abdel Aziz Rantisi**, a pediatrician by training and a target of a botched Israeli assassination attempt three weeks ago. (Emphasis added.)

501. On March 29, 2004, *The New York Times* reported on a speech HAMAS and IUG founder Dr. Rantisi gave at the school:

100

"We knew that Bush is the enemy of God, the enemy of Islam and Muslims," Dr. Rantisi told several thousand Hamas supporters attending a rally at the Islamic University in Gaza City. "America declared war against God. Sharon declared war against God, and God declared war against America, Bush and Sharon."[90]

502.    On February 12, 2005, the *Baltimore Sun* reported:

Over the past 28 years, the Islamic University has become a measure of the growth and strength of Islam among Palestinians, and of the growth and strength of Hamas, the militant Islamic group. Officially the university is an independent Palestinian institution dedicated to teaching and research. But its links to Hamas, now the dominant political force in Gaza, seem undeniable.

"Hamas built this institution," says Jameela El Shanty, a professor of education at the school and a newly elected Hamas member of the Palestinian parliament. "The university presents the philosophy of Hamas. If you want to know what Hamas is, you can know it from the university."

503.    In fact, in 2007 the Arabic newspaper *al-Mustaqbal* described the IUG as "the main stronghold of Hamas in Gaza."

504.    On February 24, 2007, *The International Herald Tribune* published an article titled "Gaza's universities no longer outside fray." It reported on clashes between Fatah loyalists at Al Azhar University and HAMAS loyalists at the IUG:

Many Palestinians never imagined that the violence on their streets would have spread to these institutions, sources of great pride to all Palestinians. But as infighting spun out of control at the beginning of this month, it consumed the major universities that represent one of the few hopes of a better life in tiny, impoverished Gaza.

Islamic University is closely identified with Hamas, one of the main Palestinian factions, while Al Azhar is a stronghold for its main rival, Fatah. For three days this month, from Feb. 1 to Feb. 3, the campuses became a battleground for gunmen from the two factions while the universities were on winter break and largely deserted.

"'I never thought this could happen,'" said Sheikh Ahmed Bahar, a Hamas leader and the deputy speaker of the Palestinian Parliament, who toured the

---

[90]    Greg Myre, *Hamas Leader Calls Bush Foe of Muslims*, N.Y. Times, March 29, 2004, https://www.nytimes.com/2004/03/29/world/hamas-leader-calls-bush-foe-of-muslims.html.

Islamic University on Sunday. "When we saw the university burning, it was like our hearts were burning because this institution is very dear to us."

\*\*\*

When the fighting was at its worst, members of the Presidential Guard, who are linked to Fatah and are responsible for protecting the Palestinian president, Mahmoud Abbas, stormed onto the Islamic University campus on the night of Feb. 1 and remained the following day. They said that Hamas fighters were shooting from the buildings and storing weapons at the university.

"The Islamic University was used as a base for Hamas gunmen," said Maher Makdad, a Fatah spokesman. "We didn't attack the university because it was a university, but because gunmen were firing from there."

505. On May 19, 2007, *The New York Times* reported that "Israel struck more Hamas targets on Friday while Fatah forces mortared Hamas's Islamic University and exchanged gunfire with fighters inside."

506. *The New York Times* article further reported that "Hamas fighters have been inside Islamic University for days, trying to protect it from another Fatah attack like one last year that badly damaged the school, **one of the prime means for Hamas to convert Palestinians to its Islamist cause**. Hamas guards at the university have been killed by snipers in previous days, and on Friday, Fatah fighters fired rocket-propelled grenades and mortars at the school. Fatah said that Hamas fighters were using the university as a base for attacks on nearby police stations." (Emphasis added.)

507. On May 29, 2007, the United States Department of Justice identified the Islamic University of Gaza as one of the entities that were part of the HAMAS social infrastructure in the

102

list of unindicted co-conspirators in the criminal case of the *United States v. Holy Land Foundation*, No. 3:04-cr-000240-L (N.D. Tex.).[91]

508.    On August 10, 2008, the *New York Post* reported that three Fulbright scholarships were awarded to individuals linked to the Islamic University of Gaza:

> But the Israelis remained adamant about the other three, all of whom were either students or teaching assistants at the Islamic University of Gaza - a notorious Hamas stronghold.
>
> Now State has taken a closer look, and guess what? Washington has notified all three that "information has come to light that you may be inadmissible to the United States" - and their visas once again have been revoked.
>
> No one's saying precisely what that information is, but we can well imagine.
>
> Islamic University, after all, is where Gilad Shalit, an Israeli soldier whose kidnaping by Hamas helped fuel the 2006 Lebanon war, initially was held, according to Israel's largest newspaper. The paper also reported that a raid last year by Fatah forces at the university found a cache of rocket launchers and rifles.

509.    As stated above, the Qassam Brigades has long used the IUG's facilities for its terrorist activities, such as storing weapons on its campus, using its laboratories to develop and manufacture weapons, and using its buildings to hold secret meetings of the Qassam Brigades' commanders and operatives.[92]

---

[91]    On August 16, 2007, *The New York Times* reported that two prominent Muslim American organizations sent a letter to Attorney General Alberto R. Gonzales objecting to the list, and the article noted that "[m]any organizations named are foreign …."

[92]    For example, the long-time head of the Qassam Brigades, Mohammed Deif, "studied science at the Islamic University of Gaza, where he deepened his involvement with the Islamist movement." Sudarsan Raghavan, *The Washington Post*, "Mohammed Deif, the shadowy figure who heads Hamas's military wing," August 2, 2014. Nicknamed "the cat with nine lives" by Palestinians because he survived several assassination attempts, Deif is cited as a "'role model for us'" by a HAMAS security detail employee. But to Israelis, the elusive HAMAS figure behind Gaza's war strategy is enemy No. 1. Similarly, a December 30, 2008, article in the *Miami Herald* noted that "Hamas hides in civilian areas and attacks Israel from crowded places. Israel has aimed exclusively at weapons storage, launching and transportations sites, including smuggling tunnels, as well as arms labs such as the well-known ones in the Islamic University of Gaza, which was attacked at night to avoid killing students."

510.    In March 2010, Israel's Meir Amit Intelligence and Terrorism Information Center

stated that:

> The Izz al-Din al-Qassam Brigades hold a wide variety of military-terrorist activities within the university walls. They store weapons, recruit operatives (including suicide bombers), and use it to hold secret meetings and military training and instruction. Using the university laboratories and their readily available chemicals and equipment, the members of the science faculty provide knowhow for the development and production of weapons (such as long-range rockets). Hamas sends students involved in weapons production to Iran, Syria and Lebanon for advanced training. In addition, students who studied at the Islamic University are recruited to the ranks of the Brigades and are dispatched on terrorist attacks against Israel, including suicide bombing attacks.[93]

511.    On December 29, 2008, *The Washington Post* news service[94] reported on Israeli

airstrikes in Gaza:

> Near midnight, Israeli bombs struck the Islamic University of Gaza, the territory's primary center for higher education and a key recruiting ground for Hamas.[95]

512.    The *Chronicle of Higher Education* reported on January 16, 2009, that:

> When Israel bombed three buildings at the Islamic University of Gaza last month, it defended its actions by saying the institution was a legitimate military target.
>
> Israeli officials and security forces loyal to the Palestinian president, Mahmoud Abbas, insist that the university, which makes no secret of its

---

[93]    Meir Amit Intelligence and Terrorism Information Center, "Hamas and the Terrorist Threat from the Gaza Strip," March 2010, available at: https://www.terrorism-info.org.il/Data/pdf/PDF_19298_2.pdf.

[94]    Griff Witte, *Israel bombs supply lines Hamas vowing reprisal; death toll nears 300*, Fort Wayne Journal Gazette, December 29, 2008.

[95]    *See also*, *Israel Declares 'All-Out War Against Hamas'; 3-Day Toll in Gaza Reaches 364 Dead, Palestinians Say; Signs Of A Ground Offensive Soon*, Pittsburgh Post-Gazette (Pennsylvania), December 30, 2008 ("Another prominent target was the Islamic University of Gaza. Early yesterday, warplanes flattened the school's five-story science building. The university was once known as a bastion of support for the mainstream Palestinian Fatah movement, but it gradually fell under Hamas' sway, and many of the movement's top leaders are alumni. Hamas heavily influences the curriculum and uses the campus as a prime recruiting ground. Major Leibovitch said the building destroyed by Israeli fire was being used to develop enhanced weaponry for Hamas fighters.").

104

close ties to Hamas, also serves as an operational center for the Hamas terrorist wing, the Qassam Brigades.

An Israeli army spokeswoman said the university housed laboratories used to develop weapons for Hamas, as well as weapons-storage facilities.

But students and lecturers flatly deny that the university is involved in military activities, noting that it turns out 3,000 graduates each year from its 10 schools, including those in engineering and Islamic law.

Zohair Abu Shaban, an engineering graduate and a junior lecturer at the university, said that he had "never, ever witnessed anything from the mentioned accusation."

While the university has acquired an international reputation in some fields and even produced Fulbright scholars, its close ties with Hamas complicate its pure academic status.

It was established in 1978 by the founder of Hamas, Sheikh Ahmed Yassin. Many Hamas leaders who are also academics have taught or worked at the university, including the group's prime minister, Ismail Haniyeh. In May 2007, the university became a key military stronghold as Hamas prepared to seize power in Gaza. Hamas militiamen fired rockets and automatic weapons from the campus at forces loyal to Mr. Abbas.

513. On February 28, 2010, the *Boston Globe* published an article titled "Hamas U." reporting that:

the university is something else again: the brain trust and engine room of Hamas, the Islamist movement that governs Gaza and has been a standard-bearer in the renaissance of radical Islamist militant politics across the Middle East. Thinkers here generate the big ideas that have driven Hamas to power; they have written treatises on Islamic governance, warfare, and justice that serve as the blueprints for the movement's political and militant platforms.

514. Several of HAMAS's founders were closely identified with the IUG, including Salah Shehada (who later founded the Qassam Brigades), Ibrahim al-Yazuri, and Abd al-Aziz al-Rantisi.[96]

---

[96] *See, e.g., Profile: Hamas' Mahmoud Zahar*, BBC News, January 27, 2006, http://news.bbc.co.uk/2/hi/middle_east/4653706.stm; *Council on Foreign Relations*, "Hamas' Leaders," February 8, 2006, https://www.cfr.org/backgrounder/hamas-leaders.

105

515.    This also included HAMAS co-founder Ismail Abu Shanab, who worked as an engineering professor at the Islamic University of Gaza prior to his death in 2003.[97]

516.    In fact, more than ten percent (47 individuals) of the *Marj al-Zuhur* deportees were employees, administrators, or students at the IUG.

517.    Khalil Isma'il Ibrahim al-Hayya, who also served as Deputy Chairman of *Al-Mujama Al-Islami* in the Gaza Strip between 2002 and 2005, lectured in Islamic Law at the IUG.

518.    Al-Hayya was the deputy of HAMAS's senior leader in Gaza, Yahya Sinwar, from August to October 2024.

519.    Sinwar, also a graduate of IUG, was killed in a clash with the Israel Defense Forces in October 2024.

520.    Ismail Haniyeh, HAMAS's most senior external leader (outside of Gaza) from May 2017 until his death in July 2024, served as the dean of the IUG.[98]

521.    Haniyeh also gave a public address at the IUG in January 2010 and was a graduation commencement speaker in June 2013.

522.    On December 14, 2012, *The Times* (London) reported on a speech by "Khaled Mashaal, the Hamas leader" who "told an audience at the Islamic University of Gaza that 'responsibility for Palestine is bigger than one faction alone ... Hamas cannot do without Fatah and Fatah cannot do without Hamas.'"

---

[97]    *See, e.g.*, *Shanab interview with Joshua Mitnick*, The Washington Times, October 9, 2002 ("We have nothing to lose"; HAMAS leader says violence is legitimate.).

[98]    According to a profile in *Arab News*, February 2, 2018, Haniyeh "was educated in UN-run schools and graduated from the Islamic University of Gaza with a degree in Arabic literature. It was during his student days that he became involved in Hamas. He was briefly imprisoned for taking part in protests during the first intifada in 1987. In 1988, he was jailed for six months and the following year, sentenced to three years. At the end of his sentence, the Israeli authorities deported him to Lebanon with 400 other activists."

523.    On August 2, 2014, *The Independent* (UK) reported that the IDF bombed the Islamic University of Gaza, claiming to strike a "weapons development centre." The article notes that the IUG was "previously hit in the 2008 Gaza War, when the Israeli military again claimed that science facilities were being used by Hamas to develop and store weapons."[99]

524.    Al-Hayya delivered a speech at IUG in September 2014 and accepted the diploma for his "martyred" son, Osama al-Hayya.

525.    Al-Hayya and Haniyeh jointly, publicly visited the IUG in 2017.

526.    Jamal N. al-Khoudary served as the Chairman of the Board of Trustees of IUG from 1993 until 2014.[100]

527.    Khoudary is a senior HAMAS leader who served as Minister for Telecommunications in the HAMAS-run government in Gaza.

528.    On April 17, 2010, Khoudary attended the presentation to then-Turkish Prime Minister Erdoğan of an honorary Ph.D. from the IUG at Erdoğan's home in Ankara.

---

[99]    *Israel-Gaza Conflict: University Hit as Palestinians Endure More Than 200 Strikes in 24 Hours*, Independent, July 16, 2014, https://www.independent.co.uk/news/world/middle-east/israelgaza-conflict-university-hit-as-palestinians-endure-more-than-200-strikes-in-24-hours-9644243.html.

[100]    *See e.g.*, IUG website (July 2013) identifying Jamal N. al-Khoudary as "Chairman of the Board of Trustees," available at https://web.archive.org/web/20130701224428/http://www.iugaza.edu.ps/ar/AboutIUG/wordma.aspx. *See also* https://www.iugaza.edu.ps/p9164/.



**Then-Prime Minister Erdogan receives an honorary PhD from the IUG (IUG website)**

529.    The IUG's supervisory board was headed by Khayri Hafiz Al-Agha, a wealthy, senior Muslim Brotherhood leader who lived in Saudi Arabia and was one of the founders of the IUG.

530.    After Khayri Hafiz Al-Agha's death in 2014, Al-Agha's son, Abu-Ubaydah Khayri Hafiz Al-Agha ("Al-Agha Jr."), assumed the position.

531.    Al-Agha Jr. was designated an SDGT by the U.S. Department of the Treasury in 2015 due to his role as "a senior Hamas financial officer involved in the investment, funding and money transfers for Hamas in Saudi Arabia."

532.    In October 2011, BOP signed an agreement with IUG to fund a program "to cultivate generations capable of keeping pace with modern global developments."

533.    From at least 2012 through the last attack described herein, BOP has maintained multiple accounts for IUG, including a U.S. dollar-denominated account (and later processed credit card payments for IUG through VISA and Mastercard in 2020).

534.    In September 2017. BOP launched another joint program with IUG called "My Bank for Training."

### 3.    Muslim Girls Society a/k/a Young Muslim Women's Association

535.    The Muslim Girls Society was established as a branch of *Al-Mujama Al-Islami* (the Islamic Center), the precursor of HAMAS, and the terrorist organization's de facto headquarters in Gaza since 1987.

536.    As described above, *Al-Mujama Al-Islami* was established in 1973 by Sheikh Ahmed Yassin, the founder of HAMAS and the organization's spiritual leader, who used it to develop a network of social-service institutions that formed the backbone and recruiting grounds for HAMAS.

537.    HAMAS's seven founding fathers were all members of the Muslim Brotherhood, and six were members of *Al-Mujama Al-Islami*, including Yassin, Abd al-Aziz al-Rantisi, Ibrahim al-Yazuri, Muhammad Sham'a, Issa al-Nashar, and Abd al-Fatah Dukhan.

538.    Once HAMAS was established, *Al-Mujama Al-Islami* immediately transitioned into the central operational headquarters of HAMAS in the Gaza Strip and was widely identified as synonymous with the organization.

539.    As early as 1981, women's activities at *Al-Mujama Al-Islami* were supervised by Maryam Farhat, a celebrated figure in HAMAS's history. Farhat encouraged her sons to carry out martyrdom operations against Israelis; three of her sons did so, killing approximately ten Israelis in total. When asked how she felt about her sons' deaths, Farhat stated: "Even though I'm a mother and I love them so much, still there is a priority which is to fight for our rights. So though it was painful when they died, still I also felt happy because I am convinced both that they went to heaven and would have a life so much better than our life here, and that their sacrifice helped our Muslim

cause."[101] Her eldest son, Nidal Farhat, joined the Qassam Brigades in 2000, overseeing the planning of numerous terror attacks and becoming a HAMAS bombmaker.

540.    The Muslim Girls Society and its affiliated women's networks were an operational part of *Al-Mujama Al-Islami's* HAMAS apparatus. A March 14, 2006, article in *Salon* reported that "Sister Samah," the "vivacious, 24-year-old head of the local Young Muslim Women's Association" (aka Muslim Girls Society) in Jabaliya, was among the HAMAS-affiliated women leaders who actively organized women voters in HAMAS's January 2006 electoral campaign. HAMAS's women's networks "made sure the women voters understood that their votes would be secret," assuring them their (Fatah-voting) husbands could never find out how they had voted, helping drive HAMAS's surprise electoral victory.

541.    The article describes these women as "tough and well-disciplined" and espousing "political views that are often to the hard-line end of Hamas' (admittedly narrow) political spectrum." The article further reported that HAMAS's women's networks supported 800 fatherless children in Jabaliya alone, some of whose fathers "were our fighters who were killed, or who died in martyrdom operations [suicide bombings]."

542.    The article states that HAMAS legislator Jamila Shanty, a former professor at the Islamic University of Gaza and wife of HAMAS co-founder Abd al-Aziz al-Rantisi (and killed by Israel in October 2023), credited Sheikh Yassin's deliberate cultivation of women's involvement in HAMAS's social networks as central to the movement's strength, noting that "Sheikh Yassin always paid such a lot of attention to women's affairs" and "strongly encouraged women to become engaged in causes outside the home."

---

[101]    *Sisterhood of Hamas*, Salon.com, Mar. 14, 2006.

543.    The Muslim Girls Society's ties to HAMAS were publicly evident: members of the Society attended a HAMAS election rally in Gaza in January 2006 at which Haniyeh spoke,[102] and the Society's leadership was among the HAMAS-affiliated women's networks that fueled HAMAS's 2006 electoral victory.[103]

544.    The Society's identity as a HAMAS institution was further confirmed in July 2014, when Israeli jets bombed "an under-construction building which belongs to the Young Women's Muslim Association in Gaza" as part of operations targeting HAMAS-affiliated infrastructure.[104]

545.    *Al-Mujama Al-Islami*'s ties to HAMAS were also widely and contemporaneously documented.[105]

546.    A 2000 fundraising brochure explicitly linked *Al-Mujama Al-Islami* to HAMAS fundraiser Al-Aqsa Foundation – Germany, referring to the "fragrance of the blood of the martyrs and wounded" and confirming donors "are committing Jihad with your monies."

547.    A subsequent *Al-Mujama Al-Islami* brochure featured photographs of Sheikh Yassin directly above one of the organization's bank account numbers.

---

[102]    *Leader Says Hamas Seeking "Political Partnership" in Palestinian Elections*, BBC Monitoring Middle East, Jan. 14, 2006.

[103]    *Sisterhood of Hamas*, Salon.com, Mar. 14, 2006.

[104]    *Five Palestinians Killed During Israeli Raids in Gaza*, BBC Monitoring Middle East, July 17, 2014.

[105]    Because it was HAMAS's operational headquarters in Gaza, *Al-Mujama Al-Islami* was temporarily closed by the Palestinian Authority on September 25, 1997, along with fifteen other HAMAS institutions. On January 6, 2002, the Palestinian Monetary Authority directed Palestinian banks to report on sums held in *Al-Mujama Al-Islami*'s accounts and required prior PMA consultation before any withdrawal; on August 24, 2003, the PMA ordered a freeze of *Al-Mujama Al-Islami* bank accounts throughout the Palestinian Territories to stop funding HAMAS institutions. *Al-Mujama Al-Islami* was declared an Unlawful Association by the Israeli Minister of Defense on February 25, 2002. On May 29, 2007, the United States Department of Justice identified *Al-Mujama Al-Islami* as an "organization that operates on behalf of, or under the control of, Hamas" in the list of unindicted co-conspirators in *United States v. Holy Land Foundation*.

111

548.    Reporting in leading Western outlets over more than a decade confirmed HAMAS's open affiliation with *Al-Mujama Al-Islami*.[106]

549.    In an article on the popular Islamist website Islamonline.net, Ismail Haniyeh, HAMAS's now deceased leader confirmed that *Al-Mujama Al-Islami* provided financial support to the martyrs' families, the injured, the prisoners, and the detainees of the Intifada.

550.    From at least 2012 through the last attack described herein, BOP has maintained at least one account for the Muslim Girls Society.

### E.    BANK OF PALESTINE MAINTAINED ONE OR MORE ACCOUNTS FOR HAMAS'S CANADIAN FUNDRAISING ARM – IRFAN

551.    The International Relief Fund for the Afflicted and Needy (IRFAN-Canada) described itself on its website as "an international relief and humanitarian nonprofit organization, registered in Canada since 1998 and ... actively involved in the alleviation of human suffering."

552.    In reality, it was the leading HAMAS fundraising organization in Canada.

---

[106]    *The Economist* (Dec. 19, 1992) stated Yassin "founded the Islamic Center in 1973 and Hamas in 1987"; *Le Monde* (Dec. 31, 1992) noted that *Al-Mujama Al-Islami* was created by HAMAS's spiritual leader, Sheikh Ahmed Yassin; *Le Monde* (Sept. 11, 1993) explained that HAMAS used *Al-Mujama Al-Islami* to develop sports clubs, youth and women's organizations, day care centers, clinics, and Qur'anic schools; *The New York Times* (Nov. 7, 1993) quoted Ibrahim al-Yazuri, head of *Al-Mujama Al-Islami*: "Hamas, a militant offshoot of Al-Mujama al-Islami, emerged when the Palestinian uprising began in the occupied territories in December 1987"; *Le Monde* (Oct. 21, 1994) reported that *Al-Mujama Al-Islami*, originally engaged in Muslim proselytism, transformed into HAMAS with the advent of the First Intifada; *Nouvel Obs* (Oct. 27, 1994) identified *Al-Mujama Al-Islami* as a HAMAS organization that uses funds to combine help for the poor with terrorism; *Jerusalem Report* (Jan. 26, 1995) noted that *Al-Mujama Al-Islami*'s own spokesman acknowledged the press "only write that we're working for Hamas," and described the organization as housed in the mosque from whose pulpit Yassin launched HAMAS, its walls spray-painted with the slogan "Dying for the Sake of Allah is our Highest Goal"; the *Associated Press* (Dec. 1, 1996, reprinted *Chicago Tribune*, Jan. 15, 1997) reported *Al-Mujama Al-Islami* is "the biggest charity in Gaza, . . . founded by Sheik Ahmad Yassin, the jailed leader of Hamas," financed by up to $120 million a year; *Le Monde* (Dec. 9, 2001) reported that HAMAS, responsible for most anti-Israeli terrorist attacks including suicide bombings, was created by Yassin together with *Al-Mujama Al-Islami*, and that HAMAS's charter states "every Jew and every [Jewish] colonizer is a target and must be killed"; the *San Francisco Chronicle* (Apr. 25, 2002) described an *Al-Mujama Al-Islami* kindergarten where five-year-olds were taught to identify Jews as "the enemy" and answer "Kill them!", with children playing a game called "martyr's funeral" and Rantisi responding "You see? Even children want to sacrifice themselves for the sake of Palestine"; *Newsday* (Sept. 9, 2002) quoted the head of *Al-Mujama Al-Islami* stating "most of our funding comes from Islamic organizations in Europe"; an April 2003 International Crisis Group report stated the affiliation of *Al-Mujama Al-Islami* with HAMAS is "readily apparent" and "all but official"; and *al-Ayyam* (Aug. 10, 2003) reported that senior *Al-Mujama Al-Islami* and HAMAS figures, including Yassin, Rantisi, and Saqer Abu Hein, distributed aid to families of terrorists whose homes had been destroyed by the IDF.

553.    After HAMAS forcibly seized control of the Gaza Strip in 2007, IRFAN-Canada opened an office in Gaza, indicating a shift in its operational focus in favor of the HAMAS-controlled Gaza Strip.

554.    According to the Canadian government, IRFAN-Canada "partnered with organizations that, variously: are run by members of the Hamas government [in Gaza]; openly support and provide funding to Hamas; have been raided or listed as unlawful associations in Israel for affiliation to Hamas; or have had their bank accounts seized for connections to Hamas."

555.    In 2006, after HAMAS won the elections for the Palestine Legislative Council and gained temporary control of the Palestinian Authority, IRFAN opened an Israeli-shekel-denominated account with BOP which it immediately used to transfer $57,331 to the HAMAS-controlled Ministry of Telecommunications and Information Technology.

556.    Three days after this July 2006 transfer, BOP required IRFAN-Canada to close the account.

557.    In October 2009, IRFAN-Canada's General Manager, Mr. Abdel-Majid, traveled to Qatar to meet with representatives of the Qatar Charity and other HAMAS fundraising organizations to discuss a partnership between them.

558.    In 2010, IRFAN-Canada opened a new office in Gaza that was managed by I'tidal al-Khatib, Executive Director of Ard El Insan (a HAMAS-affiliated institution in Gaza).

559.    Despite closing IRFAN-Canada's account after only three days in 2006, BOP allowed IRFAN-Canada to open a new account in April 2010 with al-Khatib as a signatory.

560.    On April 15, 2011, the *Toronto Star* reported that the Canada Revenue Agency (CRA) announced that "IRFAN-Canada is an integral part of an international fundraising effort to support Hamas." IRFAN-Canada created promotional videos that the CRA said "demonize Israel,

113

characterize the Arab-Israeli conflict as a religious war, appeal for all Arab and Muslim nations to join in the struggle against Israel and glorify martyrdom." The CRA announced its decision to revoke IRFAN's charitable status.

561. According to the *Toronto Star*'s report, "The decision to revoke the group's status came after years of tax audits and litigation over its alleged ties to Hamas. An audit of the charity's 2002 fiscal year found that IRFAN-Canada 'maintained partnerships' with organizations that have direct ties to Hamas."

562. These organizations included the Jenin Zakat Committee, the Tulkarem Zakat Committee and other HAMAS institutions.

563. On April 24, 2014 Canada listed IRFAN as a terrorist organization, finding that:

> Between 2005 and 2009, IRFAN-Canada transferred approximately $14.6 million worth of resources to various organizations associated with Hamas, a listed terrorist entity under the Criminal Code. The law mandates severe penalties for persons and organizations that deal in the property or finances of a listed entity. In addition, it is a crime to knowingly participate in, or contribute to, any activity of a listed entity for the purpose of enhancing the ability of the entity to facilitate or carry out a terrorist activity. This offence and related offences are set out, in full, in the Criminal Code. The actions of IRFAN-Canada meet the legal threshold set out in the Criminal Code, which requires the existence of reasonable grounds to believe that the entity has knowingly participated in or facilitated a terrorist activity or is knowingly acting on behalf of, at the direction of, or in association with such an entity.

**F.   BANK OF PALESTINE'S VIOLATIONS OF BANKING STANDARDS TO FACILITATE HAMAS FINANCING**

564. Even apart from the multiple warnings BOP's former Chairman of the Board received over the years from a senior Israeli counterterrorism official that BOP needed to stop transferring funds from abroad to various HAMAS-controlled institutions and senior HAMAS leaders, BOP had legal requirements to prevent terrorist financing.

565.    BOP systematically violated its legal obligations and international banking standards in its relationship with Qatar Charity. These violations were not isolated mistakes or compliance failures; they were part of a deliberate pattern of conduct designed to affirmatively assist Qatar Charity's terrorism financing.

566.    BOP purported to maintain AML/CFT, KYC, and due diligence procedures based on internationally recognized guidance that included:

- FATF Forty Recommendations on Money Laundering and Special Recommendations on Terrorist Financing;

- The Basel Committee on Banking Supervision's principles and standards;

- The Wolfsberg Group's Anti-Money Laundering Principles and guidance; and

- The Egmont Group of Financial Intelligence Units standards.

567.    BOP's long-standing and extensive relationship with Qatar Charity was contrary to all of the foregoing.

## CLAIMS FOR RELIEF

### CLAIM ONE

### AIDING AND ABETTING A DESIGNATED FOREIGN TERRORIST ORGANIZATION IN VIOLATION OF 18 U.S.C. § 2333(d)(2)

#### (Against Qatar Charity and Bank of Palestine)

568.    Plaintiffs repeat and reallege each and every allegation of the foregoing paragraphs as if fully set forth herein.

569.    Plaintiffs assert this cause of action against Defendants Qatar Charity and Bank of Palestine under 18 U.S.C. § 2333(d)(2), which provides for liability (in an action under 18 U.S.C. § 2333(a) involving acts of international terrorism by a designated Foreign Terrorist Organization),

115

against "any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism."

570. Plaintiffs are nationals of the United States who were injured in their persons or property by acts of international terrorism, or the estates, survivors, or heirs of such U.S. nationals.

571. HAMAS was a designated FTO at the time it committed, planned, and/or authorized the attacks that injured and/or killed the Plaintiffs or their family members.

572. The attacks at issue were acts of international terrorism as defined by 18 U.S.C. § 2331.

573. Defendants Qatar Charity and BOP knowingly provided substantial assistance to HAMAS.

574. Defendants Qatar Charity and BOP knowingly provided HAMAS substantial assistance which included: (a) significant amounts of money, (b) money laundering services to conceal terror financing, (c) untraceable cash (stored value) cards, and (d) access to U.S. dollar-denominated liquidity and the U.S. banking system, all of which was illegal and all of which could foreseeably be used to commit terrorist attacks.

575. Qatar Charity provided massive financial support to HAMAS knowing it was a designated FTO committed to jihad and murdering civilians in Israel. It specifically laundered those funds to evade U.S. counterterrorism authorities. It distributed money to HAMAS institutions and in untraceable "Sanabel Cards" to HAMAS operatives and family members of HAMAS terrorists.

576. BOP laundered Qatar Charity funds knowing they were intended for HAMAS, which it knew was a designated FTO committed to jihad and murdering civilians in Israel, and knowing that its laundering function was necessary to conceal those funds from U.S.

counterterrorism authorities. BOP knowingly processed payments from Qatar Charity to HAMAS institutions and provided "Sanabel Cards" to Qatar Charity to distribute funds knowing that at least some of the money would go to HAMAS operatives and family members of HAMAS terrorists.

577.    At the time Defendants Qatar Charity and BOP provided substantial assistance to HAMAS, they knew that: (a) the U.S. government had designated HAMAS as an FTO and an SDGT; (b) HAMAS engaged in acts of international terrorism resulting in the murder of hundreds of Israeli and U.S. citizens; and (c) clandestine funding was essential to HAMAS's ability to perpetrate terrorist attacks.

578.    Defendants Qatar Charity and BOP also knew that the attacks at issue as well as Plaintiffs' injuries in the attacks, were foreseeable results of their substantial assistance to HAMAS.

579.    Given their knowing and substantial assistance to HAMAS, Qatar Charity and BOP demonstrated conscious, voluntary, and culpable participation in HAMAS's wrongdoing.

580.    Defendants Qatar Charity and BOP are therefore liable to Plaintiffs for damages in an amount to be determined at trial, treble damages, and the payment of the attorneys' fees and expenses incurred by Plaintiffs in connection with this action.

## CLAIM TWO

## CONSPIRING WITH A DESIGNATED FOREIGN TERRORIST ORGANIZATION IN VIOLATION OF 18 U.S.C. § 2333(d)(2)

### (Against Qatar Charity)

581.    Plaintiffs repeat and reallege each and every allegation of the foregoing paragraphs as if fully set forth herein.

582.    Plaintiffs assert this cause of action against Defendant Qatar Charity under 18 U.S.C. § 2333(d)(2), which provides for liability (in an action under 18 U.S.C. § 2333(a) involving

117

acts of international terrorism by a designated Foreign Terrorist Organization), against "any person … who conspires with the person who committed such an act of international terrorism."

583.    As set forth above, Defendant Qatar Charity entered into an unlawful agreement with HAMAS and other HAMAS fundraisers including Islamic Development Bank, Bank of Palestine, and other co-conspirators, to engage in acts of international terrorism.

584.    Qatar Charity's role in the conspiracy was to provide HAMAS with hundreds of millions of dollars to support its financial and physical terrorist infrastructure which included financing the Qassam Brigades as well as its above and below ground tunnels, bunkers, and command centers.

585.    Qatar Charity worked with Islamic Development Bank, Bank of Palestine, and other banks to transfer hundreds of millions of U.S. dollar-denominated assets through New York and whenever feasible to minimize Qatar Charity's overt involvement in the transactions to avoid blocking or rejection of its transfers.

586.    Plaintiffs' injuries were caused by unlawful overt acts—*i.e.*, the implicated attacks—perpetrated by HAMAS, which overt acts were done pursuant to and in furtherance of the common scheme.

## JURY TRIAL DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court enter judgment against Defendants, jointly and severally, and in favor of Plaintiffs for:

(a)    Compensatory damages in amounts to be determined at trial;

(b)    Treble damages pursuant to 18 U.S.C. § 2333(a);

118

(c)    Any and all costs sustained in connection with the prosecution of this action, including attorneys' fees pursuant to 18 U.S.C. § 2333(a); and

(d)    Such other and further relief as justice requires.

Dated: June 17, 2026

**OSEN LLC**

By:  /s/ Gary M. Osen
      Gary M. Osen
      Ari Ungar
      Michael J. Radine
      Dina Gielchinsky
      Aaron Schlanger
      190 Moore Street, Suite 272
      Hackensack, NJ 07601
      Telephone: (201) 265-6400
      Facsimile: (201) 265-0303
      gosen@osenlaw.com
      aungar@osenlaw.com
      mradine@osenlaw.com
      dgielchinsky@osenlaw.com
      aschlanger@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**
Jonathan E. Missner
Robert B. Gilmore
Kevin L. Attridge
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
kattridge@steinmitchell.com

**MM~LAW LLC**
Gavriel Mairone
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Telephone: (312) 253-7444
Facsimile: (312) 275-8590
ctlaw@mm-law.com

*Attorneys for Plaintiffs*

119