UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF EZRA SCHWARTZ et al.,

Plaintiffs,

-v-

QATAR CHARITY et al.,

Defendants.

25-CV-9630 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motions to dismiss, *see* ECF Nos. 51, 54, Defendants' earlier motions to dismiss filed at ECF Nos. 40, 42, are hereby DENIED as moot. Plaintiffs' consolidated opposition to the new motions to dismiss is due by **July 16, 2026**. Defendants' replies, if any, are due by **August 14, 2026**.

The Clerk of Court is directed to terminate ECF Nos. 40 and 42.

SO ORDERED.

Dated: July 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge